IN THE U.S. BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Yoan Henriquez, | : | Chapter 13 |
| Debtor | : | No. : 20-12166-pmm |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Debtor Yoan Henriquez for the above referenced case.

Mooney & Associates
By: _____
Stephen Wade Parker., Esquire
2 S. Hanover Street
Carlisle, PA 17013
Ph: (717) 635-9810
swp@mooney4law.com

### NOTICE OF ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Debtor Yoan Henriquez for the above referenced case.

Ross, Quinn, & Ploppert, P.C.
By: _____
Joseph L. Quinn, Esquire
Attorney I.D. No. 307467
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300
F:  (610) 323-6081

Dated: 7/24/2020