UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Yoan Henriquez<br><br><br>            Debtor | Chapter 13<br>Bankruptcy No.20-12166-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 4th day of August, 2020, by first class mail upon those listed below:

Yoan Henriquez
1001 Suffolk Drive
Lititz, PA  17543

**Electronically via CM/ECF System Only:**

JOSEPH L QUINN ESQ
ROSS QUINN & PLOPPERT PC
192 S HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464


/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee