U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Yoan Henriquez,                  :        Chapter 13
       Debtor                          :        Bankruptcy No.: 20-12166-pmm

*****************
**Hearing to be Held:**
**Date:   November 5, 2020**
**Time:   11:00am**
**Place:  United States Bankruptcy Court**
       **Eastern District of Pennsylvania**
       **The Gateway Building**
       **201 Penn Street, 4th Floor**
       **Reading, PA 19601**
*****************

## NOTICE OF DEBTOR'S OBJECTION TO CLAIM NO. 13
## BY ENGS COMMERICAL FINANCE CO.

Yoan Henriquez, Debtor, by and through undersigned counsel, has filed an objection to the proof of claim you filed in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated**. **You should read these papers carefully and discuss them with your attorney, if you have one**.

If you do not want the court to eliminate or change your claim, or if you want the court to consider your views, you or your lawyer must attend the hearing on the objection scheduled to be held before the Honorable Patricia M. Mayer, United States Bankruptcy Judge on **November 5, 2020 at 11:00am** at the following location:

United States Bankruptcy Court
Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 19601

**ROSS, QUINN & PLOPPERT, P.C.**

BY:   */s/ Joseph Quinn*
     Joseph Quinn, Esquire
     Attorney I.D. No. 307467
     192 S. Hanover Street, Suite 101
     Pottstown, PA  19464
     T: (610) 323 - 5300
     F: (610) 323 - 6081
Date: September 30, 2020     JQuinn@rqplaw.com