U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Yoan Henriquez,            :       Chapter 13
            Debtor            :       Bankruptcy No.: 20-12166-pmm

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Objection to Proof of Claim 13 filed by Engs Commerical Finance Co., along with Notice of Objection filed on September 30, 2020 has been served upon the following by the means stated:

*__Via United States Mail, Postage Prepaid on September 30, 2020:__*

Jeremy Feinstein, Paralegal
Engs Commerical Finance Co.
One Pierce Place, Suite 1100 West
Itasca, IL 60143

*__Via ECF on September 30, 2020__*:

Paul C. Bametzreider on behalf of Creditor Jonestown Bank & Trust Co.
paulb@reillywolfson.com, edonohue@reillywolfson.com

James Kevin Haney on behalf of Creditor BMO Harris Bank N.A.
jhaney@wongfleming.com, spiotrowski@wongfleming.com,sshalloo@wongfleming.com

Rolando Ramos-Cardona on behalf of Trustee Scott F. Waterman, Esq.
ecfmail@readingch13.com

Rebecca Ann Solarz on behalf of Creditor Bank of America, N.A.
bkgroup@kmllawgroup.com

Ann E. Swartz on behalf of Creditor Pingora Loan Servicing, LLC
ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

                                                **ROSS, QUINN & PLOPPERT, P.C.**

BY:    */s/ Joseph Quinn*
           Joseph Quinn, Esquire
           Attorney I.D. No. 307467
           192 S. Hanover Street, Suite 101
           Pottstown, PA  19464
           T: (610) 323-5300
           F: (610) 323-6081

Date:  September 30, 2020         JQuinn@rqplaw.com