**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Yoan Henriquez, | \| | **Chapter 13** |
| Debtor(s) | \| | **BK No. 20-12166-pmm** |

**PRAECIPE TO WITHDRAW OBJECTION TO CLAIM NUMBER 13**
**[DOCUMENT NO. 25]**

TO THE CLERK OF COURT:

Kindly withdraw the Objection to Claim Number 13 filed by Debtor's Counsel on September 30, 2020 [Document No. 25].

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com

Date: December 1, 2020