# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Yoan Henriquez | : | BK No. 20-12166 PMM |
| Debtor(s) | : | |
| | : | Chapter 13 |
| | : | |
| | : | |

## NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 2002-1(d) AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002-1(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002(i)

TO THE CLERK OF THE COURT:

Please be advised that Barry A. Solodky, Esquire and Pauline F. Gibble, Esquire of Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, Pennsylvania 17601, hereby enters their appearance as Counsel for Yoan Henriquez and requests copies of all Notices pursuant to Bankruptcy Rules 2002-1(b) and Federal Rules of Bankruptcy Procedure 2002(i).

    Respectfully submitted

    SAXTON & STUMP, LLC

Date: May 5, 2021    By: */s/ Barry A. Solodky*
    Barry A. Solodky, Esquire
    Attorney I.D. No. 19259
    280 Granite Run Drive, Suite 300
    Lancaster, PA 17601
    Telephone:    (717) 556-1086
    Facsimile:    (717) 441-3810
    bso@saxtonstump.com

    By: */s/ Pauline F. Gibble*
    Pauline F. Gibble, Esquire
    Attorney I.D. No. 41400
    280 Granite Run Drive, Suite 300
    Lancaster, PA 17601
    Telephone:    (717) 556-1089
    Facsimile:    (717) 441-3810
    pfg@saxtonstump.com