IN THE U.S. BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Yoan Henriquez, | : | Chapter 13 |
| Debtor | : | No. : 20-12166-pmm |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Debtor Yoan Henriquez for the above referenced case.

                                           **Ross, Quinn & Ploppert, P.C.**

                                           By: /s/ *Joseph L. Quinn*
                                           Joseph L. Quinn, Esquire
                                           Attorney I.D. No. 307467
                                           Ross, Quinn & Ploppert, P.C.
                                           192 S. Hanover Street, Suite 101
                                           Pottstown, PA 19464
                                           Ph: (610) 323-5300
Dated: May 5, 2021                         F:   (610) 323-6081