UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| YOAN HENRIQUEZ, | : | Case No. 20-12166PMM |
| Debtor | : | |

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 25, 2021, a true and correct copy of the Motion was served via First Class Mail delivery upon the mailing matrix attached hereto as Exhibit A and the following individuals via CM/ECF:

| Name | Mode of Service |
|---|---|
| Scott F. Waterman, Esquire<br>Chapter 13 Trustee<br>c/o Rolando Ramos-Cardona, Esquire<br>ecfmail@readingch13.com<br>*Chapter 13 Trustee* | CM/ECF |
| Andrew R. Vara, Esquire<br>United States Trustee<br>c/o Dave P. Adams, Esquire<br>dave.p.adams@usdoj.gov<br>*United States Trustee* | CM/ECF |

Respectfully submitted,

SAXTON & STUMP

Dated: May 25, 2021

/s/ Barry A. Solodky_____
Barry A. Solodky, Esquire
Pauline Felice Gibble, Esquire
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
(717) 556-1086; (717) 566-1089
bso@saxtonstump.com; pfg@saxtonstump.com
Counsel for Debtor

# Exhibit A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 20-12166-pmm<br>Eastern District of Pennsylvania<br>Reading<br>Wed May 19 16:32:22 EDT 2021 | BMO Harris Bank N.A.<br>111 W. Monroe Street<br>Chicago, IL 60603-4095 | Bureau of Audit and Enforcement<br>City of Allentown<br>435 Hamilton Street<br>Allentown, PA 18101-1603 |
| City Treasurer<br>Eighth and Washington Streets<br>Reading, PA 19601 | Dun & Bradstreet, INC<br>3501 Corporate Pkwy<br>P.O. Box 520<br>Centre Valley, PA 18034-0520 | Jonestown Bank & Trust Co.<br>2 West Market Street<br>Jonestown, PA 17038-9628 |
| Lehigh County Tax Claim Bureau<br>17 South Seventh Street<br>Allentown, PA 18101-2401 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Tax Claim Bureau<br>633 Court Street<br>Second Floor<br>Reading, PA 19601-4300 |
| U.S. Attorney Office<br>c/o Virginia Powel, Esq.<br>Room 1250<br>615 Chestnut Street<br>Philadelphia, PA 19106-4404 | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 | Reading<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601-4038 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | BANK OF AMERICA, N.A.<br>C/O KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106-1541 |
| BANK OF AMERICA, N.A.<br>c/o REBECCA ANN SOLARZ<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | BMO Harris Bank N.A.<br>C/O JAMES KEVIN HANEY<br>Wong Fleming, PC<br>821 Alexander Road, Suite 200<br>Princeton, NJ 08540-6352 | BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids IA 52406-3040 |
| BMO Harris Bank NA<br>P.O. Box 71951<br>Chicago, IL 60694-1951 | BSB Leasing, Inc.<br>5403 Olympic Drive NW Suite 200<br>Gig Harbor, WA 98335-1853 | Balboa Capital Corpora<br>2010 Main St Ste 1100<br>Irvine, CA 92614-8250 |
| Bank of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | Bank of America<br>Attn: Bankruptcy<br>Nc4-105-03-14 Pob 26012<br>Greensboro, NC 27420 | Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 |
| Capital Management Services, LP<br>698 1/2 Ogden Street<br>Buffalo, NY 14206-2317 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Cenlar<br>Attn: Bankruptcy<br>PO Box 77404<br>Ewing, NJ 08628-6404 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Citibank/Best Buy<br>Attn: Bankruptcy<br>Po Box 790441<br>St. Louis, MO 63179-0441 |

```
Citibank/The Home Depot                  (p)CITIZENS BANK N.A                   (p)MERCEDES BENZ FINANCIAL SERVICES
Attn: Recovery/Centralized Bankruptcy    ATTN BANKRUPTCY TEAM                   13650 HERITAGE PARKWAY
Po Box 790034                            ONE CITIZENS BANK WAY                  FORT WORTH TX 76177-5323
St Louis, MO 63179-0034                  JCA115
                                         JOHNSTON RI 02919-1922


Doyle & Hoefs LLC                        ENGS Comerical Finance Co.             (p)ENGS COMMERCIAL FINANCE CO
2043 Springwood Road                     1 Pierce Place, Suite 1100 West        1 PIERCE PLACE SUITE 1100 WEST
York, PA 17403-4836                      Itasca, IL 60143-3149                  ITASCA IL 60143-3149




Financial Pacific Leasing, Inc.          Fulton Bank                            Fulton Bank Leasing Department
3455 S 344th Way, #300                   PO Box 4887                            P.O. Box 25091
Auburn, WA 98001-9546                    Lancaster, PA 17604-4887               Lehigh Valley, PA 18002-5091




Hitachi                                  Internal Revenue Service               Jonestown Bank & Trust Co.
P.O. Box 5700                            P.O. Box 7346                          C/O PAUL C. BAMETZREIDER
Norwalk, CT 06856-5700                   Philadelphia, PA 19101-7346            Reilly Wolfson
                                                                                1601 Cornwall Road
                                                                                Lebanon, PA 17042-7460


Jonestown Bank And Tru                   Jordan Wayne Felzer, Esq.              Mercedes-Benz Financial Services USA LLC
Attn: Bankruptcy                         American Express Legal                 c/o BK Servicing, LLC
Po Box 717                               PO Box 1068                            PO Box 131265
Jonestown, PA 17038-0717                 Jenkintown, PA 19046-7368              Roseville, MN 55113-0011



Michelle A. Chiongson                    Mintaka Financial, LLC                 PA Department of Revenue
575 Anton Blvd, 12th Floor               5403 Olympic Dr. NW Ste. 200           PO Box 280946
Costa Mesa, CA 92626-7169                Gig Harbor, WA 98335-1853              Harrisburg, PA 17128-0946



PNC EQUIPMENT FINANCE, LLC               PNC Equipment Finance, LLC             (p)PACCAR FINANCIAL CORP
c/o Flamm Walton Heimbach                655 Business Center Drive Suite 250    P O BOX 1518
794 Penllyn Pike, Suite 100              Horsham, PA 19044-3448                 BELLEVUE WA 98009-1518
Blue Bell, PA 19422-1669
ATTN:  Robert E. Walton/Thomas P. Steven

Pingora Loan Servicing, LLC              Pingora Loan Servicing, LLC            Pingora Loan Servicing, LLC
C/O ANN E. SWARTZ                        C/O KML Law Group                      c/o Cenlar FSB
McCabe, Wesberg & Conway, P.C.           701 Market Street Suite 5000           Attention: BK Department
123 South Broad Street                   Philadelphia, PA. 19106-1541           425 Phillips Blvd
Suite 2080                                                                      Ewing, NJ 08618-1430
Philadelphia, PA 19109-1031

Pingora Loan Servicing, LLC              Pingora Loan Servicing, LLC.           (p)PORTFOLIO RECOVERY ASSOCIATES LLC
c/o McCabe, Weisberg & Conway, LLC       C/O REBECCA ANN SOLARZ                 PO BOX 41067
Suite 1400                               KML Law Group, P.C.                    NORFOLK VA 23541-1067
123 South Broad Street                   701 Market Street
Philadelphia, PA 19109-1060              Suite 5000
                                         Philadelphia, PA 19106-1541

Radius Global Solutions, LLC             Synchrony Bank/Lowes                   U.S. Bank NA dba Elan Financial Services
PO Box 390905                            Attn:  Bankruptcy                      Bankruptcy Department
Minneapolis, MN 55439-0905               Po Box 965060                          PO Box 108
                                         Orlando, FL 32896-5060                 St. Louis MO 63166-0108
```

| | | |
|---|---|---|
| Wells Fargo<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 |
| Wells Fargo Bank, N.A., Wells Fargo Card Ser<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 | Weltman, Weinberg & Reis Co., LPA<br>170 S Independence Mall W.<br>Philadelphia, PA 19106-3334 | Weltman, Weinberg & Reis Co., LPA<br>3705 Marlane Drive<br>Grove City, OH 43123-8895 |
| Yoan Henriquez<br>C/O BARRY A. SOLODKY<br>Saxton & Stump, LLC<br>280 Granite Run Drive<br>Suite 300<br>Lancaster, PA 17601-6814 | BARRY A. SOLODKY<br>Saxton & Stump, LLC<br>280 Granite Run Drive<br>Suite 300<br>Lancaster, PA 17601-6814 | PAULINE FELICE GIBBLE<br>Saxton and Stump<br>280 Granite Run Drive<br>Suite 300<br>Lancaster, PA 17601-6814 |
| SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 | Yoan Henriquez<br>1001 Suffolk Drive<br>Lititz, PA 17543-8270 | |

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citizens Bank<br>Attention: ROP-15B<br>1 Citizens Drive<br>Riverside, RI 02940 | (d)Citizens Bank N.A.<br>One Citizens Bank Way<br>JCA115<br>Johnston, Rhode Island 02919 | Daimler Truck Financial<br>P.O. Box 5260<br>Carol Stream, IL 60197-5260 |
| Engs Commercial Finance Co.<br>One Pierce Place, Suite 1100 West<br>Itasca, IL 60143 | Paccar Financial<br>240 Gibraltard Rd, Ste 200<br>Horsham, PA 19044-2361 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)Pingora Loan Servicing, LLC | (d)BMO Harris Bank N.A.<br>111 W. Monroe Street<br>Chicago, IL 60603-4095 |
| (d)Jonestown Bank & Trust Co.<br>2 West Market Street<br>Jonestown, PA  17038-9628 | (u)Sophia's Truck, LLC | (u)Sophia Nikolaidis<br>, PA |

```
End of Label Matrix
Mailable recipients    70
Bypassed recipients     6
Total                  76
```