United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-12166-pmm
Yoan Henriquez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 01, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14515193 | + Pingora Loan Servicing, LLC, c/o Cenlar FSB, Attention: BK Department, 425 Phillips Blvd, Ewing, NJ 08618-1430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:**

**Name**    **Email Address**

BARRY A. SOLODKY
    on behalf of Debtor Yoan Henriquez BSO@saxtonstump.com
    dat@saxtonstump.com;msf@saxtonstump.com;pfg@saxtonstump.com;BDA@saxtonstump.com

JAMES KEVIN HANEY
    on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com
    spiotrowski@wongfleming.com,sshalloo@wongfleming.com

LAUREN MOYER
    on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@ecf.courtdrive.com

PAUL C. BAMETZREIDER
    on behalf of Creditor Jonestown Bank & Trust Co. paulb@reillywolfson.com  edonohue@reillywolfson.com

PAULINE FELICE GIBBLE
    on behalf of Debtor Yoan Henriquez pfg@saxtonstump.com

REBECCA ANN SOLARZ

District/off: 0313-4 User: admin Page 2 of 2

Date Rcvd: Jun 01, 2021 Form ID: trc Total Noticed: 1

    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-12166-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Yoan Henriquez
1001 Suffolk Drive
Lititz PA 17543

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/28/2021.

Name and Address of Alleged Transferor(s):

Claim No. 20: Pingora Loan Servicing, LLC, c/o Cenlar FSB, Attention: BK Department, 425 Phillips Blvd, Ewing, NJ 08618

Name and Address of Transferee:

Nationstar Mortgage LLC
PO Box 619096
Dallas, Texas  75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/03/21

Tim McGrath
**CLERK OF THE COURT**