# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>YOAN HENRIQUEZ,<br><br>**Debtor** | Chapter 13 Bankruptcy<br><br>Bankruptcy No.: 20-12166PMM |

## CERTIFICATE OF NO RESPONSE

I, Pauline Felice Gibble, Esquire, of Saxton & Stump, attorney for Debtor, hereby certify that:

(1) Adequate notice of the Motion to Deny Confirmation of Chapter 13 Plan, Convert Chapter 13 Case to Chapter 11, Grant Debtor Leave to Proceed as a Small Business Debtor Under Subchapter V of Chapter 11 and Extend Deadlines ("Motion") was served upon the Chapter 13 Trustee, United States Trustee, and all creditors and parties in interest; and

(2) I have received no Response to the Motion; and

(3) Neither the Trustee, nor the United States Trustee, nor any creditor or party in interest have filed a Response to the Motion within the time set by the Court.

**WHEREFORE,** Saxton & Stump respectfully requests that this Honorable Court grant the Motion without a hearing and that an Order be entered granting the relief requested.

Date:   June 18, 2021

Respectfully submitted,
**Saxton & Stump**

By:   */s/ Pauline Felice Gibble*
Pauline Felice Gibble, Esquire
Barry A. Solodky, Esquire
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
(717) 556-1086; (717) 556-1089
pfg@saxtonstump.com; bso@saxtonstump.com
Counsel for Debtor