Office Mailing Address:                                                     Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                  Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                         P.O. Box 680
Reading, PA  19606                                                          Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-12166-PMM

Yoan Henriquez                                          Petition Filed Date: 04/30/2020
1001 Suffolk Drive                                      341 Hearing Date: 06/02/2020
Lititz  PA    17543                                     Confirmation Date:

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/02/2020 | $1,600.00 | | 06/29/2020 | $1,600.00 | | 07/27/2020 | $1,600.00 | |
| 08/27/2020 | $1,600.00 | | 09/28/2020 | $1,600.00 | | 10/27/2020 | $1,600.00 | |
| 11/30/2020 | $1,600.00 | | 12/29/2020 | $1,600.00 | | 01/27/2021 | $1,600.00 | |
| 03/01/2021 | $1,600.00 | | 03/29/2021 | $1,600.00 | | 04/27/2021 | $1,600.00 | |
| 05/27/2021 | $1,600.00 | | | | | | | |

Total Receipts for the Period:  $20,800.00  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $20,800.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | STEPHEN WADE PARKER ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CITIZENS BANK NA<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $237.00 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $9,147.57 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $10,600.44 | $0.00 | $0.00 |
| 6 | MERCEDES-BENZ FINANCIAL SERVICES USA LLC<br>»» 005 | Unsecured Creditors | $75,118.09 | $0.00 | $0.00 |
| 7 | MERCEDES-BENZ FINANCIAL SERVICES USA LLC<br>»» 006 | Unsecured Creditors | $52,823.08 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $10,465.78 | $0.00 | $0.00 |
| 9 | JONESTOWN BANK & TRUST CO<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | WELLS FARGO BANK<br>»» 009 | Unsecured Creditors | $11,481.26 | $0.00 | $0.00 |
| 11 | PNC EQUIPMENT FINANCE, LLC<br>»» 010 | Unsecured Creditors | $14,691.75 | $0.00 | $0.00 |
| 12 | WELLS FARGO BANK NEVADA NA<br>»» 011 | Unsecured Creditors | $12,366.73 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-12166-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | AMERICAN INFOSOURCE LP<br>»» 012 | Unsecured Creditors | $1,122.54 | $0.00 | $0.00 |
| 14 | ENGS COMMERCIAL FINANCE CO<br>»» 013 | Unsecured Creditors | $178,025.56 | $0.00 | $0.00 |
| 15 | ENGS COMMERCIAL FINANCE CO<br>»» 014 | Unsecured Creditors | $22,212.04 | $0.00 | $0.00 |
| 16 | BMO HARRIS BANK NA<br>»» 015 | Unsecured Creditors | $160,291.48 | $0.00 | $0.00 |
| 17 | BMO HARRIS BANK NA<br>»» 016 | Unsecured Creditors | $35,264.27 | $0.00 | $0.00 |
| 18 | BMO HARRIS BANK NA<br>»» 017 | Unsecured Creditors | $66,904.12 | $0.00 | $0.00 |
| 19 | BMO HARRIS BANK NA<br>»» 018 | Secured Creditors | $26,131.55 | $0.00 | $0.00 |
| 20 | FINANCIAL PACIFIC LEASING LLC<br>»» 019 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | CENLAR FSB<br>»» 020 | Mortgage Arrears | $782.77 | $0.00 | $0.00 |
| 22 | US BANK NA<br>»» 021 | Unsecured Creditors | $5,874.35 | $0.00 | $0.00 |
| 23 | CITIBANK NA<br>»» 022 | Unsecured Creditors | $3,124.76 | $0.00 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $792.29 | $0.00 | $0.00 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $2,570.34 | $0.00 | $0.00 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $878.97 | $0.00 | $0.00 |
| 27 | MINTAKA FINANCIAL, LLC<br>»» 026 | Unsecured Creditors | $40,637.21 | $0.00 | $0.00 |
| 28 | BMO HARRIS BANK NA<br>»» 027 | Unsecured Creditors | $59,398.63 | $0.00 | $0.00 |
| 29 | BMO HARRIS BANK NA<br>»» 028 | Unsecured Creditors | $13,247.11 | $0.00 | $0.00 |
| 30 | BMO HARRIS BANK NA<br>»» 029 | Unsecured Creditors | $81,597.98 | $0.00 | $0.00 |
| 0 | BARRY A SOLODKY ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,800.00 | Current Monthly Payment: | $1,600.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,744.00 | Total Plan Base: | $96,000.00 |
| Funds on Hand: | $19,056.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/**
    **for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.