UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :    Chapter 13
YOAN HENRIQUEZ,                                 :    Case No. 20-12166PMM
Debtor                                          :

## AFFIDAVIT

I, Yoan Henriquez, do solemnly swear, under penalty of perjury, that no balance sheet, statement of operations or cash-flow statement has been prepared for my business, which operates as Yisel Company. See 11 U.S.C. §§1116(1)(B) and 1187(a), which makes 11 U.S.C. §1116(1)(A) and (B) applicable to subchapter V debtors.

Dated: 06/25/21                              _____
                                             Yoan Henriquez


COMMONWEALTH OF PENNSYLVANIA        )
                                    )    SS:
COUNTY OF LANCASTER                 )

On June 25, 2021, 2021, before me, a Notary Public, the undersigned officer, personally appeared YOAN HENRIQUEZ, known to me, or satisfactorily proven, to be the person whose name is subscribed to the within Affidavit and acknowledged that such person executed the same for the purposes therein contained.

_____
Notary Public

NOTARIAL SEAL:

Commonwealth of Pennsylvania – Notary Seal
Bonnie M. Gray, Notary Public
Lancaster County
My Commission Expires February 28, 2023
Commission Number 1345706

#5596485v1<ACTIVE> - Affidavit 6.25.21 w notary