UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Yoan Henriquez, | : |
| | :    **Chapter 11,** |
| | :    **Bky. No. 20-12166 (PMM)** |
| Debtor. | : |
| | : |

## ORDER GRANTING MOTION TO CONVERT TO CHAPTER 11, SUBCHAPTER V AND SCHEDULING STATUS CONFERENCE

**AND NOW**, upon consideration of the Debtor's Motion to Convert Case from Chapter 13 to Chapter 11, Subchapter V (doc. #43, the "Motion");

AND a hearing having been held and concluded on June 24, 2021;

It is **ORDERED** that:

1. The Motion is **granted**. This case is hereby converted to a case under chapter 11, subchapter v;

2. All chapter 11, subchapter v deadlines, e.g. 11 U.S.C. §1188, 1189, Rule 1007, shall run from the date of this Order;

3. Pursuant to 11 U.S.C. §1188(c), **on or before August 4, 2021**, the Debtor shall file a Status Report, substantially in form as set forth in Appendix A to this Order.[1]

4. Pursuant to 11 U.S.C. §1188(a), a Status Conference is **SCHEDULED** on **August 17, 2021 at 11:00 a.m.**, **in the United States Bankruptcy Court, 201 Penn Street, Fourth Fl. Courtroom, Reading, Pennsylvania**.

Date:  6/24/21

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

---

[1] Appendix A, in Word and PDF format may be found in the Chambers Information page on the court's website.

1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**                              :
                                        :     **Chapter 11**
,                         :
                                        :     **Bky. No.  PMM**
            **Debtor.**     :
                                        :
                                        :

**SUBCHAPTER V STATUS REPORT**

*Note: must be filed 14 days prior to initial status conference*

Date of order for relief: _____

Trustee: _____

Has the debtor attended an initial debtor interview?    Yes ☐    No ☐

If no, please explain: _____

Has the trustee concluded the 341 meeting?    Yes ☐    No ☐

If no, please explain: _____

Has the debtor filed all postpetition financial reports?    Yes ☐    No ☐

If no, please explain: _____

Has the debtor filed all monthly operating reports?    Yes ☐    No ☐

If no, please explain: _____

Is all relevant insurance in place and current?    Yes ☐    No ☐

If no, please explain: _____

# APPENDIX A

Has the debtor filed all applicable tax returns?    Yes ☐    No ☐

    If no, please explain: _____

Has the debtor paid all taxes entitled to administrative expense priority?  Yes ☐    No ☐

If no, please explain:

_____

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

Other relevant information:

**Note:  Debtor must file a plan not later than 90 days after entry of order for relief,** unless the Court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable."  See, 11 U.S.C. § 1189(b).

This status report must be served on the trustee and all parties in interest.

**Date:** _____    _____
                                                **Attorney for Debtor**