United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-12166-pmm

Yoan Henriquez     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Yoan Henriquez, 1001 Suffolk Drive, Lititz, PA 17543-8270 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

**Name**           **Email Address**

BARRY A. SOLODKY
     on behalf of Debtor Yoan Henriquez BSO@saxtonstump.com
     dat@saxtonstump.com;msf@saxtonstump.com;pfg@saxtonstump.com;BDA@saxtonstump.com

JAMES KEVIN HANEY
     on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com
     spiotrowski@wongfleming.com,sshalloo@wongfleming.com

LAUREN MOYER
     on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@ecf.courtdrive.com

PAUL C. BAMETZREIDER
     on behalf of Creditor Jonestown Bank & Trust Co. paulb@reillywolfson.com  edonohue@reillywolfson.com

PAULINE FELICE GIBBLE
     on behalf of Debtor Yoan Henriquez pfg@saxtonstump.com

REBECCA ANN SOLARZ

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pingora Loan Servicing LLC bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** Yoan Henriquez, | : | |
| | : | **Chapter 11,** |
| | : | **Bky. No. 20-12166 (PMM)** |
| **Debtor.** | : | |
| | : | |

## ORDER GRANTING MOTION TO CONVERT TO CHAPTER 11, SUBCHAPTER V AND SCHEDULING STATUS CONFERENCE

**AND NOW**, upon consideration of the Debtor's Motion to Convert Case from Chapter 13 to Chapter 11, Subchapter V (doc. #43, the "Motion");

AND a hearing having been held and concluded on June 24, 2021;

It is **ORDERED** that:

1. The Motion is **granted**. This case is hereby converted to a case under chapter 11, subchapter v;

2. All chapter 11, subchapter v deadlines, <u>e.g.</u> 11 U.S.C. §1188, 1189, Rule 1007, shall run from the date of this Order;

3. Pursuant to 11 U.S.C. §1188(c), **on or before August 4, 2021**, the Debtor shall file a Status Report, substantially in form as set forth in Appendix A to this Order.[1]

4. Pursuant to 11 U.S.C. §1188(a), a Status Conference is **SCHEDULED** on **August 17, 2021 at 11:00 a.m.**, **in the United States Bankruptcy Court, 201 Penn Street, Fourth Fl. Courtroom, Reading, Pennsylvania**.

*Patricia M. Mayer*

**Date: 6/24/21**            _____
                             **PATRICIA M. MAYER**
                             **U.S. BANKRUPTCY JUDGE**

---

[1] Appendix A, in Word and PDF format may be found in the Chambers Information page on the court's website.

1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**                                  :
                                            :        **Chapter 11**
,                                           :
                                            :        **Bky. No.   PMM**
        **Debtor.**                         :
                                            :
                                            :

**SUBCHAPTER V STATUS REPORT**

*Note: must be filed 14 days prior to initial status conference*

Date of order for relief: _____

Trustee: _____

Has the debtor attended an initial debtor interview?                 Yes ☐        No ☐

If no, please explain: _____

Has the trustee concluded the 341 meeting?                           Yes ☐        No ☐

If no, please explain: _____

Has the debtor filed all postpetition financial reports?             Yes ☐        No ☐

If no, please explain: _____

Has the debtor filed all monthly operating reports?                  Yes ☐        No ☐

If no, please explain: _____

Is all relevant insurance in place and current?                      Yes ☐        No ☐

If no, please explain: _____

# APPENDIX A

Has the debtor filed all applicable tax returns?                                Yes  ☐    No  ☐

    If no, please explain:
_____

Has the debtor paid all taxes entitled to administrative expense priority?  Yes  ☐    No  ☐

If no, please explain:
_____


Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:




Other relevant information:




**Note:  Debtor must file a plan not later than 90 days after entry of order for relief,** unless the Court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable."  See, 11 U.S.C. § 1189(b).


This status report must be served on the trustee and all parties in interest.



**Date:** _____          _____
                                                              **Attorney for Debtor**

3