**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| YOAN HENRIQUEZ | : | |
| | : | BANKR. NO. 20-12166 (PMM) |
| | : | |
| Debtor. | : | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States trustee has appointed the following

qualified individual as Subchapter V trustee in the above captioned case.

Holly S. Miller, Esquire
Gellert Scali Busenkell & Brown, LLC.
8 Penn Center, Suite 1901
1628 John F. Kennedy Boulevard
Philadelphia, PA  19103
Phone: (215) 238-0012
Fax: (215) 238-0016
hsmith@gssbblaw.com;

The trustee's verified statement of disinterestedness and anticipated rate of compensation

is attached to this notice.

Date:  June 28, 2021

ANDREW R. VARA

United States trustee
Regions 3 and 9


By:  /s/ Kevin P. Callahan
     Kevin P. Callahan
     200 Chestnut Street, Suite 502
     Philadelphia, Pennsylvania  19106
     (215) 597-4411
     (215) 923-1293 (fax)
     Kevin.P.Callahan@usdoj.gov