# United States Bankruptcy Court

Eastern District of Pennsylvania

**In re**
Yoan Henriquez

Case No. 20-12166PMM

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $12,500

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $12,500

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0

2. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal services for the following aspects of the bankruptcy case:

   a. Analysis of the debtor's financial situation and rendering advice to the debtor in determining whether to convert his case to Subchapter V;

   b. Preparation and filing of any amended schedules and amended statements of financial affairs which may be required;

   c. Representation of the debtor at the meeting of creditors and the initial confirmation hearing; and

    d.   Preparation of initial Subchapter V plan.

6.   By agreement with the debtor, the above-disclosed fee does not include the following services:

Representation in adversary proceedings or contested matters, amending plans to allow for confirmation and amending any other pleadings, statements, or other documents other than what is included in the initial Subchapter V filing.

## CERTIFICATION

> I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.
>
> Date: 7/6/2021        /s/ Barry A. Solodky
>
>                                  Saxton & Stump, LLC