**Fill in this information to identify the case:**

Debtor name: Yoan Henriquez

United States Bankruptcy Court for the: Eastern District of PA (State)

Case number (If known): 20-12166PMM

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Engs Commercial Finance Co.<br>One Pierce Place, Suite 1100 West<br>Itasca, IL 60143 | | | | | | $178,025.56 |
| 2 | BMO Harris Bank N.A.<br>P.O. Box 3040<br>Cedar Rapids, IA 52406 | | | | | | $81,597.98 |
| 3 | Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>P.O. Box 131265<br>Roseville, MN 55113-0011 | | | | | | $75,118.09 |
| 4 | BMO Harris Bank N.A.<br>P.O. Box 3040<br>Cedar Rapids, IA 52406 | | | | | | $66,904.12 |
| 5 | BMO Harris Bank N.A.<br>P.O. Box 3040<br>Cedar Rapids, IA 52406 | | | | | | $59,398.63 |
| 6 | Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>P.O. Box 131265<br>Roseville, MN 55113-0011 | | | | | | $52,823.08 |
| 7 | Mintaka Financial, LLC<br>5403 Olympic Dr. NW Ste. 200<br>Gig Harbor, WA 98335 | | | | | | $40,637.21 |
| 8 | Financial Pacific Leasing, Inc.<br>3455 S 344th Way, Ste 300<br>Federal Way, WA 98001 | | | | | | $37,839.95 |

Debtor _____  Case number (if known) _____
　　　　Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Engs Commercial Finance Co.<br>One Pierce Place, Suite 1100 West<br>Itasca, IL 60143 | | | | | | $22,212.04 |
| 10 | PNC Equipment Finance, LLC<br>c/o Flamm, Walton Heimbach<br>794 Penllyn Pike, Suite 100<br>Blue Bell, PA 19422 | Attn: Robert E. Walton/<br>Thomas P. Stevens | | | | | $14,691.75 |
| 11 | BMO Harris Bank N.A.<br>P.O. Box 3040<br>Cedar Rapids, IA 52406 | | | | | | $13,247.11 |
| 12 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>P.O. Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | | | | | | $12,366.73 |
| 13 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-8650 | | | | | | $11,481.26 |
| 14 | American Express National Bank<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | | | | | | $10,600.44 |
| 15 | American Express National Bank<br>c/o Beckett & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | | | | | | $10,465.78 |
| 16 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $9,384.57 |
| 17 | Fulton Bank<br>P.O. Box 4887<br>Lancaster, PA 17604 | | | | | | $6,380.87 |
| 18 | US Bank National Association<br>d/b/a Elan Financial Services<br>P.O. Box 108<br>St. Louis, MO 63166-0108 | | | | | | $5,874.35 |
| 19 | Commonwealth of Pennsylvania<br>Department of Revenue<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | | | | | | $4,702.00 |
| 20 | Bank of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634 | | | | | | $4,025.00 |