UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 11
YOAN HENRIQUEZ, : Case No. 20-12166PMM
Debtor :

## CERTIFICATE OF SERVICE

I, Barry A. Solodky, Esquire, hereby certify that on this 6th day of July, 2021, a true and correct copy of Debtor's Application to Employ Saxton & Stump as Counsel to Debtor *Nunc Pro Tunc* to April 1, 2021 ("Application"), Notice of Application and proposed Order were served via the Court's CM/ECF system or via USPS regular mail, postage prepaid upon the following on the attached service list.

SAXTON & STUMP

Dated: 7/6/2021    By:    /s/ Barry A. Solodky
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
(717) 556-1086 (717) 5660-1089
bso@saxtonstump.com

(1) Andrew R. Vara, Esquire
United States Trustee
c/o Dave P. Adams, Esquire
200 Chestnut St.
Suite 502
Philadelphia, PA 19106
dave.p.adams@usdoj.gov

(2) Holly S. Miller, Esquire
Subchapter V Trustee
Gellert, Scali, Busenkell & Brown, LLC
8 Penn Center, Suite 1901
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
hsmith@gssbblaw.com

(3) Rebecca A. Solarz, Esquire
KML Law Group
701 Market St. Suite 5000
Philadelphia, PA 19106-1322
Counsel for Bank of America, N.A.

(4) Ann E. Swartz, Esquire
Margaret Gairo, Esquire
123 South Broad St., Suite 1400
Philadelphia, PA 19109
ecfmail@mwc-law.com
Counsel for Pingora Loan Servicing, LLC

(5) Paul C. Bametzrreider, Esquire
Reilly Wolfson
1601 Cornwall Rd.
Lebanon, PA 17042
paulb@reillywolfson.com
Counsel for Jonestown Bank & Trust Co.

(6) James K. Haney, Esquire
Wong Fleming, P.C.

821 Alexander Rd., Suite 200

Princeton, NJ 08540

Counsel for BMO Harris Bank N.A.

(7) Todd S. Garan
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Counsel for Nationstar Mortgage LLC d/b/a Mr. Cooper

(8) Rebecca Solarz, Esquire
KMML Law Group, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106-1522
Counsel for Pingora Loan Servicing, LLC

(9) Engs Commercial Finance Co.
One Pierce Place, Suite 1100 West
Itasca, IL 60143

(10) BMO Harris Bank N.A.
P.O. Box 3040
Cedar Rapids, IA 52406

(11) Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
P.O. Box 131265
Roseville, MN 55113-0011

(12) BMO Harris Bank N.A.
P.O. Box 3040
Cedar Rapids, IA 52406

(13) BMO Harris Bank N.A.
P.O. Box 3040
Cedar Rpaids, IA 52406

(14) Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
P.O. Box 131265
Roseville, MN 55113-0011

(15) Mintaka Financial, LLC
    5403 Olympic Dr. NW Ste. 200
    Gig Harbor, WA 98335

(16) Financial Pacific Leasing, Inc.
    3455 S 344th Way, Ste 300
    Federal Way, WA 98001

(17) Engs Commercial Finance Co.
    One Pierce Place, Suite 1100 West
    Itasca, IL 60143

(18) PNC Equipment Finance, LLC
    c/o Flamm, Walton Heimbach
    794 Penllyn Pike, Suite 100
    Blue Bell, PA 19422
    Attention: Robert E. Walton/Thomas P. Stevens

(19) BMO Harris Bank N.A.
    P.O. Box 3040
    Cedar Rapids, IA 52406

(20) Wells Fargo Bank, N.A.
    Wells Fargo Card Services
    P.O. Box 10438, MAC F8235-02F
    Des Moines, IA 50306-0438

(21) Wells Fargo Bank, N.A.
    Small Business Lending Division
    P.O. Box 29482
    Phoenix, AZ 85038-8650

(22) American Express National Bank
    c/o Becket & Lee LLP
    P.O. Box 3001
    Malvern, PA 19355-0701

(23) American Express National Bank
    c/o Beckett & Lee LLP
    P.O. Box 3001
    Malvern, PA 19355-0701

(24) Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(25) Fulton Bank
P.O. Box 4887
Lancaster, PA 17604

(26) US Bank National Association d/b/a Elan Financial Services
Bankruptcy Department
P.O. Box 108
St. Louis, MO 63166-0108

(27) Commonwealth of Pennsylvania
Department of Revenue
P.O. Box 280946
Harrisburg, PA 17128-0946

(28) Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634