**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:                                          Case No. 20-12166-pmm
                                                Chapter 11

Yoan Henriquez

Debtor(s).

## <u>NOTICE OF APPEARANCE</u>

**Nationstar Mortgage LLC d/b/a Mr. Cooper**, a Secured Creditor in the above styled

proceeding, hereby requests that all matters which must be noticed to creditors, any creditors'

committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the

Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to

FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

> **Steven K. Eisenberg, Esquire**
> **Stern & Eisenberg, PC**
> **1581 Main Street, Suite 200**
> **The Shops at Valley Square**
> **Warrington, PA 18976**

> By:    /s/ Steven K. Eisenberg
> Steven K. Eisenberg, Esquire
> Bar No: 75736
> Stern & Eisenberg, PC
> 1581 Main Street, Suite 200
> The Shops at Valley Square
> Warrington, PA 18976
> Phone: (215) 572-8111
> Fax: (215) 572-5025
> seisenberg@sterneisenberg.com
> Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 14th day of July, 2021, to the following:

PAULINE FELICE GIBBLE
Saxton and Stump
280 Granite Run Drive
Suite 300
Lancaster, PA 17601
pfg@saxtonstump.com
*Attorney for Debtor(s)*

Holly Smith Miller
SUBCHAPTER V TRUSTEE
8 Penn Center, Suite 1901
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
hsmiller@gsbblaw.com
*Chapter 11 Trustee*

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Yoan Henriquez
1001 Suffolk Drive
Lititz, PA 17543
*Debtor(s)*

By:       /s/ Steven K. Eisenberg
          Steven K. Eisenberg, Esquire