**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>**YOAN HENRIQUEZ,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No.: 20-12166PMM** |

**CERTIFICATE OF NO RESPONSE**

I, Pauline Felice Gibble, Esquire, of Saxton & Stump, hereby certify that:

1. Adequate notice of the Application of Debtor to Employ Saxton & Stump as Counsel to Debtor ("Application") was served upon the Subchapter V Trustee, the United States Trustee, all Rule 2002 parties and the twenty largest unsecured creditors;

2. I have received no Response, Answer, Objection or other responsive pleading to the Application; and

3. Neither the Subchapter V Trustee, the United States Trustee, any Rule 2002 party, any unsecured creditor nor any other party in interest has filed a Response, Answer, Objection or any other responsive pleading to the Application within the time set by the Court.

**WHEREFORE,** Saxton & Stump respectfully requests that this Honorable Court grant the Application without a hearing and that the proposed Order attached to the Application be entered.

Date:  7/16/2021

Respectfully submitted,
**Saxton & Stump**

By:    */s/ Pauline Felice Gibble*
Pauline Felice Gibble, Esquire
Barry A. Solodky, Esquire
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
(717) 556-1086; (717) 556-1089
pfg@saxtonstump.com; bso@saxtonstump.com
Counsel for Debtor