UNITED STATES BANKRUPTCY COURT
FOR THE EASTEN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| YOAN HENRIQUEZ, | : | Case No. 20-12166PMM |
|     Debtor-in-Possession | : | |

### **CERTIFICATE OF SERVICE**

I, Pauline Felice Gibble, Esquire, counsel for Debtor, hereby certify that on this ____ day of July, 2021, a true and correct copy of Debtor's *Ex Parte* Motion Pursuant to Local Bankruptcy Rule 9014-2(a)(7) for Order Setting Bar Date for Filing Proofs of Claim or Interest and Approving Notice and the proposed Order granting the Motion were served via the Court's CM/ECF system or via USPS regular mail, postage prepaid upon the persons and parties listed on the Clerk's Service List, see Local Bankruptcy Rule 9014-2(d). See the attached service list.

Respectfully submitted,

SAXTON & STUMP

Dated: 7/28/2021          By:     /s/ Pauline F. Gibble
Barry A. Solodky, Esquire
Pauline Felice Gibble, Esquire
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
(717) 556-1086, (717) 566-1089
bso@saxtonstump.com
pfg@saxtonstump.com

(1) Andrew R. Vara, Esquire
United States Trustee
c/o Dave P. Adams, Esquire
200 Chestnut St.
Suite 502
Philadelphia, PA 19106
dave.p.adams@usdoj.gov


(2) Holly S. Miller, Esquire
Subchapter V Trustee
Gellert, Scali, Busenkell & Brown, LLC
8 Penn Center, Suite 1901
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
hsmith@gssbblaw.com


(3) Rebecca A. Solarz, Esquire
KML Law Group
701 Market St. Suite 5000
Philadelphia, PA 19106-1322
Counsel for Bank of America, N.A.


(4) Ann E. Swartz, Esquire
Margaret Gairo, Esquire
123 South Broad St., Suite 1400
Philadelphia, PA 19109
ecfmail@mwc-law.com
Counsel for Pingora Loan Servicing, LLC


(5) Paul C. Bametzrreider, Esquire
Reilly Wolfson
1601 Cornwall Rd.
Lebanon, PA 17042
paulb@reillywolfson.com
Counsel for Jonestown Bank & Trust Co.


(6) James K. Haney, Esquire
Wong Fleming, P.C.

821 Alexander Rd., Suite 200

Princeton, NJ 08540

Counsel for BMO Harris Bank N.A.

(7) Todd S. Garan
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Counsel for Nationstar Mortgage LLC d/b/a Mr. Cooper

(8) Rebecca Solarz, Esquire
KMML Law Group, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106-1522
Counsel for Pingora Loan Servicing, LLC

(9) Steven K. Eisenberg, Esquire
Stern & Eisenberger
1581 Main Street, Suite 200
Warrington, PA 18976
Counsel for Nationstar Morgage
d/b/a Mr. Cooper

(10) Lauren Moyer, Esquire
McCabe, Weisberg & Conway, LLC
123 South Board Street, Suite 1400
Philadelphia, PA 19109
Counsel for Pingora Loan Servicing, LLC

(11) Scott F. Waterman, Chapter 13 Trustee
c/o Rolando Ramos-Cardona, Esquire
Office of Scott F. Waterman, Trustee
2901 St. Lawrence Ave. Suite 100
Reading, PA 19606-4010