UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Yoan Henriquez,** | : | **Chapter 11** |
| | : | |
| | : | |
| Debtor. | : | Bky. No. 20-12166 (PMM) |

# ORDER TO SHOW CAUSE

**AND NOW**, upon consideration of the Application of Debtor to Employ Saxton & Stump ("Proposed Counsel") as Counsel to the Debtor *Nunc Pro Tunc* to April 1, 2021 (doc. # 65, the "Application");

**AND** this case having been filed under chapter 13 on April 30, 2020;

**AND** following the withdrawal of two (2) prior counsel, on May 5, 2021, Proposed Counsel having entered an appearance as counsel to the Debtor in his chapter 13 case, see doc. #'s 40,42;

**AND**, upon Motion by the Debtor, this case having been converted to chapter 11, subchapter V, on June 24, 2021, see doc. #56;

**AND** the Application having been filed on July 6, 2021;

**AND** review of the Application and docket revealing that the Application seeks *nunc pro tunc* appointment of counsel to April 1, 2021,[1] without providing any legal, equitable, or logical basis for such relief, see Roman Cath. Archdiocese of San Juan, Puerto Rico v. Acevedo Feliciano, 140 S.Ct. 696 (2020);

---

[1] However, the proposed Order submitted with the Application does not provide for *nunc pro tunc* relief.

It is, therefore, hereby **ORDERED**, that Debtor's Proposed Counsel **SHALL APPEAR** for a hearing on **Tuesday, August 10, 2021 at 11:00 a.m.** and **show cause** why the Application should not be denied. The hearing will be telephonic; dial- in instructions are available on the court's website.

*Patricia M. Mayer*

**Date: July 28, 2021**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**