# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**YOAN HENRIQUEZ,**<br><br>**Debtor** | Chapter 13 Bankruptcy<br><br>Bankruptcy No.: 20-12166PMM |

## CERTIFICATE OF NO RESPONSE

I, Pauline Felice Gibble, Esquire, of Saxton & Stump, hereby certify that:

1. Adequate notice of Debtor's *Ex Parte* Motion Pursuant to Local Bankruptcy Rule 9014-2(a)(7) for Order Setting Bar Date for Filing Proofs of Claim or Interest and Approving Notice was served upon the Subchapter V Trustee, the Chapter 13 Trustee, the United States Trustee, and all Rule 2002 parties;

2. I have received no Response, Answer, Objection or other responsive pleading to the Motion; and

3. Neither the Subchapter V Trustee, the United States Trustee, any Rule 2002 party, nor any other party in interest has filed a Response, Answer, Objection or any other responsive pleading to the Motion within the time set by the Court.

**WHEREFORE,** Saxton & Stump respectfully requests that this Honorable Court grant the Motion without a hearing and that the proposed Order attached to the Motion be entered.

Date:   7/30/2021

Respectfully submitted,
**Saxton & Stump**

By:   */s/ Pauline Felice Gibble*
Pauline Felice Gibble, Esquire
Barry A. Solodky, Esquire
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
(717) 556-1086; (717) 556-1089
pfg@saxtonstump.com; bso@saxtonstump.com
Counsel for Debtor