United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-12166-pmm
Yoan Henriquez     Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Yoan Henriquez, 1001 Suffolk Drive, Lititz, PA 17543-8270 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BARRY A. SOLODKY | on behalf of Debtor Yoan Henriquez BSO@saxtonstump.com<br>dat@saxtonstump.com;msf@saxtonstump.com;pfg@saxtonstump.com;BDA@saxtonstump.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com  chsm11@trustesolutions.net |
| JAMES KEVIN HANEY | on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com<br>spiotrowski@wongfleming.com,sshalloo@wongfleming.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| LAUREN MOYER | |

on behalf of Creditor Pingora Loan Servicing LLC ecfmail@ecf.courtdrive.com

PAUL C. BAMETZREIDER

on behalf of Creditor Jonestown Bank & Trust Co. paulb@reillywolfson.com edonohue@reillywolfson.com

PAULINE FELICE GIBBLE

on behalf of Debtor Yoan Henriquez pfg@saxtonstump.com

REBECCA ANN SOLARZ

on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor Pingora Loan Servicing LLC bkgroup@kmllawgroup.com

STEVEN K. EISENBERG

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Yoan Henriquez,** | : | **Chapter 11** |
| | : | |
| | : | |
| **Debtor.** | : | **Bky. No. 20-12166 (PMM)** |

# ORDER TO SHOW CAUSE

**AND NOW**, upon consideration of the Application of Debtor to Employ Saxton & Stump ("Proposed Counsel") as Counsel to the Debtor *Nunc Pro Tunc* to April 1, 2021 (doc. # 65, the "Application");

**AND** this case having been filed under chapter 13 on April 30, 2020;

**AND** following the withdrawal of two (2) prior counsel, on May 5, 2021, Proposed Counsel having entered an appearance as counsel to the Debtor in his chapter 13 case, see doc. #'s 40,42;

**AND**, upon Motion by the Debtor, this case having been converted to chapter 11, subchapter V, on June 24, 2021, see doc. #56;

**AND** the Application having been filed on July 6, 2021;

**AND** review of the Application and docket revealing that the Application seeks *nunc pro tunc* appointment of counsel to April 1, 2021,[1] without providing any legal, equitable, or logical basis for such relief, see Roman Cath. Archdiocese of San Juan, Puerto Rico v. Acevedo Feliciano, 140 S.Ct. 696 (2020);

---

[1] However, the proposed Order submitted with the Application does not provide for *nunc pro tunc* relief.

It is, therefore, hereby **ORDERED**, that Debtor's Proposed Counsel **SHALL APPEAR** for a hearing on **Tuesday, August 10, 2021 at 11:00 a.m.** and **show cause** why the Application should not be denied. The hearing will be telephonic; dial- in instructions are available on the court's website.

*Patricia M. Mayer*

**Date: July 28, 2021**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**