UNITED STATES BANKRUPTCY COURT
FOR THE EASTEN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| YOAN HENRIQUEZ, | : | Case No. 20-12166PMM |
| Debtor-in-Possession | : | |

## ORDER

UPON MY CONSIDERATION OF Debtor's *Ex Parte* Motion Pursuant to Local Bankruptcy Rule 9014-2(a)(7) for Order Setting Bar Date for Filing Proofs of Claim or Interest and Approving Notice ("Motion"), IT IS HEREBY ORDERED that Debtor's Motion is GRANTED.

IT IS FURTHER ORDERED that **September 1, 2021** is SET AS THE BAR DATE for the filing of proofs of claim or interest pursuant to Fed. R. Bankr. P. 3003(c)(3).

IT IS FURTHER ORDERED that the Notice of Bar Date for Filing Proofs of Claim or Interest is APPROVED.

Dated: 8/2/21

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
United States Bankruptcy Judge