UNITED STATES BANKRUPTCY COURT
FOR THE EASTEN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| YOAN HENRIQUEZ, | : | Case No. 20-12166PMM |
| Debtor-in-Possession | : | |

## CERTIFICATE OF SERVICE

I, Pauline Felice Gibble, Esquire, of Saxton & Stump, do hereby certify that on **insert date** true and correct copies of the Order Granting Motion to Set Last Day to File Proofs of Claim (Docket Number 79), the Notice of Bar Date for Filing Proofs of Claim (Exhibit 1, attached to the Motion to Set Last Day for filing Proofs of Claim [Docket Entry 73]) and the Proof of Claim Form and Corresponding Instructions (Official Form 410) were served via USPS first class mail, postage prepaid upon the attached service list.

Respectfully submitted,

Saxton & Stump

Date:  8/3/2021        By:    */s/ Pauline Felice Gibble*
Pauline Felice Gibble, Esquire
Barry A. Solodky, Esquire
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
 (717) 556-1086; (717) 556-1089
pfg@saxtonstump.com
bso@saxtonstump.com
Counsel for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 20-12166-pmm<br>Eastern District of Pennsylvania<br>Reading<br>Tue Aug  3 08:11:12 EDT 2021 | BMO Harris Bank N.A.<br>111 W. Monroe Street<br>Chicago, IL 60603-4095 | Bureau of Audit and Enforcement<br>City of Allentown<br>435 Hamilton Street<br>Allentown, PA 18101-1603 |
| City Treasurer<br>Eighth and Washington Streets<br>Reading, PA 19601 | Dun & Bradstreet, INC<br>3501 Corporate Pkwy<br>P.O. Box 520<br>Centre Valley, PA 18034-0520 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jonestown Bank & Trust Co.<br>2 West Market Street<br>Jonestown, PA 17038-9628 | Lehigh County Tax Claim Bureau<br>17 South Seventh Street<br>Allentown, PA 18101-2401 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Tax Claim Bureau<br>633 Court Street<br>Second Floor<br>Reading, PA 19601-4300 | U.S. Attorney Office<br>c/o Virginia Powel, Esq.<br>Room 1250<br>615 Chestnut Street<br>Philadelphia, PA 19106-4404 | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 |
| Reading<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601-4038 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| BANK OF AMERICA, N.A.<br>C/O KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106-1541 | BANK OF AMERICA, N.A.<br>c/o REBECCA ANN SOLARZ<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | BMO Harris Bank N.A.<br>C/O JAMES KEVIN HANEY<br>Wong Fleming, PC<br>821 Alexander Road, Suite 200<br>Princeton, NJ 08540-6352 |
| BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids IA 52406-3040 | BMO Harris Bank NA<br>P.O. Box 71951<br>Chicago, IL 60694-1951 | BSB Leasing, Inc.<br>5403 Olympic Drive NW Suite 200<br>Gig Harbor, WA 98335-1853 |
| Balboa Capital Corpora<br>2010 Main St Ste 1100<br>Irvine, CA 92614-8250 | Bank of America<br>4909 Savarese Circle<br>F11-908-01-50<br>Tampa, FL 33634-2413 | Bank of America<br>Attn: Bankruptcy<br>Nc4-105-03-14 Pob 26012<br>Greensboro, NC 27420 |
| Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 | Capital Management Services, LP<br>698 1/2 Ogden Street<br>Buffalo, NY 14206-2317 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Cenlar<br>Attn: Bankruptcy<br>PO Box 77404<br>Ewing, NJ 08628-6404 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |

Citibank/Best Buy
Attn: Bankruptcy
Po Box 790441
St. Louis, MO 63179-0441

Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

(p)MERCEDES BENZ FINANCIAL SERVICES
13650 HERITAGE PARKWAY
FORT WORTH TX 76177-5323

Doyle & Hoefs LLC
2043 Springwood Road
York, PA 17403-4836

ENGS Comerical Finance Co.
1 Pierce Place, Suite 1100 West
Itasca, IL 60143-3149

(p)ENGS COMMERCIAL FINANCE CO
1 PIERCE PLACE SUITE 1100 WEST
ITASCA IL 60143-3149

Financial Pacific Leasing, Inc.
3455 S 344th Way, #300
Auburn, WA 98001-9546

Fulton Bank
PO Box 4887
Lancaster, PA 17604-4887

Fulton Bank Leasing Department
P.O. Box 25091
Lehigh Valley, PA 18002-5091

Hitachi
P.O. Box 5700
Norwalk, CT 06856-5700

Jonestown Bank & Trust Co.
C/O PAUL C. BAMETZREIDER
Reilly Wolfson
1601 Cornwall Road
Lebanon, PA 17042-7460

Jonestown Bank And Tru
Attn: Bankruptcy
Po Box 717
Jonestown, PA 17038-0717

Jordan Wayne Felzer, Esq.
American Express Legal
PO Box 1068
Jenkintown, PA 19046-7368

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Michelle A. Chiongson
575 Anton Blvd, 12th Floor
Costa Mesa, CA 92626-7169

Mintaka Financial, LLC
5403 Olympic Dr. NW Ste. 200
Gig Harbor, WA 98335-1853

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Nationstar Mortgage LLC.
C/O Todd S. Garan
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

Nationstar Mortgage, LLC
C/O Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976-3403

PA Department of Revenue
PO Box 280946
Harrisburg, PA 17128-0946

PNC EQUIPMENT FINANCE, LLC
c/o Flamm Walton Heimbach
794 Penllyn Pike, Suite 100
Blue Bell, PA 19422-1669
ATTN:  Robert E. Walton/Thomas P. Steven

PNC Equipment Finance, LLC
655 Business Center Drive Suite 250
Horsham, PA 19044-3448

(p)PACCAR FINANCIAL CORP
P O BOX 1518
BELLEVUE WA 98009-1518

Pingora Loan Servicing, LLC
C/O ANN E. SWARTZ
McCabe, Wesberg & Conway, P.C.
123 South Broad Street
Suite 2080
Philadelphia, PA 19109-1031

Pingora Loan Servicing, LLC
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106-1541

Pingora Loan Servicing, LLC
c/o Cenlar FSB
Attention: BK Department
425 Phillips Blvd
Ewing, NJ 08618-1430

Pingora Loan Servicing, LLC
c/o McCabe, Weisberg & Conway, LLC
Suite 1400
123 South Broad Street
Philadelphia, PA 19109-1060

Pingora Loan Servicing, LLC.
C/O REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

| | | |
|---|---|---|
| Radius Global Solutions, LLC<br>PO Box 390905<br>Minneapolis, MN 55439-0905 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 |
| United States Trustee<br>C/O Dave P. Adams<br>Office of the United States trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, Pennsylvania 19106-2908 | Wells Fargo<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 |
| Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Bank, N.A., Wells Fargo Card Ser<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Weltman, Weinberg & Reis Co., LPA<br>170 S Independence Mall W.<br>Philadelphia, PA 19106-3334 |
| Weltman, Weinberg & Reis Co., LPA<br>3705 Marlane Drive<br>Grove City, OH 43123-8895 | Yoan Henriquez<br>C/O BARRY A. SOLODKY<br>Saxton & Stump, LLC<br>280 Granite Run Drive<br>Suite 300<br>Lancaster, PA 17601-6814 | BARRY A. SOLODKY<br>Saxton & Stump, LLC<br>280 Granite Run Drive<br>Suite 300<br>Lancaster, PA 17601-6814 |
| HOLLY SMITH MILLER, ESQ.<br>Gellert Scali Busenkell & Brown, P.C.<br>SUBCHAPTER V TRUSTEE<br>8 Penn Center, Suite 1901<br>1628 John F. Kennedy Blvd.<br>Philadelphia, PA 19103-2125 | PAULINE FELICE GIBBLE<br>Saxton and Stump<br>280 Granite Run Drive<br>Suite 300<br>Lancaster, PA 17601-6814 | Yoan Henriquez<br>1001 Suffolk Drive<br>Lititz, PA 17543-8270 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citizens Bank<br>Attention: ROP-15B<br>1 Citizens Drive<br>Riverside, RI 02940 | (d)Citizens Bank N.A.<br>One Citizens Bank Way<br>JCA115<br>Johnston, Rhode Island 02919 | Daimler Truck Financial<br>P.O. Box 5260<br>Carol Stream, IL 60197-5260 |
| Engs Commercial Finance Co.<br>One Pierce Place, Suite 1100 West<br>Itasca, IL 60143 | Nationstar Mortgage LLC<br>PO Box 619096<br>Dallas, Texas 75261-9741 | Paccar Financial<br>240 Gibraltard Rd, Ste 200<br>Horsham, PA 19044-2361 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | (u)Pingora Loan Servicing, LLC |
| (d)BMO Harris Bank N.A.<br>111 W. Monroe Street<br>Chicago, IL 60603-4095 | (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (d)Jonestown Bank & Trust Co.<br>2 West Market Street<br>Jonestown, PA 17038-9628 |
| (u)Sophia's Truck, LLC | (u)Sophia Nikolaidis<br>, PA | End of Label Matrix<br>Mailable recipients    74<br>Bypassed recipients     8<br>Total                  82 |