United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12166-pmm |
| Yoan Henriquez | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Yoan Henriquez, 1001 Suffolk Drive, Lititz, PA 17543-8270 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 04, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BARRY A. SOLODKY | on behalf of Debtor Yoan Henriquez BSO@saxtonstump.com dat@saxtonstump.com;msf@saxtonstump.com;pfg@saxtonstump.com;BDA@saxtonstump.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com   chsm11@trustesolutions.net |
| JAMES KEVIN HANEY | on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com spiotrowski@wongfleming.com,sshalloo@wongfleming.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 02, 2021 | Form ID: pdf900 | Total Noticed: 1

LAUREN MOYER
    on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@mwc-law.com

PAUL C. BAMETZREIDER
    on behalf of Creditor Jonestown Bank & Trust Co. paulb@reillywolfson.com  edonohue@reillywolfson.com

PAULINE FELICE GIBBLE
    on behalf of Debtor Yoan Henriquez pfg@saxtonstump.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com

STEVEN K. EISENBERG
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE EASTEN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| YOAN HENRIQUEZ, | : | Case No. 20-12166PMM |
| Debtor-in-Possession | : | |

## ORDER

UPON MY CONSIDERATION OF Debtor's *Ex Parte* Motion Pursuant to Local Bankruptcy Rule 9014-2(a)(7) for Order Setting Bar Date for Filing Proofs of Claim or Interest and Approving Notice ("Motion"), IT IS HEREBY ORDERED that Debtor's Motion is GRANTED.

IT IS FURTHER ORDERED that **September 1, 2021** is SET AS THE BAR DATE for the filing of proofs of claim or interest pursuant to Fed. R. Bankr. P. 3003(c)(3).

IT IS FURTHER ORDERED that the Notice of Bar Date for Filing Proofs of Claim or Interest is APPROVED.

Dated: 8/2/21

_____
PATRICIA M. MAYER
United States Bankruptcy Judge