UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| YOAN HENRIQUEZ, | : | Case No. 20-12166PMM |
| Debtor | : | |

**ORDER**

UPON CONSIDERATION of the Application of Debtor to Employ Saxton & Stump as Counsel to Debtor ("Application), and any Response thereto, it is HEREBY ORDERED that Debtor's Application to Employ Saxton & Stump as Counsel to Debtor is GRANTED.

IT IS FURTHER ORDERED that Debtor may employ Saxton & Stump as his counsel in these proceedings to advise him upon all matters that may arise or that may be incident to these proceedings, with Saxton & Stump to be paid at such compensation as the Court shall allow, pursuant to a proper Application in accordance with In re Busy Beaver Bldg. Centers, Inc., 19 F.3d 833 (3rd Cir. 1994).

Dated: **August 17, 2021**

_/Patricia M. Mayer/_
PATRICIA M. MAYER
United States Bankruptcy Judge