**Fill in this information to identify the case:**

Debtor Name _Yoan Henriquez_

United States Bankruptcy Court for the: _Eastern_ District of _PA_

Case number: _20-12166 PMM_

☐ Check if this is an
amended filing

---

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month: _July 2021_

Line of business: _Jewelry Sales_

Date report filed: _08|20|2021_
MM / DD / YYYY

NAISC code: _0_

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Yoan Henriquez_

Original signature of responsible party _[signature]_

Printed name of responsible party _YOAN HENRIQUEZ_

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☒ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name **Yoan Henriquez**                    Case number **20- 12166 PMM**

17. Have you paid any bills you owed before you filed bankruptcy?            ☐ ☒ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ **8796.65**

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ **46,990**

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ **51,267.20**

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ **– 4,277.20**

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ **4,519.45**

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**               $ **0**

    *(Exhibit E)*

Debtor Name **Yoan Henriquez**    Case number **20-12166PMM**

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                                                    $   0

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                      0

27. What is the number of employees as of the date of this monthly report?                         0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $   0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $   0

30. How much have you paid this month in other professional fees?                                  $   0

31. How much have you paid in total other professional fees since filing the case?                 $   0

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>Projected | | Column B<br>Actual | | Column C<br>Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | − | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. Cash receipts | $ N/A | − | $ 46,990 | = | $ N/A |
| 33. Cash disbursements | $ N/A | − | $ 51,267.2 | = | $ N/A |
| 34. Net cash flow | $ N/A | − | $ -4,277.2 | = | $ N/A |

35. Total projected cash receipts for the next month:                                       $ 45,500

36. Total projected cash disbursements for the next month:                                 − $ 42,429

37. Total projected net cash flow for the next month:                                      = $ 3,071

Debtor Name  Yoan Henriquez                    Case number  20- 121106 PMM

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☒ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.





In re    Yoan Henriquez                                  Case No.    20-12166-PMM

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer [1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| Saxton & Stump | 4/8/21 | | Debtor, Yoan Henriquez | $2,500.00 | $0.00 | $2,500.00 |
| Saxton & Stump | 4/15/21 | | | | $2,211.00 | $289.00 |
| Saxton & Stump | 4/27/21 | | Debtor's Sister, Yisel Henriquez Gonzales | $5,000.00 | $0.00 | $5,289.00 |
| Saxton & Stump | 4/27/21 | | Debtor's Sister, Yisel Henriquez Gonzales | $5,000.00 | $0.00 | $10,289.00 |

[1] Identify all Evergreen Retainers

Form IR-2
(4/07)

*Exhibit B*

| DOCTOR BILL | 720.02 |
|---|---|
| PACKAGING SUPPLY (BAGS, CARDS) approximately twice a year. | 2000 |

*Exhibit C*

| INCOME FROM BUSSINESS | | |
|---|---|---|
| DAY | PLACE | INCOME |
| 1 | | |
| 2 | READING | 3551 |
| 3 | | |
| 4 | READING | 4537 |
| 5 | | |
| 6 | SILVER SPRING | 1834 |
| 7 | | |
| 8 | HYATTVILLE | 2033 |
| 9 | COLUMBIA | 2704 |
| 10 | | |
| 11 | | |
| 12 | ALLEMTOWN | 1614 |
| 13 | BALTIMORE | 2822 |
| 14 | | |
| 15 | BALTIMORE | 3005 |
| 16 | | |
| 17 | NEW BRUNSWICK | 3098 |
| 18 | | |
| 19 | PLAINFIELD | 4104 |
| 20 | | |
| 21 | VIRGINIA | 2940 |
| 22 | VIRGINIA | 2089 |
| 23 | | |
| 24 | HYATTSVILLE | 2874 |
| 25 | HYATTSVILLE | 2856 |
| 26 | | |
| 27 | WASHINGTON | 2370 |
| 28 | BALTIMORE | 2259 |
| 29 | | |
| 30 | | |
| | | |
| INCOME FROM RENT | | |
| PARKWYNNE PROPERTY | | 1300 |
| WABANK PROPERTY | | 1000 |

*Exhibit D*

| | |
|---|---|
| UGI | 40.19 |
| MORTGAGE | 2540.52 |
| CHASE AUTO MERSEDEZ BENZ | 1405.65 |
| PPL | 296.19 |
| CELL | 336.94 |
| XFINITY | 166.35 |
| ADT | 50.23 |
| BANK OF AMERICA AUTO MERCEDEZ BENZ | 1557.69 |
| GOODS DISPORSAL | 30 |
| LASA | 34.12 |
| LANCASTER CITY | 59.59 |
| CARWASH | 202.13 |
| IRA | 200 |
| LIFE INSURANCE YOAN | 304.32 |
| DISABILITY INSURANCE | 194.59 |
| AUTO INSURANCE | 504.76 |
| DOCTOR BILL | 720.02 |
| MORTGAGE PARKWYNE | 831.77 |
| MORTGAGE WABANK | 790.98 |
| HEALTH INSURANCE | 665.21 |
| TRUGREEN | 53.95 |
| INVENTORY PURCHASE (RAY JEWELRY) | 27750 |
| IDEPENDENT CONTRACTOR (MARIA ESTHER ROQUE LOPEZ) | 3200 |
| IDEPENDENT CONTRACTOR (MIRAIDYS PANTOJA ROQUEZ) | 4800 |
| GAS, MEAL AND HOTEL | 2532 |
| PACKAGING SUPPLY (BAGS, CARDS) | 2000 |

# M&T Bank

FOR INQUIRIES CALL:    (800) 724-2440

00   0 06604M NM  017

000000                                N

**YOAN HENRIQUEZ**
**DEBTOR IN POSSESSION CASE NO. 20-12166MM**
**1001 SUFFOLK DR**
**LITITZ PA 17543**

| ACCOUNT TYPE | |
|---|---|
| MYCHOICE PREMIUM CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 5540 | JUL.16-AUG.16,2021 |

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 20,756.00 |
| LESS CHECKS & DEBITS | 20,500.00 |
| INTEREST | 0.06 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $256.06 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.06                    EDEN PARK
INTEREST PAID YEAR TO DATE                    $0.06

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $0.00 | 2 | $20,756.00 | 0 | $0.00 | 1 | $20,500.00 | $0.06 | $256.06 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/16/2021 | BEGINNING BALANCE | | | $0.00 |
| 07/16/2021 | DEPOSIT | $100.00 | | 100.00 |
| 08/03/2021 | DEPOSIT | 20,656.00 | | 20,756.00 |
| 08/16/2021 | INTEREST PAYMENT | 0.06 | | |
| 08/16/2021 | IRS USATAXPYMT | | $20,500.00 | 256.06 |
| | ENDING BALANCE | | | $256.06 |

ANNUAL PERCENTAGE YIELD EARNED = 0.00%

# How To Balance Your M&T Bank Deposit Account

Follow these steps to bring your register balance into agreement with this statement.

**STEP 1:** Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register. (Place the checkmark next to each item in your register and on this statement.)

**STEP 2:** TO DETERMINE YOUR CURRENT BALANCE:

ADD  to the balance shown in your register by writing in the amount of:
  (a) Any deposits and other additions shown on this statement which you have not already added; and
  (b) Any interest this statement shows as credited to your account, if it is an interest earning account.

SUBTRACT  to the balance shown in your register by writing in the amount of:
  (a) Any checks or other subtractions shown on this statement which you did not enter into your register; and
  (b) Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted; and
  (c) Any service charges shown on this statement which you have not already subtracted.

**Complete STEPS 3 through 8 to determine the current balance in your account.**

**STEP 3:** List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below.

| CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | |
| --- | --- |
| NUMBER | AMOUNT |
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | $ |

**STEP 4:** Enter on this line the Ending Balance shown on the front of this statement.  $

**STEP 5:** Enter the total of any deposits or other additions shown in your register which are not shown on this statement.  $

**STEP 6:** Add the amounts in STEPS 4 and 5, enter the total here.  $

**STEP 7:** Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here.  $

**STEP 8:** Subtract total of STEP 7 from STEP 6 and enter the difference here. *This amount should be your current account balance.*  $

HAVE YOU MOVED? If so, please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED.

# In Case of Errors or Questions About Your Electronic Transfers

Telephone us at (800) 724-2440 or write to us at:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  (1) Tell us your name and account number (if any).
  (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

©2016 Manufacturers and Traders Trust Company

**M&T** Bank



Member **FDIC**   L008A (11/16)

# M&T Bank

FOR INQUIRIES CALL:    (800) 724-2440

00   0 06604M NM  017

000000                                    N

**YOAN HENRIQUEZ**
**DEBTOR IN POSSESSION CASE NO. 20-12166MM**
**1001 SUFFOLK DR**
**LITITZ PA 17543**

| ACCOUNT TYPE | |
|---|---|
| MYCHOICE PREMIUM CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 5557 | JUL.16-AUG.16,2021 |

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 12,839.89 |
| LESS CHECKS & DEBITS | 12,261.55 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $578.34 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00                    EDEN PARK

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $0.00 | 13 | $12,839.89 | 8 | $4,495.70 | 17 | $7,765.85 | $0.00 | $578.34 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/16/2021 | BEGINNING BALANCE | | | $0.00 |
| 07/16/2021 | DEPOSIT | $100.00 | | 100.00 |
| 07/27/2021 | DEPOSIT | 1,104.00 | | 1,204.00 |
| 07/29/2021 | DEPOSIT | 2,197.00 | | 3,401.00 |
| 08/02/2021 | CHECK NUMBER 0552 | | $790.98 | 2,610.02 |
| 08/04/2021 | DEPOSIT | 2,600.00 | | |
| 08/04/2021 | ALLSTATE INS CO SAFE DRVR | 133.24 | | |
| 08/04/2021 | AT&T 1X        800-331-0500 | | 474.81 | |
| 08/04/2021 | CHECK NUMBER 0553 | | 1,557.69 | 3,310.76 |
| 08/05/2021 | ALLSTATE F&C INS INS PYMT | | 525.00 | 2,785.76 |
| 08/06/2021 | Assurity Life PREM DEBIT | | 389.18 | |
| 08/06/2021 | WF HOME MORTGAGE CHECKPAYMT 000000000000555 | | 2,540.52 | (143.94) |
| 08/09/2021 | M&T ATM CASH DEPOSIT ON 08/07 EDEN PARK, 1701 OREGON PK, LANCASTER, PA 17201 | 360.00 | | |
| 08/09/2021 | RETURN - Chase Auto      CHECK PYMT 0000000000 | 1,405.65 | | |
| 08/09/2021 | PURCHASE ON 08/06 WEIS MARKETS 01700A FRUITVILLE PLANCASTER   PA | | 177.00 | |
| 08/09/2021 | Chase Auto     CHECK PYMT 000000000000554 | | 1,405.65 | |
| 08/09/2021 | OVERDRAFT FEE       -WF HOME MORTGAGE CHECKPA | | 38.50 | 0.56 |
| 08/10/2021 | M&T ATM CASH DEPOSIT ON 08/10 EDEN PARK, 1701 OREGON PK, LANCASTER, PA 17201 | 1,415.00 | | |
| 08/10/2021 | M&T ATM CASH DEPOSIT ON 08/10 EDEN PARK, 1701 OREGON PK, LANCASTER, PA 17201 | 50.00 | | |
| 08/10/2021 | CHECK NUMBER 0556 | | 255.05 | |
| 08/10/2021 | INSUFFICIENT FUNDS FEE-Chase Auto      CHECK P | | 38.50 | 1,172.01 |
| 08/11/2021 | M&T ATM CASH DEPOSIT ON 08/11 EDEN PARK, 1701 OREGON PK, LANCASTER, PA 17201 | 1,430.00 | | |
| 08/11/2021 | M&T ATM CASH DEPOSIT ON 08/11 EDEN PARK, 1701 OREGON PK, LANCASTER, PA 17201 | 170.00 | | |
| 08/11/2021 | MERCEDES BENZ OF LANCAEAST PETERSBU | | 210.21 | |

**PAGE 1 OF 4**

Document   Page 12 of 14

# M&T Bank

FOR INQUIRIES CALL:   (800) 724-2440

| ACCOUNT TYPE | |
|---|---|
| MYCHOICE PREMIUM CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 5557 | JUL.16-AUG.16,2021 |

YOAN HENRIQUEZ
DEBTOR IN POSSESSION CASE NO. 20-12166MM

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/11/2021 | CHECK NUMBER 0558 | | 297.02 | 2,264.78 |
| 08/12/2021 | MCW#690          LANCASTER | | 63.59 | |
| 08/12/2021 | MCW#690          LANCASTER | | 63.59 | |
| 08/12/2021 | MCW#690          LANCASTER | | 63.59 | |
| 08/12/2021 | PIN TURKEY HILL #031 6LANCASTER | | 79.48 | 1,994.53 |
| 08/13/2021 | PIN TURKEY HILL #031 6LANCASTER | | 34.63 | |
| 08/13/2021 | Chase Auto    CHECK PYMT 000000000000554 | | 1,405.65 | |
| 08/13/2021 | CHECK NUMBER 0557 | | 339.89 | |
| 08/13/2021 | CHECK NUMBER 0560 | | 166.56 | 47.80 |
| 08/16/2021 | M&T ATM CASH DEPOSIT ON 08/14 1603 MANHEIM PIKE, LANCASTER, PA  17601 | 1,700.00 | | |
| 08/16/2021 | M&T ATM CHECK DEPOSIT 1603 MANHEIM PIKE, LANCASTER, PA  17601 | 175.00 | | |
| 08/16/2021 | MCW#690          LANCASTER | | 74.15 | |
| 08/16/2021 | PURCHASE ON 08/13 01700A FRUITVILLE PLANCASTER   PA | | 181.80 | |
| 08/16/2021 | CHECK NUMBER 0559 | | 665.21 | |
| 08/16/2021 | CHECK NUMBER 0561 | | 423.30 | 578.34 |
| | ENDING BALANCE | | | $578.34 |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 552 | 08/02/21 | 790.98 | 557 | 08/13/21 | 339.89 | 560 | 08/13/21 | 166.56 |
| 553 | 08/04/21 | 1,557.69 | 558 | 08/11/21 | 297.02 | 561 | 08/16/21 | 423.30 |
| 556* | 08/10/21 | 255.05 | 559 | 08/16/21 | 665.21 | | | |

## OVERDRAFT AND NSF FEE SUMMARY

| | TOTAL FOR THIS STATEMENT CYCLE | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|---|
| TOTAL INSUFFICIENT FUNDS (NSF) FEES | $38.50 | $38.50 | $0.00 |
| TOTAL OVERDRAFT FEES | $38.50 | $38.50 | $0.00 |

Total Insufficent Funds (NSF) Fees include per item fees charged when we return an item unpaid because there are not sufficient funds in the account to cover the item. Total Overdraft Fees include  per item fees charged when we pay an item that overdraws the account as well as any Extended Overdraft  Fees charged to the account.

# M&T Bank

FOR INQUIRIES CALL:    (800) 724-2440

| ACCOUNT TYPE | |
|---|---|
| MYCHOICE PREMIUM CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 5557 | JUL.16-AUG.16,2021 |

YOAN HENRIQUEZ
DEBTOR IN POSSESSION CASE NO. 20-12166MM

### OVERDRAFT AND NSF FEE WAIVERS, REVERSALS AND REFUNDS SUMMARY

| | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|
| OVERDRAFT & NSF FEE WAIVERS, REVERSALS & REFUNDS | $0.00 | $0.00 |
| TOTAL OVERDRAFT & NSF FEES LESS ANY WAIVERS, REVERSALS & REFUNDS | $77.00 | $0.00 |

Note:  Fee Waivers, Reversals & Refunds may include waivers, reversals or refunds applied to your account this year for fees assessed in the prior year.

ANNUAL PERCENTAGE YIELD EARNED = 0.00%

**PAGE 3 OF 4**

## How To Balance Your M&T Bank Deposit Account

Follow these steps to bring your register balance into agreement with this statement.

| STEP 1: | Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register. (Place the checkmark next to each item in your register and on this statement.) |

| STEP 2: | **TO DETERMINE YOUR CURRENT BALANCE:** |

**ADD** to the balance shown in your register by writing in the amount of:
   (a) Any deposits and other additions shown on this statement which you have not already added; and
   (b) Any interest this statement shows as credited to your account, if it is an interest earning account.

**SUBTRACT** to the balance shown in your register by writing in the amount of:
   (a) Any checks or other subtractions shown on this statement which you did not enter into your register; and
   (b) Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted; and
   (c) Any service charges shown on this statement which you have not already subtracted.

**Complete STEPS 3 through 8 to determine the current balance in your account.**

| STEP 3: | List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below. |

**CHECKS OUTSTANDING AND OTHER SUBTRACTIONS**

| NUMBER | AMOUNT | |
|--------|--------|--|
|  | $ |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS** | $ |  |

| | | |
|---|---|---|
| **STEP 4:** Enter on this line the Ending Balance shown on the front of this statement. | $ | |
| **STEP 5:** Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ | |
| **STEP 6:** Add the amounts in STEPS 4 and 5, enter the total here. | $ | |
| **STEP 7:** Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here. | $ | |
| **STEP 8:** Subtract total of STEP 7 from STEP 6 and enter the difference here. ***This amount should be your current account balance.*** | $ | |

HAVE YOU MOVED? If so, please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at (800) 724-2440 or write to us at:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

©2016 Manufacturers and Traders Trust Company

 

M&T Bank

Member
FDIC    L008A (11/16)