**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Yoan Henriquez, | : | |
| | : | Bky. No. 20-12166 PMM |
| Debtor. | : | |
| | : | |

## SCHEDULING ORDER

**AND NOW**, whereas the above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code and the Court having held a preliminary status conference on **August 17, 2021,** and the Debtor's proposed plan of reorganization having been filed on **September 21, 2021**. Doc. # 90;

**IT IS HEREBY ORDERED** that the following dates and deadlines will govern the procedure of this case:

Confirmation Hearing. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on **Tuesday, November 9, 2021 at 11:00 A.M.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn Street, Reading, Pennsylvania, 19601.

Deadline to Make §1111(b)(2) Election. A secured creditor that wishes to make an election under 11 U.S.C. §1111(b)(2) must do so no later than **Tuesday, November 2, 2021**.

Objections to Plan. **Tuesday, November 2, 2021** is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal

Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1).  *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules*.

<u>Voting on the Plan</u>. **Tuesday, November 2, 2021** is the deadline for submitting written acceptances or rejections of the Debtor's plan of reorganization. Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

> Pauline Felice Gibble
> Saxton & Stump
> 280 Granite Run Drive, Suite 300
> Lancaster, PA 17601

<u>Service of Plan Documents</u>. On or before **September 27, 2021**, the Debtor shall serve a copy of this Scheduling Order and the Debtor's plan of reorganization on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d).  *The Debtor's attorney shall thereafter promptly file a certificate of service with the Court*.

**Date: September 21, 2021**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE