Debtor Name ___Yoan Henriquez___

United States Bankruptcy Court for the: ___Eastern___ District of ___Pennsylvania___

Case number: ___20-12166 PMM___

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

| | |
|---|---|
| Month: ___August 2021___ | Date report filed: ___09/22/2021___ MM / DD / YYYY |
| Line of business: ___Jewelry Sales___ | NAISC code: ___0___ |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: ___Yoan Henriquez___

Original signature of responsible party ___[signature]___

Printed name of responsible party ___Yoan Henriquez___

### ■ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☒ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name    Yoan Henriquez

Case number    20-12166 PMM

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☒ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 4519.45

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 46,619.24

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 48,463.93

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ – 1,844.69

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 2,674.76

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0

*(Exhibit E)*

Debtor Name ___Yoan Henriquez_____    Case number __20-12166 PMM_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                              $ ___0___

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          ___0___
27. What is the number of employees as of the date of this monthly report?             ___0___

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ ___0___
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ ___0___
30. How much have you paid this month in other professional fees?     $ ___0___
31. How much have you paid in total other professional fees since filing the case?     $ ___0___

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 45,500 | − | $ 46,619.24 | = | $ -1,119.24 |
| 33. **Cash disbursements** | $ 42,429 | − | $ 48,463.93 | = | $ -6034.93 |
| 34. **Net cash flow** | $ 3071 | − | $ -1844.69 | = | $ 4,915.69 |

35. Total projected cash receipts for the next month:              $ 47850
36. Total projected cash disbursements for the next month:       - $ 45,278
37. Total projected net cash flow for the next month:             = $ 2,572

Debtor Name ___Yoan Henriquez_____        Case number __20-12166 PMM_____

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☒ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

*/s/ Yoan Henriquez*_____
   Yoan Henriquez

Dated:  September 22, 2021




In re __Yoan Henriquez_____    Case No. __20-12166-PMM_____

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
### (This schedule is to include each Professional paid a retainer [1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| Saxton & Stump | 4/8/21 | | Debtor, Yoan Henriquez | $2,500.00 | $0.00 | $2,500.00 |
| | 4/15/21 | | | | $2,211.00 | $289.00 |
| Saxton & Stump | 4/27/21 | | Debtor's Sister, Yisel Henriquez Gonzales | $5,000.00 | $0.00 | $5,289.00 |
| Saxton & Stump | 4/27/21 | | Debtor's Sister, Yisel Henriquez Gonzales | $5,000.00 | $0.00 | $10,289.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

[1] Identify all Evergreen Retainers

Form IR-2
(4/07)

**Debtor Name <u>Yoan Henriquez</u>**                    **Case Number <u>20-12166 PMM</u>**

**EXHIBIT B**

| DOCTOR BILL | 297.02 |
|---|---|
| POOL MANTENANCE (PARKWYNNE) | 423.30 |
| DENTIST (SOPHIA) | 405 |
| BANK FEE (OVERDRAFT) | 154 |

*Debtor Name* <u>*Yoan Henriquez*</u>                    *Case Number* <u>*20-12166 PMM*</u>

*Exhibit D*

| | |
|---|---|
| UGI | 38.61 |
| MORTGAGE | 2540.52 |
| PPL | 339.89 |
| CELL | 474.81 |
| XFINITY | 166.56 |
| ADT | 54.40 |
| BANK OF AMERICA AUTO MERCEDEZ BENZ | 1557.69 |
| GOODS DISPORSAL | 30 |
| LASA (sewer) | 34.12 |
| LANCASTER CITY (water) | 59.59 |
| CARWASH | 264.92 |
| LIFE INSURANCE YOAN | 389.18 |
| LIFE INSURANCE MIRAIDYS | 304.32 |
| DISABILITY INSURANCE | 194.59 |
| AUTO INSURANCE | 525 |
| MORTGAGE PARKWYNE | 831.77 |
| MORTGAGE WABANK | 790.98 |
| HEALTH INSURANCE | 665.21 |
| TRUGREEN | 53.95 |
| ALLSTATE | 406.73 |
| BUSINESS INSURANCE POLICY (down payment) | 150 |
| CHASE AUTO | 1405.65 |
| JET SKY | 486.91 |
| INVENTORY PURCHASE (RAY JEWELRY) | 26500 |
| IDEPENDENT CONTRACTOR (MARIA ESTHER ROQUE LOPEZ) | 3200 |
| IDEPENDENT CONTRACTOR (MIRAIDYS PANTOJA ROQUEZ) | 4800 (she pays home mortgage, food, apparel, school supplies, housecleaning, gifts, entertainments.) |
| GAS, MEAL, HOTEL AND AUTO SERVICES | 919.21 |

*Debtor Name* <u>*Yoan Henriquez*</u>                    *Case Number  <u>20-12166 PMM</u>*

*Exhibit C*

| INCOME FROM BUSINESS | | |
|---|---|---|
| *DAY* | *PLACE* | *INCOME* |
| 1 | | |
| 2 | READING | 3470 |
| 3 | READING | 2600 |
| 4 | | |
| 5 | SILVER SPRING | 2356 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | ALLENTOWN | 1360 |
| 10 | HYATTSVILLE | 1915 |
| 11 | COLUMBIA | 2650 |
| 12 | | |
| 13 | | |
| 14 | BALTIMORE | 2700 |
| 15 | | |
| 16 | BALTIMORE | 4175 |
| 17 | | |
| 18 | NEW BRUNSWICK | 3220 |
| 19 | | |
| 20 | VIRGINA | 2500 |
| 21 | VIRGINIA | 3774 |
| 22 | | |
| 23 | PLAINFIELD | 3864 |
| 24 | HYATTSVILLE | 1576 |
| 25 | | |
| 26 | HYATTSVILLE | 3426 |
| 27 | | |
| 28 | | |
| 29 | WASHINGTON | 2586 |
| 30 | BALTIMORE | 2014 |
| 31 | | |
| **INCOME FROM RENT** | | |
| PARKWYNNE PROPERTY | 1300 | |
| WABANK PROPERTY | 1000 | |

| ALLSTATE CREDIT (good driver) | 133.24 |
|---|---|

# M&T Bank

FOR INQUIRIES CALL:    (800) 724-2440

00    0 06604M NM  017

000000                                  N

**YOAN HENRIQUEZ**
**DEBTOR IN POSSESSION CASE NO. 20-12166MM**
**1001 SUFFOLK DR**
**LITITZ PA 17543**

| ACCOUNT TYPE | |
|---|---|
| MYCHOICE PREMIUM CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 9883095540 | JUL.16-AUG.16,2021 |

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 20,756.00 |
| LESS CHECKS & DEBITS | 20,500.00 |
| INTEREST | 0.06 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $256.06 |

INTEREST EARNED FOR STATEMENT PERIOD        $0.06                EDEN PARK
INTEREST PAID YEAR TO DATE        $0.06

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $0.00 | 2 | $20,756.00 | 0 | $0.00 | 1 | $20,500.00 | $0.06 | $256.06 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/16/2021 | BEGINNING BALANCE | | | $0.00 |
| 07/16/2021 | DEPOSIT | $100.00 | | 100.00 |
| 08/03/2021 | DEPOSIT | 20,656.00 | | 20,756.00 |
| 08/16/2021 | INTEREST PAYMENT | 0.06 | | |
| 08/16/2021 | IRS USATAXPYMT | | $20,500.00 | 256.06 |
| | ENDING BALANCE | | | $256.06 |

ANNUAL PERCENTAGE YIELD EARNED = 0.00%

## *How To Balance Your M&T Bank Deposit Account*

Follow these steps to bring your register balance into agreement with this statement.

| STEP 1: | Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register. (Place the checkmark next to each item in your register and on this statement.) |

| STEP 2: | TO DETERMINE YOUR CURRENT BALANCE: |

ADD to the balance shown in your register by writing in the amount of:
  (a) Any deposits and other additions shown on this statement which you have not already added; and
  (b) Any interest this statement shows as credited to your account, if it is an interest earning account.

SUBTRACT to the balance shown in your register by writing in the amount of:
  (a) Any checks or other subtractions shown on this statement which you did not enter into your register; and
  (b) Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted; and
  (c) Any service charges shown on this statement which you have not already subtracted.

**Complete STEPS 3 through 8 to determine the current balance in your account.**

| STEP 3: | List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below. |

CHECKS OUTSTANDING AND OTHER SUBTRACTIONS

| NUMBER | AMOUNT |
|--------|--------|
|  | $ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | $ |

| STEP 4: | Enter on this line the Ending Balance shown on the front of this statement. | $ |

| STEP 5: | Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ |

| STEP 6: | Add the amounts in STEPS 4 and 5, enter the total here. | $ |

| STEP 7: | Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here. | $ |

| STEP 8: | Subtract total of STEP 7 from STEP 6 and enter the difference here. **This amount should be your current account balance.** | $ |

HAVE YOU MOVED? If so, please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED.

## *In Case of Errors or Questions About Your Electronic Transfers*

Telephone us at (800) 724-2440 or write to us at:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.





©2016 Manufacturers and Traders Trust Company    L008A (11/16)

# M&T Bank

FOR INQUIRIES CALL:    (800) 724-2440

00    0 06604M NM  017

000000                              N

**YOAN HENRIQUEZ**
**DEBTOR IN POSSESSION CASE NO. 20-12166MM**
**1001 SUFFOLK DR**
**LITITZ PA 17543**

| ACCOUNT TYPE | |
|---|---|
| **MYCHOICE PREMIUM CHECKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| **9883095540** | **JUL.16-AUG.16,2021** |

| | |
|---|---|
| **BEGINNING BALANCE** | **$0.00** |
| **DEPOSITS & CREDITS** | **20,756.00** |
| **LESS CHECKS & DEBITS** | **20,500.00** |
| **INTEREST** | **0.06** |
| **LESS SERVICE CHARGES** | **0.00** |
| **ENDING BALANCE** | **$256.06** |

INTEREST EARNED FOR STATEMENT PERIOD        $0.06                    EDEN PARK
INTEREST PAID YEAR TO DATE                  $0.06

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $0.00 | 2 | $20,756.00 | 0 | $0.00 | 1 | $20,500.00 | $0.06 | $256.06 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/16/2021 | BEGINNING BALANCE | | | $0.00 |
| 07/16/2021 | DEPOSIT | $100.00 | | 100.00 |
| 08/03/2021 | DEPOSIT | 20,656.00 | | 20,756.00 |
| 08/16/2021 | INTEREST PAYMENT | 0.06 | | |
| 08/16/2021 | IRS USATAXPYMT | | $20,500.00 | 256.06 |
| | ENDING BALANCE | | | $256.06 |

ANNUAL PERCENTAGE YIELD EARNED = 0.00%

## How To Balance Your M&T Bank Deposit Account

Follow these steps to bring your register balance into agreement with this statement.

| STEP 1: | Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register. (Place the checkmark next to each item in your register and on this statement.) |

| STEP 2: | TO DETERMINE YOUR CURRENT BALANCE: |

ADD    to the balance shown in your register by writing in the amount of:
- (a) Any deposits and other additions shown on this statement which you have not already added; and
- (b) Any interest this statement shows as credited to your account, if it is an interest earning account.

SUBTRACT    to the balance shown in your register by writing in the amount of:
- (a) Any checks or other subtractions shown on this statement which you did not enter into your register; and
- (b) Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted; and
- (c) Any service charges shown on this statement which you have not already subtracted.

**Complete STEPS 3 through 8 to determine the current balance in your account.**

| STEP 3: | List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below. |

CHECKS OUTSTANDING AND OTHER SUBTRACTIONS

| NUMBER | AMOUNT |
|--------|--------|
|        | $      |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | $ |

| STEP 4: | Enter on this line the Ending Balance shown on the front of this statement. | $ |

| STEP 5: | Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ |

| STEP 6: | Add the amounts in STEPS 4 and 5, enter the total here. | $ |

| STEP 7: | Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here. | $ |

| STEP 8: | Subtract total of STEP 7 from STEP 6 and enter the difference here. **This amount should be your current account balance.** | $ |

HAVE YOU MOVED? If so, please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at (800) 724-2440 or write to us at:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- (1) Tell us your name and account number (if any).
- (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.





©2016 Manufacturers and Traders Trust Company

Member FDIC

L008A (11/16)