UNITED STATES BANKRUPTCY COURT
FOR THE EASTEN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| YOAN HENRIQUEZ, | : | Case No. 20-12166PMM |
| Debtor-in-Possession | : | |

# CERTIFICATE OF SERVICE

I, Pauline Felice Gibble, Esquire, of Saxton & Stump, counsel for Debtor, hereby certify that on September 24, 2021 I mailed true and correct copies of:

(1) the Debtor's Plan of Reorganization for Small Business Under Chapter 11, Subchapter V, filed on September 21, 2021 ("Plan") (docket entry #90); and

(2) the Court's September 21, 2021 Scheduling Order (docket entry # 91)

to all parties or their counsel listed on the attached Service List, by first class mail, postage prepaid, or via electronic means.

Respectfully submitted,

Saxton & Stump

Date:  September 24, 2021                    By:    /s/ Pauline Felice Gibble
                                                    Pauline Felice Gibble, Esquire
                                                    Barry A. Solodky, Esquire
                                                    280 Granite Run Drive, Suite 300
                                                    Lancaster, PA 17601
                                                     (717) 556-1086; (717) 556-1089
                                                    pfg@saxtonstump.com
                                                    bso@saxtonstump.com
                                                    Counsel for Debtor

YOAN HENRIQUEZ                                          Case No. 20-12166PMM

**Service List**

    Dave Adams, Esquire
    Office of the United States Trustee
    200 Chestnut St.
    Suite 502
    Philadelphia PA 19106

    Holly Smith Miller, Esquire
    Gellert Scali Busenkell & Brown, P.C.
    8 Penn Center, Suite 1901
    1628 John F. Kennedy Blvd.
    Philadelphia, PA 19103

    Internal Revenue Service
    P.O. Box 7346
    Philadelphia PA 19101

    Pennsylvania Department of Revenue
    P.O. Box 280946
    Harrisburg PA 17128-0946

    Lancaster County Tax Collection Bureau
    1845 William Penn Way
    Lancaster PA 17601

    Yoan Henriquez
    1001 Suffolk Drive
    Lititz PA 17543