UNITED STATES BANKRUPTCY COURT
FOR THE EASTEN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| YOAN HENRIQUEZ, | : | Case No. 20-12166PMM |
|    Debtor-in-Possession | : | |

## CERTIFICATE OF SERVICE

I, Pauline Felice Gibble, Esquire, of Saxton & Stump, counsel for Debtor, hereby certify that on September 24, 2021 I mailed true and correct copies of:

(1) Transmittal letter;

(2) Debtor's Plan of Reorganization for Small Business Under Chapter 11, Subchapter V, filed on September 21, 2021 ("Plan") (docket entry #90);

(3) the Court's September 21, 2021 Scheduling Order (docket entry # 91); and

(4) Ballot for Accepting or Rejecting Plan

to all parties or their counsel listed on the attached Service List, by first class mail, postage prepaid, or via electronic means.

Respectfully submitted,

Saxton & Stump

Date:  September 24, 2021         By:    */s/ Pauline Felice Gibble*
                                                               Pauline Felice Gibble, Esquire
                                                               Barry A. Solodky, Esquire
                                                                280 Granite Run Drive, Suite 300
                                                                Lancaster, PA 17601
                                                                (717) 556-1086; (717) 556-1089
                                                                pfg@saxtonstump.com
                                                                bso@saxtonstump.com
                                                                Counsel for Debtor

YOAN HENRIQUEZ                              CASE NO. 20-12166

**Service List:**

Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

Rebecca A. Solarz, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market St., Suite 5000
Philadelphia PA 19106-1532

Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619096
Dallas Texas 75261-9741

Steven K. Eisenberg, Esquire
Daniel Jones, Esquire
Stern & Eisenberg
1581 Main St., Suite 200
The Shops at Valley Square
Warrington, PA 18976

Todd S. Garan, Esquire
Aldridge Pite LLC
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego CA 92177-0933

Paul C. Bametzreider, Esquire
Reilly Wolfson
1601 Cornwall Rd.
Lebanon, PA 17042

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101

YOAN HENRIQUEZ					CASE NO. 20-12166

John Lindinger, Esq.
Internal Revenue Service
600 Arch Street, Room 5200
Philadelphia, PA  19106

American Express National Bank
c/o Beckett & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
P.O. Box 131265
Roseville, MN 55113-0011

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix AZ 85038-8650

PNC Equipment Finance, LLC
c/o Flamm Walton Heimbach
Robert E. Walton, Esquire
Thomas P. Stevens, Esquire
794 Penllyn Pike Suite 100
Blue Bell PA 19422

Capital One Bank (USA) N.A.
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

Engs Commercial Finance Co
One Pierce Place, Suite 1100 West
Itasca, IL 60143

BMO Harris Bank N.A.
P.O. Box 3040
Cedar Rapids, IA 52406

James K. Haney, Esquire
Wong Fleming
821 Alexander Rd. Suite 200
Princeton, NJ 08540

YOAN HENRIQUEZ                                              CASE NO. 20-12166

Financial Pacific Leasing, Inc.
3455 S 344th Way, #300
Federal Way, WA   98001

U.S. Bank NA d/b/a Elan Financial Services
Bankruptcy Department
P.O. Box 108
St Louis MO 63166-0108

Citibank, N.A.
5800 S. Corporate Pl
Sioux Falls, SD 57108-5027

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk VA 23541

Mintaka  Financial LLC
5403 Olympic Dr. NW Ste. 200
Gig Harbor WA 98335

Balboa Capital Corporation
575 Anton Blvd., 12th Floor
Costa Mesa, CA 92626

Fulton Bank
P.O. Box 4887
Lancaster, PA 17604

Bank of America
4909 Savarese Circle
F11-908-01-50
Tampa FL 33634

Rebecca A. Solarz, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market St.  Suite 5000
Philadelphia, PA 19106-1532