**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br><br>    YOAN HENRIQUEZ<br>        Debtor(s)<br><br>    NATIONSTAR MORTGAGE LLC<br>        Movant<br><br>v.<br><br>    YOAN HENRIQUEZ<br>        Debtor(s)/Respondent(s) | Chapter 11<br><br>Case Number: 20-12166-pmm |

**AMENDED NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Nationstar Mortgage LLC has filed with the Court a Motion to Approve Cash Collateral Stipulation.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.     If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 25, 2021 you or your attorney must do all of the following:

(a) file an answer explaining your position with the Clerk's Office located at:

Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

| In Philadelphia: | In Reading: |
|---|---|
| 900 Market Street, Suite 400<br>Philadelphia, PA 19107-4299 | The Gateway Building<br>201 Penn Street, 4th Floor<br>Reading, PA 19601 |

If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to movant's attorney:

Daniel P. Jones
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
djones@sterneisenberg.com

and to the Trustee:    Holly Smith Miller
Ch. 11 Trustee
SUBCHAPTER V TRUSTEE
8 Penn Center, Suite 1901
Philadelphia, PA 19103

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above
and attend the hearing, the court may enter an order granting the relief requested in this motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer
on October 26, 2021 at 11:00AM United States Bankruptcy Court, The Gateway Building, 201
Penn Street, 4th Floor, Reading, PA 19601.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if
you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the
hearing has been canceled because no one filed an answer.

STERN & EISENBERG, PC

By: /s/ Daniel P. Jones
Daniel P. Jones
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876
Date: October 13, 2021      Email: djones@sterneisenberg.com