IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Yoan Henriquez<br><br>Debtor(s) | Chapter 11<br><br>Bankruptcy Case: 20-12166-pmm |

## CERTIFICATE OF NO RESPONSE

    I, Daniel P. Jones, attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper, hereby certify that a true and correct copy of the Motion to Approve Cash Collateral Stipulation was sent to counsel for the Debtor, and the Trustee, as evidenced by the Certificate of Service already of record.

    In accordance with the Notice of Hearing with Response Deadline, interested parties were directed to file an answer to Movant's Motion to Approve Cash Collateral Stipulation with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by October 25, 2021. Upon review of the docket, no answer has been filed. Accordingly, Movant is entitled to the relief requested.

    STERN & EISENBERG, PC

    By: /s/Daniel P. Jones
    Daniel P. Jones, Esquire
    Stern & Eisenberg, PC
    1581 Main Street, Suite 200
    The Shops at Valley Square
    Warrington, PA 18976
    Phone: (215) 572-8111
    Facsimile: (215) 572-5025
    Bar Number: 321876
    djones@sterneisenberg.com
    Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Yoan Henriquez<br><br>Debtor(s) | Chapter 11<br><br>Bankruptcy Case: 20-12166-pmm |

### CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE

I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response, together with this Certificate, was sent to the Debtor, counsel for the Debtor, and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on October 25, 2021 via First Class Mail.

PAULINE FELICE GIBBLE
280 Granite Run Drive
Suite 300
Lancaster, PA 17601
pfg@saxtonstump.com
**Counsel for Debtor**

Holly S. Miller
SUBCHAPTER V TRUSTEE
8 Penn Center, Suite 1901
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
hsmiller@gsbblaw.com
**Bankruptcy Trustee**

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Yoan Henriquez
1001 Suffolk Drive
Lititz, PA 17543
**Debtor(s)**

STERN & EISENBERG, PC

By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant