# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | |
|---|---|
| In Re:<br>    YOAN HENRIQUEZ<br>        Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC<br>        Movant<br><br>v.<br><br>YOAN HENRIQUEZ<br>        Debtor(s)/Respondent(s) | Chapter 11<br><br>Case Number: 20-12166-pmm |

## ORDER

AND NOW, upon the Motion of Nationstar Mortgage, LLC, and after the opportunity for hearing and considering all evidence, and for cause shown, it is ORDERED and DECREED that the Cash Collateral Stipulation is APPROVED and made an Order of the Court.

**Date: October 26, 2021**

*Patricia M. Mayer*
_____ J.