UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :     Chapter 11
YOAN HENRIQUEZ,                    :
      Debtor                             :     Case No. 20-12166PMM

## CERTIFICATE OF SERVICE

I, PAULINE FELICE KOHLER, ESQUIRE, hereby certify that on the 5th day of November, 2021, I directed to be served a true and correct copy of the REPORT OF PLAN VOTING in connection with the Plan of Reorganization for Small Business under Chapter 11 proposed by Yoan Henriquez upon the parties on the attached list in the manner indicated thereon.

Respectfully submitted,

SAXTON & STUMP

By:     */s/ Pauline Felice Gibble*
Pauline Felice Gibble, Esquire
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
(717) 556-1089

David P. Adams, Esquire
dave.p.adams@usdoj.gov

Paul C. Bametzreider, Esquire
paulb@reillywolfson.com
edonohue@reillywolson.com

Kevin P. Callahan, Esquire
Kevin.p.callahan@usdoj.gov

Steven K. Eisenberg, Esquire
seisenberg@sterneisenberg.com
bkecf@sterneisenberg.com

James Kevin Haney, Esquire
jhaney@wongfelming.com
spiotrowski@wonfleming.com
sshalloo@wongfleming.com

Daniel P. Jones, Esquire
djones@sterneisenberg.com
bkecf@sterneisnberg.com

Lauren Moyer, Esquire
ecfmail@mcw-law.com

Holly Smith Miller, Esquire
hsmiller@gsbblaw.com
chsm11@trustesolutions.net

Rebecca Ann Solarz, Esquire
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov