**Fill in this information to identify the case:**

Debtor Name  *YOAN HENRIQUEZ*

United States Bankruptcy Court for the: *Eastern* District of *Pennsylvania*

Case number: *20-12166 PMM*

☐ Check if this is an amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: *October 2021*

Line of business: *Jewelry Sales*

Date report filed: *type in date it will be filed*
MM / DD / YYYY

NAISC code: *0*

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  *Yoan Henriquez*

Original signature of responsible party  *[signature]*

Printed name of responsible party  *YOAN HENRIQUEZ*

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name _YOAN HENRIQUEZ_    Case number _20-12166 PMM_

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☒ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $2687.25

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $47,124.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    -$46,972.27

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    +$151.73

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    =$2838.98

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $0
    *(Exhibit E)*

Debtor Name  _YOAN   HENRIQUEZ_   Case number _20-12166 PMM_

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ _0_

   *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?   _0_
27. What is the number of employees as of the date of this monthly report?   _0_

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _0_
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _0_
30. How much have you paid this month in other professional fees?   $ _0_
31. How much have you paid in total other professional fees since filing the case?   $ _0_

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected** | − | Column B<br>**Actual** | = | Column C<br>**Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 47,500 | − | $ 47,124 | = | $ 376 |
| 33. **Cash disbursements** | $ 44,439 | − | $ 46,972.²⁷ | = | $ −2533.²⁷ |
| 34. **Net cash flow** | $ 3,061 | − | $ 151.⁷³ | = | $ 2909.²⁷ |

35. Total projected cash receipts for the next month:   $ 47,800
36. Total projected cash disbursements for the next month:   − $ 45,500
37. Total projected net cash flow for the next month:   = $ 2,300

Debtor Name __YOAN HENRIQUEZ__          Case number __20-12166 PMM__

## ☐ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☒ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

 

In re  Yoan Henriquez                     Case No.  20-12166-PMM

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer [1])

| Payee | Date Paid | Check Number | Name of Payor | Amount Paid | Amount Applied to Date | Balance |
|-------|-----------|--------------|---------------|-------------|------------------------|---------|
| Saxton & Stump | 4/8/21 | | Debtor, Yoan Henriquez | $2,500.00 | $0.00 | $2,500.00 |
| | 4/15/21 | | | | $2,211.00 | $289.00 |
| Saxton & Stump | 4/27/21 | | Debtor's Sister, Yisel Henriquez Gonzales | $5,000.00 | $0.00 | $5,289.00 |
| Saxton & Stump | 4/27/21 | | Debtor's Sister, Yisel Henriquez Gonzales | $5,000.00 | $0.00 | $10,289.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

[1] Identify all Evergreen Retainers

Form IR-2
(4/07)

*Exhibit C*

| INCOME FROM BUSSINESS | | |
|---|---|---|
| DAY | PLACE | INCOME |
| 1 | | |
| 2 | | |
| 3 | READING | 2543 |
| 4 | | |
| 5 | READING | 2680 |
| 6 | | |
| 7 | SILVER SPRING | 2635 |
| 8 | | |
| 9 | ALLENTOWN | 2253 |
| 10 | | |
| 11 | | |
| 12 | HYATTSVILLE | 2305 |
| 13 | | |
| 14 | COLUMBIA | 1945 |
| 15 | | |
| 16 | BALTIMORE | 3860 |
| 17 | BALTIMORE | 3024 |
| 18 | | |
| 19 | | |
| 20 | NEW BRUNSWICK | 3651 |
| 21 | HYATTSVILLE | 2452 |
| 22 | | |
| 23 | PLINFIELD | 3389 |
| 24 | | |
| 25 | WASHINGTON | 2844 |
| 26 | HYATTSVILLE | 3368 |
| 27 | | |
| 28 | VIRGINIA | 3547 |
| 29 | VIRGINIA | 2368 |
| 30 | | |
| 31 | BALTIMORE | 1960 |
| INCOME FROM RENT | | |
| PARKWYNNE PROPERTY | 1300 | |
| WABANK PROPERTY | 1000 | |

*Exhibit D*

| | |
|---|---|
| UGI | 40.19 |
| PPL | 303.18 |
| CELL | 564.19 |
| XFINITY | 166.52 |
| ADT | 50.41 |
| BANK OF AMERICA AUTO MERCEDEZ BENZ | 1557.69 |
| GOODS DISPORSAL | 93 |
| LASA (sewer) | 102.36 |
| LANCASTER CITY (water) | 35 |
| CARWASH | 274.92 |
| LIFE INSURANCE YOAN | 304.32 |
| LIFE INSURANCE MIRAIDYS | 322 |
| DISABILITY INSURANCE | 194.59 |
| AUTO INSURANCE | 998.91 |
| MORTGAGE PARKWYNE | 834.01 |
| MORTGAGE WABANK | 790.98 |
| HEALTH INSURANCE | 665.21 |
| TRUGREEN | 57.32 |
| ALLSTATE | 407.00 |
| ALLSTATE | 68.06 |
| BUSSINES INSURANCE POLICY (down payment) | 72 |
| CHASE AUTO | 1405.65 |
| JET SKY | 231.86 |
| BANK FEE (OVERDRAFT) | 217.45 |
| INVENTORY PURCHASE (RAY JEWELRY) | 27651.55 |
| IDEPENDENT CONTRACTOR (MARIA ESTHER ROQUE LOPEZ) | 3200 |
| IDEPENDENT CONTRACTOR (MIRAIDYS PANTOJA ROQUEZ) | 4800 (she pays home mortgage, food, apparel, school supplies, housecleaning, gifts, entertainments.) |
| GAS, MEAL, HOTEL, EZPASS AND AUTO SERVICES | 1563.9 |

# M&T Bank

FOR INQUIRIES CALL:    (800) 724-2440

00    0 06604M NM  017

000000                                    N

YOAN HENRIQUEZ
DEBTOR IN POSSESSION CASE NO.
20-12166PMM
1001 SUFFOLK DR
LITITZ PA 17543

| ACCOUNT TYPE | |
|---|---|
| MYCHOICE PREMIUM CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ████5557 | SEP.17-OCT.16,2021 |

| BEGINNING BALANCE | $1,522.03 |
|---|---|
| DEPOSITS & CREDITS | 9,314.50 |
| LESS CHECKS & DEBITS | 10,929.06 |
| INTEREST | 0.01 |
| LESS SERVICE CHARGES | 24.95 |
| ENDING BALANCE | ($117.47) |

INTEREST EARNED FOR STATEMENT PERIOD        $0 00            EDEN PARK
INTEREST PAID YEAR TO DATE                  $0 02

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $1,522 03 | 12 | $9,314 50 | 11 | $6,255 03 | 30 | $4,698 98 | $0 01 | ($117 47) |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/17/2021 | BEGINNING BALANCE | | | $1,522 03 |
| 09/17/2021 | HIS*HISCOX INC    888-202-3007 | | $72 00 | |
| 09/17/2021 | ALLSTATE ASSURAN CK4INSPYMT | | 304 32 | |
| 09/17/2021 | CHECK NUMBER 0569 | | 824 68 | |
| 09/17/2021 | CHECK NUMBER 0570 | | 790 98 | (469 95) |
| 09/20/2021 | M&T ATM CASH DEPOSIT ON 09/19 EDEN PARK, 1701 OREGON PK, LANCASTER, PA 17201 | $900 00 | | |
| 09/20/2021 | CHICK-FIL-A #03937   OWINGS MILLS | | 10 00 | |
| 09/20/2021 | OVERDRAFT FEE    -CHECK NUMBER 0570 | | 38 50 | 381 55 |
| 09/22/2021 | psl trailer sales inc white marsh | | 318 00 | |
| 09/22/2021 | CHECK NUMBER 0571 | | 93 00 | (29.45) |
| 09/23/2021 | WEB XFER FROM CHK 00009883095540 | 30 00 | | |
| 09/23/2021 | M&T ATM CASH DEPOSIT ON 09/23 LAKE RDG, 12451 HEDGES RN DR, WDBRDGE, VA 22192 | 1,400 00 | | |
| 09/23/2021 | ADT        CHECK PYMT 000000000000572 | | 50 41 | |
| 09/23/2021 | OVERDRAFT FEE    -CHECK NUMBER 0571 | | 38 50 | 1,311 64 |
| 09/24/2021 | ALLSTATE INS CO INS PREM | | 406 98 | 904 66 |
| 09/27/2021 | M&T ATM CHECK DEPOSIT 1603 MANHEIM PIKE, LANCASTER, PA 17601 | 505 50 | | |
| 09/27/2021 | DEPOSIT | 351 00 | | |
| 09/27/2021 | HILTON GARDEN INN   ARLINGTON | | 188 55 | 1,572 61 |
| 09/28/2021 | ALLSTATE  *PAYMENT 800-255-7828 | | 69 56 | |
| 09/28/2021 | PROGRESSIVE *INSURANCE800-776-4737 | | 93 83 | 1,409 22 |
| 09/30/2021 | CHECK NUMBER 0573 | | 831 77 | 577 45 |
| 10/04/2021 | M&T ATM CASH DEPOSIT ON 10/04 EDEN PARK, 1701 OREGON PK, LANCASTER, PA 17201 | 1,000 00 | | |
| 10/04/2021 | M&T ATM CASH DEPOSIT ON 10/04 EDEN PARK, 1701 OREGON PK, LANCASTER, PA 17201 | 1,550 00 | | |

PAGE 1 OF 4

# M&T Bank

FOR INQUIRIES CALL:   (800) 724-2440

| ACCOUNT TYPE |
| --- |
| MYCHOICE PREMIUM CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
| --- | --- |
| ■■■■5557 | SEP.17-OCT.16,2021 |

**YOAN HENRIQUEZ**
**DEBTOR IN POSSESSION CASE NO.**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 10/04/2021 | M&T ATM CHECK DEPOSIT<br>EDEN PARK, 1701 OREGON PK, LANCASTER, PA 17201 | 361 00 | | |
| 10/04/2021 | ADTSECURITY MYADT COM 800-238-2727 | | 63 41 | 3,425 04 |
| 10/06/2021 | M&T ATM CHECK DEPOSIT<br>1603 MANHEIM PIKE, LANCASTER, PA  17601 | 204 00 | | |
| 10/06/2021 | Assurity Life PREM DEBIT | | 194 59 | |
| 10/06/2021 | CHECK NUMBER 0581 | | 166 52 | 3,267 93 |
| 10/07/2021 | M&T ATM CASH DEPOSIT ON 10/07<br>1603 MANHEIM PIKE, LANCASTER, PA  17601 | 820 00 | | |
| 10/07/2021 | AT&T 1X          800-331-0500 | | 504 19 | |
| 10/07/2021 | CHECK NUMBER 0575 | | 137 04 | |
| 10/07/2021 | CHECK NUMBER 0577 | | 790 98 | |
| 10/07/2021 | CHECK NUMBER 0578 | | 1,557 69 | |
| 10/07/2021 | CHECK NUMBER 0580 | | 165 30 | 932 73 |
| 10/08/2021 | M&T ATM CHECK DEPOSIT<br>1603 MANHEIM PIKE, LANCASTER, PA  17601 | 693 00 | | |
| 10/08/2021 | CHECK NUMBER 0574 | | 231 86 | |
| 10/08/2021 | JC PENNEY      CHECK PYMT 000000000000579 | | 339 09 | 1,054 78 |
| 10/12/2021 | PIN USPS PO 41227205 2EAST PETERSBU | | 38 44 | |
| 10/12/2021 | MCW#690          LANCASTER | | 4 00 | |
| 10/12/2021 | MCW#690          LANCASTER | | 6 00 | |
| 10/12/2021 | MCW#690          866-2543229 | | 63 59 | |
| 10/12/2021 | MCW#690          866-2543229 | | 63 59 | |
| 10/12/2021 | MCW#690          866-2543229 | | 63 59 | |
| 10/12/2021 | STAUFFERS OF KISSEL  LITITZ | | 140 51 | |
| 10/12/2021 | PIN TURKEY HILL #024 1LANCASTER | | 92 02 | |
| 10/12/2021 | PURCHASE ON 10/12<br>TURKEY HILL #04 HAHNSTOWN RD    EPHRATA    PA | | 51 30 | |
| 10/12/2021 | CHECK NUMBER 0576 | | 665.21 | (133 47) |
| 10/13/2021 | DEPOSIT | 1,500 00 | | |
| 10/13/2021 | MCW#690          866-2543229 | | 74 15 | |
| 10/13/2021 | PIN USPS PO 41440806 1LANCASTER | | 25 50 | |
| 10/13/2021 | OVERDRAFT FEE        -CHECK NUMBER 0576 | | 38 50 | 1,228 38 |
| 10/15/2021 | INTEREST PAYMENT | 0 01 | | |
| 10/15/2021 | AIC*ALLSTATE ASSURANCE800-268-5619 | | 998 91 | |
| 10/15/2021 | ALLSTATE ASSURAN CK4INSPYMT | | 322 00 | |
| 10/15/2021 | SERVICE CHARGE | | 24 95 | (117 47) |
| | ENDING BALANCE | | | ($117.47) |

# M&T Bank

FOR INQUIRIES CALL:    (800) 724-2440

| ACCOUNT TYPE |
|---|
| MYCHOICE PREMIUM CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ████5557 | SEP.17-OCT.16,2021 |

**YOAN HENRIQUEZ**
**DEBTOR IN POSSESSION CASE NO.**

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 569 | 09/17/21 | 824 68 | 574 | 10/08/21 | 231 86 | 578 | 10/07/21 | 1,557 69 |
| 570 | 09/17/21 | 790 98 | 575 | 10/07/21 | 137 04 | 580* | 10/07/21 | 165 30 |
| 571 | 09/22/21 | 93 00 | 576 | 10/12/21 | 665.21 | 581 | 10/06/21 | 166 52 |
| 573* | 09/30/21 | 831 77 | 577 | 10/07/21 | 790 98 | | | |

## OVERDRAFT AND NSF FEE SUMMARY

| | TOTAL FOR THIS STATEMENT CYCLE | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|---|
| TOTAL INSUFFICIENT FUNDS (NSF) FEES | $0 00 | $77 00 | $0 00 |
| TOTAL OVERDRAFT FEES | $115 50 | $231 00 | $0 00 |

Total Insufficient Funds (NSF) Fees include per item fees charged when we return an item unpaid because there are not sufficient funds in the account
to cover the item  Total Overdraft Fees include  per item fees charged when we pay an item that overdraws the account as well as any Extended
Overdraft  Fees charged to the account.

## OVERDRAFT AND NSF FEE WAIVERS, REVERSALS AND REFUNDS SUMMARY

| | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|
| OVERDRAFT & NSF FEE WAIVERS, REVERSALS & REFUNDS | $0 00 | $0 00 |
| TOTAL OVERDRAFT & NSF FEES LESS ANY WAIVERS, REVERSALS & REFUNDS | $308 00 | $0 00 |

Note. Fee Waivers, Reversals & Refunds may include waivers, reversals or refunds applied to your account this year for fees assessed in the prior year

ANNUAL PERCENTAGE YIELD EARNED = 0 00%

## How To Balance Your M&T Bank Deposit Account

**Follow these steps to bring your register balance into agreement with this statement.**

| STEP 1 | Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register  (Place the checkmark next to each item in your register and on this statement ) |

| STEP 2 | TO DETERMINE YOUR CURRENT BALANCE· |

**ADD** to the balance shown in your register by writing in the amount of
(a) Any deposits and other additions shown on this statement which you have not already added, and
(b) Any interest this statement shows as credited to your account, if it is an interest earning account

**SUBTRACT** to the balance shown in your register by writing in the amount of
(a) Any checks or other subtractions shown on this statement which you did not enter into your register, and
(b) Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted, and
(c) Any service charges shown on this statement which you have not already subtracted

**Complete STEPS 3 through 8 to determine the current balance in your account.**

| STEP 3 | List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below. |

| CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | |
|---|---|
| NUMBER | AMOUNT |
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS** | $ |

| STEP 4· | Enter on this line the Ending Balance shown on the front of this statement. | $ |
|---|---|---|
| STEP 5· | Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ |
| STEP 6 | Add the amounts in STEPS 4 and 5, enter the total here | $ |
| STEP 7· | Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here | $ |
| STEP 8· | Subtract total of STEP 7 from STEP 6 and enter the difference here  **This amount should be your current account balance.** | $ |

HAVE YOU MOVED? If so, please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to

M&T BANK
ATTN  M&T TELEPHONE BANKING CENTER
P O BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at (800) 724-2440 or write to us at

M&T BANK
ATTN  M&T TELEPHONE BANKING CENTER
PO BOX 767
BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared
(1) Tell us your name and account number (if any)
(2) Describe the error or the transfer you are unsure about  and explain as clearly as you can why you believe there is an error or why you need more information
(3) Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation

©2016 Manufacturers and Traders Trust Company





L006A (11/16)

# M&T Bank

FOR INQUIRIES CALL:   (800) 724-2440

00   0 06604M NM  017

000000                                   N

YOAN HENRIQUEZ
DEBTOR IN POSSESSION CASE NO.
20-12166PMM
1001 SUFFOLK DR
LITITZ PA 17543

| ACCOUNT TYPE | |
|---|---|
| MYCHOICE PREMIUM CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 5557 | OCT.17-NOV.16,2021 |

| BEGINNING BALANCE | ($117.47) |
|---|---|
| DEPOSITS & CREDITS | 8,085.83 |
| LESS CHECKS & DEBITS | 7,748.82 |
| LESS SERVICE CHARGES | 24.95 |
| ENDING BALANCE | $194.59 |

INTEREST EARNED FOR STATEMENT PERIOD          $0 00               EDEN PARK
INTEREST PAID YEAR TO DATE                    $0 02

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| ($117 47) | 17 | $8,085 83 | 11 | $4,576 16 | 22 | $3,197.61 | $0 00 | $194 59 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/17/2021 | BEGINNING BALANCE | | | ($117 47) |
| 10/18/2021 | HIS*HISCOX INC      888-202-3007 | | $72 00 | (189 47) |
| 10/19/2021 | M&T ATM CHECK DEPOSIT 1603 MANHEIM PIKE, LANCASTER, PA  17601 | $550 00 | | |
| 10/19/2021 | ALLSTATE ASSURAN CK4INSPYMT | | 304 32 | |
| 10/19/2021 | CHECK NUMBER 0582 | | 102 36 | |
| 10/19/2021 | ADT        CHECK PYMT 000000000000583 | | 50 41 | (96.56) |
| 10/20/2021 | WEB XFER FROM CHK 00009883095540 | 175 00 | | |
| 10/20/2021 | TEMPORARY NEGATIVE BAL CREDIT | 227 97 | | |
| 10/20/2021 | RETURN - CHECK NUMBER 0584 | 231 86 | | |
| 10/20/2021 | CHECK NUMBER 0584 | | 231 86 | |
| 10/20/2021 | OVERDRAFT FEE      -ALLSTATE ASSURAN CK4INSP | | 38.50 | |
| 10/20/2021 | OVERDRAFT FEE      -CHECK NUMBER 0582 | | 38 50 | |
| 10/20/2021 | OVERDRAFT FEE      -ADT        CHECK P | | 38 50 | 190 91 |
| 10/21/2021 | CHECK NUMBER 0587 | | 57 32 | |
| 10/21/2021 | INSUFFICIENT FUNDS FEE-CHECK NUMBER 0584 | | 38 50 | 95 09 |
| 10/22/2021 | DEPOSIT | 700 00 | | 795 09 |
| 10/25/2021 | LANCASTER CTY SOLID WALANCASTER | | 35 00 | |
| 10/25/2021 | AT&T K173 35502      LANCASTER | | 60 00 | |
| 10/25/2021 | CHECK NUMBER 0584 | | 231 86 | 468 23 |
| 10/26/2021 | M&T ATM CASH DEPOSIT ON 10/26 1603 MANHEIM PIKE, LANCASTER, PA  17601 | 500 00 | | |
| 10/26/2021 | ALLSTATE INS CO INS PREM | | 68 06 | |
| 10/26/2021 | ALLSTATE INS CO INS PREM | | 407 00 | 493 17 |
| 10/27/2021 | M&T ATM CASH DEPOSIT ON 10/27 1603 MANHEIM PIKE, LANCASTER, PA  17601 | 130 00 | | |
| 10/27/2021 | M&T ATM CHECK DEPOSIT 1603 MANHEIM PIKE, LANCASTER, PA  17601 | 201 00 | | |

PAGE 1 OF 4

# M&T Bank

FOR INQUIRIES CALL:    (800) 724-2440

| ACCOUNT TYPE |
|---|
| MYCHOICE PREMIUM CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▬▬5557 | OCT.17-NOV.16,2021 |

**YOAN HENRIQUEZ**
**DEBTOR IN POSSESSION CASE NO.**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/27/2021 | CHECK NUMBER 0586 | | 665.21 | 158 96 |
| 11/01/2021 | M&T ATM CASH DEPOSIT ON 11/01 EDEN PARK, 1701 OREGON PK, LANCASTER, PA 17201 | 360 00 | | |
| 11/01/2021 | CHECK NUMBER 0585 | | 30 54 | 488 42 |
| 11/02/2021 | PTC EZ PASS AUTO RE  877-736-6727 | | 140 00 | 348 42 |
| 11/03/2021 | ALLSTATE ASSURAN CK4INSPYMT | | 322 00 | 26 42 |
| 11/04/2021 | M&T ATM CASH DEPOSIT ON 11/04 1603 MANHEIM PIKE, LANCASTER, PA  17601 | 1,180 00 | | |
| 11/04/2021 | Assurity Life PREM DEBIT | | 194 59 | 1,011 83 |
| 11/08/2021 | M&T ATM CASH DEPOSIT ON 11/06 1603 MANHEIM PIKE, LANCASTER, PA  17601 | 560 00 | | |
| 11/08/2021 | M&T ATM CHECK DEPOSIT 1603 MANHEIM PIKE, LANCASTER, PA  17601 | 160 00 | | |
| 11/08/2021 | RETURN - CHECK NUMBER 0591 | 830 00 | | |
| 11/08/2021 | CHECK NUMBER      588 | | 1 89 | |
| 11/08/2021 | CHECK NUMBER 0590 | | 1,557 69 | |
| 11/08/2021 | CHECK NUMBER 0591 | | 830 00 | 172 25 |
| 11/09/2021 | M&T ATM CHECK DEPOSIT 1603 MANHEIM PIKE, LANCASTER, PA  17601 | 190 00 | | |
| 11/09/2021 | CHECK NUMBER 0592 | | 107 43 | |
| 11/09/2021 | INSUFFICIENT FUNDS FEE-CHECK NUMBER 0591 | | 38 50 | 216 32 |
| 11/10/2021 | M&T ATM CASH DEPOSIT ON 11/10 EDEN PARK, 1701 OREGON PK, LANCASTER, PA 17201 | 1,030 00 | | |
| 11/10/2021 | M&T ATM CASH DEPOSIT ON 11/10 EDEN PARK, 1701 OREGON PK, LANCASTER, PA 17201 | 460 00 | | |
| 11/10/2021 | CHECK NUMBER 0589 | | 813 85 | 892 47 |
| 11/12/2021 | MCW#690          866-2543229 | | 63 59 | |
| 11/12/2021 | MCW#690          866-2543229 | | 63 59 | |
| 11/12/2021 | MCW#690          866-2543229 | | 63 59 | |
| 11/12/2021 | CHECK NUMBER 0593 | | 166 01 | 535 69 |
| 11/15/2021 | M&T ATM CASH DEPOSIT ON 11/13 1603 MANHEIM PIKE, LANCASTER, PA  17601 | 600 00 | | |
| 11/15/2021 | MCW#690          866-2543229 | | 74 15 | 1,061 54 |
| 11/16/2021 | CHECK NUMBER 0594 | | 842 00 | |
| 11/16/2021 | SERVICE CHARGE | | 24 95 | 194 59 |
| | ENDING BALANCE | | | $194.59 |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 582 | 10/19/21 | 102 36 | 584* | 10/25/21 | 231 86 | 585 | 11/01/21 | 30 54 |

# M&T Bank

FOR INQUIRIES CALL:   (800) 724-2440

| ACCOUNT TYPE |  |
| --- | --- |
| MYCHOICE PREMIUM CHECKING |  |

| ACCOUNT NUMBER | STATEMENT PERIOD |
| --- | --- |
| ●●●●●5557 | OCT.17-NOV.16,2021 |

**YOAN HENRIQUEZ**
**DEBTOR IN POSSESSION CASE NO.**

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 586 | 10/27/21 | 665.21 | 589 | 11/10/21 | 813.85 | 593 | 11/12/21 | 166 01 |
| 587 | 10/21/21 | 57 32 | 590 | 11/08/21 | 1,557 69 | 594 | 11/16/21 | 842 00 |
| 588 | 11/08/21 | 1.89 | 592* | 11/09/21 | 107 43 |  |  |  |

## OVERDRAFT AND NSF FEE SUMMARY

|  | TOTAL FOR THIS STATEMENT CYCLE | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
| --- | --- | --- | --- |
| TOTAL INSUFFICIENT FUNDS (NSF) FEES | $77 00 | $154 00 | $0 00 |
| TOTAL OVERDRAFT FEES | $192 50 | $423 50 | $0 00 |

Total Insufficient Funds (NSF) Fees include per item fees charged when we return an item unpaid because there are not sufficient funds in the account to cover the item  Total Overdraft Fees include per item fees charged when we pay an item that overdraws the account as well as any Extended Overdraft Fees charged to the account.

## OVERDRAFT AND NSF FEE WAIVERS, REVERSALS AND REFUNDS SUMMARY

|  | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
| --- | --- | --- |
| OVERDRAFT & NSF FEE WAIVERS, REVERSALS & REFUNDS | ($77 00) | $0 00 |
| TOTAL OVERDRAFT & NSF FEES LESS ANY WAIVERS, REVERSALS & REFUNDS | $500 50 | $0 00 |

Note. Fee Waivers, Reversals & Refunds may include waivers, reversals or refunds applied to your account this year for fees assessed in the prior year

ANNUAL PERCENTAGE YIELD EARNED = 0 00%

## *How To Balance Your M&T Bank Deposit Account*

**Follow these steps to bring your register balance into agreement with this statement.**

| STEP 1 | Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register (Place the checkmark next to each item in your register and on this statement ) |
|---|---|

| STEP 2. | TO DETERMINE YOUR CURRENT BALANCE |
|---|---|

ADD    to the balance shown in your register by writing in the amount of
    (a)  Any deposits and other additions shown on this statement which you have not already added, and
    (b)  Any interest shown on this statement shows as credited to your account, if it is an interest earning account.

SUBTRACT    to the balance shown in your register by writing in the amount of
    (a)  Any checks or other subtractions shown on this statement which you did not enter into your register; and
    (b)  Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted, and
    (c)  Any service charges shown on this statement which you have not already subtracted

**Complete STEPS 3 through 8 to determine the current balance in your account.**

| STEP 3 | List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below |
|---|---|

| CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | |
|---|---|
| NUMBER | AMOUNT |
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | $ |

| STEP 4: | Enter on this line the Ending Balance shown on the front of this statement. | $ |
|---|---|---|
| STEP 5: | Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ |
| STEP 6 | Add the amounts in STEPS 4 and 5, enter the total here | $ |
| STEP 7: | Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here | $ |
| STEP 8: | Subtract total of STEP 7 from STEP 6 and enter the difference here *This amount should be your current account balance.* | $ |

HAVE YOU MOVED? If so, please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to

M&T BANK
ATTN M&T TELEPHONE BANKING CENTER
P O BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED

## *In Case of Errors or Questions About Your Electronic Transfers*

Telephone us at (800) 724-2440 or write to us at
    M&T BANK
    ATTN M&T TELEPHONE BANKING CENTER
    PO BOX 767
    BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared
    (1)  Tell us your name and account number (if any)
    (2)  Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information
    (3)  Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation

©2016 Manufacturers and Traders Trust Company





Member
FDIC
L008A (11/16)

# M&T Bank

**FOR INQUIRIES CALL:**   (800) 724-2440

00   0 06604M NM  017

000000                                              N

YOAN HENRIQUEZ
DEBTOR IN POSSESSION CASE NO. 20-12166MM
1001 SUFFOLK DR
LITITZ PA 17543

| ACCOUNT TYPE | |
|---|---|
| MYCHOICE PREMIUM CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ████5540 | SEP.17-OCT.15,2021 |

| BEGINNING BALANCE | $231.12 |
|---|---|
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 30.00 |
| LESS SERVICE CHARGES | 24.95 |
| ENDING BALANCE | $176.17 |

INTEREST EARNED FOR STATEMENT PERIOD          $0 00                    EDEN PARK
INTEREST PAID YEAR TO DATE                              $0 07

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $231 12 | 0 | $0 00 | 0 | $0 00 | 2 | $54 95 | $0 00 | $176 17 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/17/2021 | BEGINNING BALANCE | | | $231 12 |
| 09/23/2021 | WEB XFER TO CHK   00009883095557 | | $30 00 | 201 12 |
| 10/15/2021 | SERVICE CHARGE | | 24 95 | 176 17 |
| | ENDING BALANCE | | | $176 17 |

ANNUAL PERCENTAGE YIELD EARNED = 0 00%

## *How To Balance Your M&T Bank Deposit Account*

**Follow these steps to bring your register balance into agreement with this statement.**

| STEP 1 | Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register (Place the checkmark next to each item in your register and on this statement ) |

| STEP 2 | TO DETERMINE YOUR CURRENT BALANCE· |

ADD     to the balance shown in your register by writing in the amount of
  (a)  Any deposits and other additions shown on this statement which you have not already added, and
  (b)  Any interest this statement shows as credited to your account, if it is an interest earning account

SUBTRACT   to the balance shown in your register by writing in the amount of
  (a)  Any checks or other subtractions shown on this statement which you did not enter into your register; and
  (b)  Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted, and
  (c)  Any service charges shown on this statement which you have not already subtracted

**Complete STEPS 3 through 8 to determine the current balance in your account.**

| STEP 3 | List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below. |

| CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | |
| --- | --- |
| NUMBER | AMOUNT |
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | $ |

| STEP 4· | Enter on this line the Ending Balance shown on the front of this statement. | $ |
| STEP 5: | Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ |
| STEP 6. | Add the amounts in STEPS 4 and 5, enter the total here | $ |
| STEP 7· | Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here | $ |
| STEP 8: | Subtract total of STEP 7 from STEP 6 and enter the difference here *This amount should be your current account balance.* | $ |

HAVE YOU MOVED? If so  please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to

    M&T BANK
    ATTN M&T TELEPHONE BANKING CENTER
    P O  BOX 767
    BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED

## *In Case of Errors or Questions About Your Electronic Transfers*

Telephone us at (800) 724-2440 or write to us at
    M&T BANK
    ATTN  M&T TELEPHONE BANKING CENTER
    PO  BOX 767
    BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared
  (1)  Tell us your name and account number (if any)
  (2)  Describe the error or the transfer you are unsure about  and explain as clearly as you can why you believe there is an error or why you need more information
  (3)  Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation

©2016 Manufacturers and Traders Trust Company

**M&T**Bank





L008A (11/16)

# M&T Bank

**FOR INQUIRIES CALL:** (800) 724-2440

00   0 06604M NM  017

000000                                    N

YOAN HENRIQUEZ
DEBTOR IN POSSESSION CASE NO. 20-12166MM
1001 SUFFOLK DR
LITITZ PA 17543

| ACCOUNT TYPE | |
|---|---|
| MYCHOICE PREMIUM CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▓▓5540 | OCT.16-NOV.16,2021 |

| | |
|---|---|
| BEGINNING BALANCE | $176.17 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 175.00 |
| LESS SERVICE CHARGES | 24.95 |
| ENDING BALANCE | ($23.78) |

INTEREST EARNED FOR STATEMENT PERIOD   $0 00           EDEN PARK
INTEREST PAID YEAR TO DATE             $0 07

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $176 17 | 0 | $0 00 | 0 | $0 00 | 2 | $199 95 | $0 00 | ($23 78) |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/16/2021 | BEGINNING BALANCE | | | $176 17 |
| 10/20/2021 | WEB XFER TO CHK  00009883095557 | | $175 00 | 1 17 |
| 11/16/2021 | SERVICE CHARGE | | 24 95 | (23 78) |
| | ENDING BALANCE | | | ($23.78) |

ANNUAL PERCENTAGE YIELD EARNED = 0 00%

PAGE 1 OF 2

## How To Balance Your M&T Bank Deposit Account

**Follow these steps to bring your register balance into agreement with this statement.**

| STEP 1 | Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register (Place the checkmark next to each item in your register and on this statement ) |

| STEP 2 | **TO DETERMINE YOUR CURRENT BALANCE** |

ADD   to the balance shown in your register by writing in the amount of
- (a) Any deposits and other additions shown on this statement which you have not already added, and
- (b) Any interest this statement shows as credited to your account, if it is an interest earning account

SUBTRACT   to the balance shown in your register by writing in the amount of
- (a) Any checks or other subtractions shown on this statement which you did not enter into your register; and
- (b) Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted, and
- (c) Any service charges shown on this statement which you have not already subtracted

**Complete STEPS 3 through 8 to determine the current balance in your account.**

| STEP 3 | List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below. |

| CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | |
|---|---|
| NUMBER | AMOUNT |
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS** | $ |

| STEP 4 | Enter on this line the Ending Balance shown on the front of this statement. | $ |
|---|---|---|
| STEP 5: | Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ |
| STEP 6 | Add the amounts in STEPS 4 and 5, enter the total here | $ |
| STEP 7: | Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here | $ |
| STEP 8 | Subtract total of STEP 7 from STEP 6 and enter the difference here **This amount should be your current account balance.** | $ |

HAVE YOU MOVED? If so please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to

M&T BANK
ATTN M&T TELEPHONE BANKING CENTER
P O BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at (800) 724-2440 or write to us at

M&T BANK
ATTN M&T TELEPHONE BANKING CENTER
PO BOX 767
BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared

- (1) Tell us your name and account number (if any)
- (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information
- (3) Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation

©2016 Manufacturers and Traders Trust Company



 

Member FDIC   L006A (11/16)

# M&T Bank

**FOR INQUIRIES CALL:** (800) 724-2440

00   0 06604M NM  017

000000                                    P

YOAN HENRIQUEZ
DEBTOR IN POSSESSION CASE # 20-12166PMM
1001 SUFFOLK DR
LITITZ PA 17543-8270

| ACCOUNT TYPE | |
|---|---|
| MYCHOICE PREMIUM CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 8712 | SEP.27-OCT.27,2021 |

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 1,400.00 |
| LESS CHECKS & DEBITS | 15.74 |
| INTEREST | 0.01 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $1,384.27 |

INTEREST EARNED FOR STATEMENT PERIOD          $0 01            EDEN PARK
INTEREST PAID YEAR TO DATE                    $0 01

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $0 00 | 2 | $1,400 00 | 0 | $0 00 | 1 | $15 74 | $0 01 | $1,384 27 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/27/2021 | BEGINNING BALANCE | | | $0 00 |
| 09/27/2021 | DEPOSIT | $100 00 | | 100 00 |
| 09/29/2021 | DEPOSIT | 1,300 00 | | 1,400 00 |
| 10/19/2021 | DELUXE CHECK CHECK/ACC | | $15 74 | 1,384.26 |
| 10/27/2021 | INTEREST PAYMENT | 0 01 | | 1,384 27 |
| | ENDING BALANCE | | | $1,384.27 |

ANNUAL PERCENTAGE YIELD EARNED = 0 00%

PAGE 1 OF 2

## *How To Balance Your M&T Bank Deposit Account*

**Follow these steps to bring your register balance into agreement with this statement.**

| STEP 1 | Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register (Place the checkmark next to each item in your register and on this statement) |
|---|---|

| STEP 2 | **TO DETERMINE YOUR CURRENT BALANCE·** |
|---|---|

**ADD** to the balance shown in your register by writing in the amount of
   (a) Any deposits and other additions shown on this statement which you have not already added, and
   (b) Any interest this statement shows as credited to your account, if it is an interest earning account.

**SUBTRACT** to the balance shown in your register by writing in the amount of
   (a) Any checks or other subtractions shown on this statement which you did not enter into your register; and
   (b) Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted, and
   (c) Any service charges shown on this statement which you have not already subtracted

**Complete STEPS 3 through 8 to determine the current balance in your account.**

| STEP 3 | List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below. |
|---|---|

| CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | |
|---|---|
| NUMBER | AMOUNT |
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS** | $ |

| STEP 4· | Enter on this line the Ending Balance shown on the front of this statement. | $ | |
|---|---|---|---|
| STEP 5: | Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ | |
| STEP 6. | Add the amounts in STEPS 4 and 5, enter the total here | $ | |
| STEP 7: | Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here | $ | |
| STEP 8· | Subtract total of STEP 7 from STEP 6 and enter the difference here  **This amount should be your current account balance.** | $ | |

**HAVE YOU MOVED?** If so, please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to

   M&T BANK
   ATTN M&T TELEPHONE BANKING CENTER
   P O BOX 767
   BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED

## *In Case of Errors or Questions About Your Electronic Transfers*

Telephone us at (800) 724-2440 or write to us at

   M&T BANK
   ATTN  M&T TELEPHONE BANKING CENTER
   P O BOX 767
   BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared

   (1) Tell us your name and account number (if any)
   (2) Describe the error or the transfer you are unsure about  and explain as clearly as you can why you believe there is an error or why you need more information
   (3) Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation

⌖2016 Manufacturers and Traders Trust Company

  

Member FDIC    L006A (11/16)

# M&T Bank

**FOR INQUIRIES CALL:**    (800) 724-2440

00    0 06604M NM  017

000000                                                    P

YOAN HENRIQUEZ
DEBTOR IN POSSESSION CASE # 20-12166PMM
1001 SUFFOLK DR
LITITZ PA 17543-8270

| ACCOUNT TYPE | |
|---|---|
| MYCHOICE PREMIUM CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 8712 | OCT.28-NOV.26,2021 |

| BEGINNING BALANCE | $1,384.27 |
|---|---|
| DEPOSITS & CREDITS | 1,300.00 |
| LESS CHECKS & DEBITS | 1,663.54 |
| INTEREST | 0.01 |
| LESS SERVICE CHARGES | 24.95 |
| ENDING BALANCE | $995.79 |

INTEREST EARNED FOR STATEMENT PERIOD        $0 01                    EDEN PARK
INTEREST PAID YEAR TO DATE                         $0 02

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $1,384 27 | 1 | $1,300 00 | 2 | $1,663 54 | 1 | $24 95 | $0 01 | $995 79 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/28/2021 | BEGINNING BALANCE | | | $1,384.27 |
| 10/28/2021 | CHECK NUMBER 0301 | | $831 77 | 552 50 |
| 11/01/2021 | M&T ATM CHECK DEPOSIT | $1,300 00 | | |
| | EDEN PARK, 1701 OREGON PK, LANCASTER, PA 17201 | | | 1,852 50 |
| 11/22/2021 | CHECK NUMBER 0302 | | 831 77 | 1,020 73 |
| 11/26/2021 | INTEREST PAYMENT | 0 01 | | |
| 11/26/2021 | SERVICE CHARGE | | 24 95 | 995 79 |
| | ENDING BALANCE | | | $995.79 |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 301 | 10/28/21 | 831 77 | 302 | 11/22/21 | 831 77 | | | |

ANNUAL PERCENTAGE YIELD EARNED = 0 00%

## *How To Balance Your M&T Bank Deposit Account*

**Follow these steps to bring your register balance into agreement with this statement.**

| STEP 1 | Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register (Place the checkmark next to each item in your register and on this statement ) |

| STEP 2 | TO DETERMINE YOUR CURRENT BALANCE·

ADD    to the balance shown in your register by writing in the amount of
(a)   Any deposits and other additions shown on this statement which you have not already added, and
(b)   Any interest this statement shows as credited to your account, if it is an interest earning account

SUBTRACT   to the balance shown in your register by writing in the amount of
(a)   Any checks or other subtractions shown on this statement which you did not enter into your register; and
(b)   Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted, and
(c)   Any service charges shown on this statement which you have not already subtracted

**Complete STEPS 3 through 8 to determine the current balance in your account.**

| STEP 3 | List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below.

| CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | |
|---|---|
| NUMBER | AMOUNT |
|  | $ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | $ |

| STEP 4· | Enter on this line the Ending Balance shown on the front of this statement. | $ | |
| STEP 5: | Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ | |
| STEP 6 | Add the amounts in STEPS 4 and 5, enter the total here | $ | |
| STEP 7: | Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here | $ | |
| STEP 8· | Subtract total of STEP 7 from STEP 6 and enter the difference here *This amount should be your current account balance.* | $ | |

HAVE YOU MOVED? If so please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to

M&T BANK
ATTN M&T TELEPHONE BANKING CENTER
P O BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED

## *In Case of Errors or Questions About Your Electronic Transfers*

Telephone us at (800) 724-2440 or write to us at
M&T BANK
ATTN  M&T TELEPHONE BANKING CENTER
P O BOX 767
BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared
(1)   Tell us your name and account number (if any)
(2)   Describe the error or the transfer you are unsure about  and explain as clearly as you can why you believe there is an error or why you need more information
(3)   Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation

©2016 Manufacturers and Traders Trust Company





Member
FDIC    L006A (11/16)