## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| YOAN HENRIQUEZ, ) | |
| ) | |
| Debtor. ) | Case No. 20-12166-pmm |
| ) | |

### CERTIFICATE OF NO RESPONSE

On November 23, 2021, Holly S. Miller, Esquire, the Subchapter V Trustee (the "Trustee") for the above-captioned case of the debtor (the "Debtor") filed the Subchapter V Trustee's Application for Compensation for the Period of 6/28/2021 to 11/23/2021 (the "Application"). On November 23, 2021, the Trustee also filed the Notice of the Application. Responses to the Application were due on or before December 7, 2021. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Application be entered at the Court's earliest convenience.

Dated: 12/9/2021    GELLERT SCALI BUSENKELL & BROWN, LLC

By:    */s/ Holly S. Miller*
Holly S. Miller, Esquire
8 Penn Center
1628 John F. Kennedy Blvd., Suite 1901
Philadelphia, PA 19103
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
Email: hsmiller@gsbblaw.com

Subchapter V Trustee