IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| YOAN HENRIQUEZ, ) | |
| ) | |
| Debtor. ) | Case No. 20-12166-pmm |
| ) | |
| ) | |

## ORDER

Upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Holly S. Miller, Esquire as Subchapter V Trustee for the Period of June 28, 2021 through November 23, 2021 (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Holly S. Miller, Esquire shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered in the amount of $5,062.50 and reimbursement of actual expenses in the amount of $0.00 incurred by Holly S. Miller, Esquire in rendering said services as Subchapter V Trustee.

Date: 12/10/21

*Patricia M. Mayer*

PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE