UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| YOAN HENRIQUEZ, | : | Case No. 20-12166PMM |
| Debtor | : | |

## **POST-CONFIRMATION DISTRIBUTION REPORT**

AND NOW Comes Debtor, Yoan Henriquez ("Debtor"), through his counsel, Saxton & Stump, and respectfully represents that:

1. Debtor's subchapter V plan was confirmed on November 15, 2021 and requires that Debtor make monthly plan payments in the amount of $2500 for three (3) years commencing November 30, 2021.

2. This Post-Confirmation Report covers the quarterly period running from November 15, 2021 through December 31, 2021.

3. Debtor's funds are deposited into the following accounts maintained with M & T Bank, 1701 Oregon Pike, Lancaster, PA 17601 ("M & T accounts"):

    a. Account ending in 5540 - account used for deposit of funds for future quarterly tax payments;

    b. Account ending in 8712 - account used for deposit of monthly plan payments which will be disbursed according to terms of confirmed subchapter V plan; and

    c. Account ending in 5557 – account used for deposit of funds earned and used in daily operation of business.

4. The persons who have signatory authority over the M & T accounts are Debtor and his sister, Yisel Henriquez, who is the disbursing agent under Debtor's confirmed subchapter V plan.

5. The following amounts have been disbursed during the period commencing November 15, 2021 (which is the date Debtor's subchapter V plan was confirmed) and ending December 31, 2021:

   a. On or about November 30, 2021, Debtor's first plan payment of $2500 was deposited in the M & T account ending in 8712 pending the Court's approval of the fee applications of Debtor's counsel and the Subchapter V Trustee, Holly Miller, Esquire (the "Subchapter V Trustee").

   b. On or about December 31, 2021, Debtor's second plan payment of $2500 was deposited in the M & T account ending in 8712 pending the Court's approval of the fee applications of Debtor's counsel and the Subchapter V Trustee.[1]

Respectfully submitted,

SAXTON & STUMP

Date: February 24, 2022         By: */s/ Pauline Felice Gibble*

Pauline Felice Gibble, Esquire
Saxton & Stump
280 Granite Run Rd. Suite 300
Lancaster, PA 17601
(717) 556-1089
pfg@saxtonstump.com
Counsel for Debtor

---

[1] The Subchapter V Trustee's fee application in the amount of $5062.50 was approved by the Court by Order entered on December 10, 2021. This Order became a final Order on December 24, 2021. On January 4, 2022, Debtor caused check number 304 in the amount of $5000 drawn on the M and T account ending in 8712 to be issued to the Subchapter V Trustee as partial payment of her $5062 court approved fee. This $5000 check represents Debtor's first and second plan payments.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| YOAN HENRIQUEZ, | : | Case No. 20-12166PMM |
| Debtor | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below, Debtor's Post-Confirmation Distribution Report was served via ECF on Dave P. Adams, Esquire, counsel for the United States Trustee, Holly Smith Miller, Esquire, the Subchapter V Trustee, and on all parties who filed a request under L.B.R. 2002-1 to receive all notices in this case.

Respectfully submitted,

SAXTON & STUMP

Date: February 24, 2022

By: */s/ Pauline Felice Gibble*

Pauline Felice Gibble, Esquire
Saxton & Stump
280 Granite Run Rd. Suite 300
Lancaster, PA 17601
(717) 556-1089
pfg@saxtonstump.com
Counsel for Debtor