# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| YOAN HENRIQUEZ, ) | |
| ) | |
| Debtor. ) | Case No. 20-12166-pmm |
| ) | |

## Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Holly S. Miller, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $5,062.50. A plan was confirmed on 11/16/2021. No plan payments were made to the trustee. According to the debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a), on 12/13/2021 the Court ordered compensation of $5,062.50 be awarded to the trustee. These funds were paid by the debtor to the trustee on 2/6/2022. I hereby certify that my administration of the estate of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee.

Dated: 5/7/2022                    GELLERT SCALI BUSENKELL & BROWN, LLC

By:  /s/ Holly S. Miller
Holly S. Miller, Esquire
8 Penn Center
1628 John F. Kennedy Blvd., Suite 1901
Philadelphia, PA 19103
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
Email: hsmiller@gsbblaw.com

Subchapter V Trustee