

## Saxton & Stump, LLC

280 Granite Run Drive, Suite 300
Lancaster, PA 17601

**INVOICE**

Invoice # 53289
Date: 06/30/2022
Due On: 07/30/2022

Yoan Henriquez
1001 Suffolk Drive
Lititz, PA 17543

## Henriquez-00001 - Yoan - Workout with creditors

### Services

| Professional | Date | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| BSO | 04/20/2021 | Correspondence from client with settlement, insurance and lease documents and review of same | 0.30 | $395.00 | $118.50 |
| BSO | 04/20/2021 | Review Suffolk Drive lien search | 0.20 | $395.00 | $79.00 |
| BSO | 04/20/2021 | Review Parkwynne and Wabank searches; review fraudulent transfer law; correspondence to client requesting credit reports. | 0.40 | $395.00 | $158.00 |
| PG | 04/21/2021 | Review and reply to email from Attorney Solodky re analysis of chapter 7 vs. subchapter V as it applies to Mr. Henriquez's case<br><br>Research PA exemptions | 0.40 | $395.00 | $158.00 |
| DAT | 04/21/2021 | Finalize correspondence, Electronic communication to Yoan and Yisel Henriquez | 0.10 | $195.00 | $19.50 |
| DAT | 04/23/2021 | Electronic communication from and to Yisel Henriquez regarding Yoan Henriquez bankruptcy | 0.10 | $195.00 | $19.50 |
| BSO | 04/28/2021 | Review sub V requirements for confirmation of Plan | 0.30 | $395.00 | $118.50 |
| BSO | 04/28/2021 | Review schedules, statements and claims in preparation for drafting Plan | 0.40 | $395.00 | $158.00 |
| BSO | 04/28/2021 | Correspondence to client requesting info needed for Plan | 0.30 | $395.00 | $118.50 |
| BSO | 04/28/2021 | Begin drafting Plan | 1.00 | $395.00 | $395.00 |
| BSO | 04/28/2021 | Review Rules re conversion to Chapter 11; | 0.20 | $395.00 | $79.00 |

| | | correspondence from and to Atty Gibble re same | | | |
|---|---|---|---|---|---|
| BSO | 05/04/2021 | Review file in preparation for meeting with client to discuss Sub V and the Plan; conference with client to discuss income and expenses and Plan; review of 2019 tax return. | 1.20 | $395.00 | $474.00 |
| PG | 05/04/2021 | met with Attorney Solodky and Yiselle Henriquez re: to discuss converting case to subchapter V of chapter 11 | 0.80 | $395.00 | $316.00 |
| PG | 05/04/2021 | send email to Attorney Ramos of Chapter 13 Trustee Office re logistics of filing motion to convert to subchapter V of chapter 11 | 0.20 | $395.00 | $79.00 |
| BSO | 05/05/2021 | Review updated tax returns | 0.10 | $395.00 | $39.50 |
| MSF | 05/05/2021 | prepare, finalize and electronically file notice of appearance and request for notice for bas and pfg; receipt of notice of filed documents, access online document and obtain time-stamped copy of withdrawal of appearance by atty quinn for debtor | 0.50 | $200.00 | $100.00 |
| BSO | 05/05/2021 | Correspondence to and from Atty Quinn requesting Withdrawal of Appearance; prepare entry of appearance | 0.20 | $395.00 | $79.00 |
| PG | 05/05/2021 | Research and prepare Motion to Deny Confirmation of Chapter 13 Plan and Convert Case to Subchapter V of Chapter 11<br><br>Research and prepare Notice of Hearing re motion | 2.20 | $395.00 | $869.00 |
| BSO | 05/05/2021 | Work on developing Plan; correspondence to client re clarification of bank accounts; research re length of plan in converted case | 1.00 | $395.00 | $395.00 |
| BDA | 05/12/2021 | edit and format form 425A. | 0.50 | $185.00 | $92.50 |
| PG | 05/18/2021 | send email to Attorney Adams (counsel to US Trustee) re converting to subchapter V | 0.10 | $395.00 | $39.50 |
| PG | 05/18/2021 | research re can a subchapter V plan be for a term of less than 3 years<br><br>telephone conference with Attorney Adams, counsel for the United States Trustee<br><br>review and modify motion to convert and proposed order<br><br>email to Attorney Solodky re length of subchapter V plan, modified motion to convert and order<br><br>general research re duties of subchapter V debtor, plan confirmation, etc. | 2.50 | $395.00 | $987.50 |
| BDA | 05/19/2021 | created notice of motion and drafted initial form. | 0.50 | $185.00 | $92.50 |
| PG | 05/19/2021 | Prepare Notice of Motion to Convert<br>send email to Bonnie re e-filing motion to convert and notice of motion<br>research subchapter V requirements | 1.50 | $395.00 | $592.50 |

| | | | | | |
|---|---|---|---|---|---|
| BDA | 05/19/2021 | initial draft of cert of service of motion. | 0.30 | $185.00 | $55.50 |
| PG | 05/20/2021 | Review and edit Motion to Convert, proposed Order, Notice of Motion and Cert of Service | 0.20 | $395.00 | $79.00 |
| BDA | 05/21/2021 | updates to cert of service; send to PFG. | 0.30 | $185.00 | $55.50 |
| BDA | 05/25/2021 | revised pleadings based on PFG's revisions. | 0.20 | $185.00 | $37.00 |
| BDA | 05/25/2021 | sent PFG revised chapter 11 document to send to client. | 0.10 | $185.00 | $18.50 |
| DAT | 05/25/2021 | finalize motion, notice, certificate of service, and proposed order, efiling with Eastern District of PA Bankruptcy Court | 0.60 | $195.00 | $117.00 |
| BDA | 05/25/2021 | received TS copies of Motion and Order; forward same for service upon US trustee and Ch. 13 trustee. | 0.20 | $185.00 | $37.00 |
| PG | 05/25/2021 | Review, edit and prepare for filing Motion to Convert, proposed Order, Notice of Motion and Certificate of Service<br><br>Research re filing Application to Employ Attorney in Chapter 11<br><br>Research re duties of subchapter V Debtor<br><br>send email to Attorney Ramos-Cardona (counsel to Chapter 13 Trustee) re continuing hearing on Chapter 13 Trustee's motion to dismiss and confirmation | 3.50 | $395.00 | $1,382.50 |
| BDA | 05/26/2021 | prepare, organize, and send pleadings for service (76 recipients). | 1.10 | $185.00 | $203.50 |
| BSO | 05/26/2021 | Conference with Atty Gibble re funding of subV plan | 0.20 | $395.00 | $79.00 |
| PG | 05/26/2021 | review and respond to email from Attorney Adams of US Trustee's Office re what type of business is Debtor operating | 0.20 | $395.00 | $79.00 |
| PG | 05/26/2021 | Review and summarize for client United States Trustee's Operating Guidelines for Chapter 11 Cases<br><br>Send email to Yoan re United States Trustee's Operating Guidlines for Chapter 11 Cases | 1.40 | $395.00 | $553.00 |
| PG | 05/26/2021 | telephone conference with Attorney Adams of United States Trustee's Office re reporting requirements for subchapter V debtors,<br><br>review and respond to email from Attorney Adams re new reporting requirements and forms for use in chapter 11 cases<br><br>conference with Attorney Solodky re preparing subchapter V plan and requirements and duties of subchapter V debtors<br><br>Research re how to deal with funds returned by chapter 13 Trustee and new reporting requirements and duties of subchapter V debtors and revise Memo to Yoan re the same | 3.00 | $395.00 | $1,185.00 |

| | | | | | |
|---|---|---|---|---|---|
| BSO | 05/26/2021 | Meet with Atty Gibbel re Plan proposal and dealing with various claim and info needed from debtor | 0.80 | $395.00 | $316.00 |
| PG | 05/27/2021 | telephone conversation with Yisel re: details about how Juan's jewelry business operates, details about conversion to subchapter V, potential problem with monthly vehicle payments, duty to file monthly operating reports | 1.00 | $395.00 | $395.00 |
| PG | 05/27/2021 | Review bankruptcy petition and schedules research re property of the estate in subchapterv case | 0.30 | $395.00 | $118.50 |
| PG | 06/01/2021 | Review and respond to email from Attorney Ramos-Cardona re continuing hearing on confirmation and motion to dismiss to 7/1 | 0.10 | $395.00 | $39.50 |
| PG | 06/01/2021 | Review Objection to Confirmation filed by Loan Servicing, LLC | 0.10 | $395.00 | $39.50 |
| PG | 06/02/2021 | review text from Yisel re Pingora Loan Processing objection to confirmation | 0.80 | $395.00 | $316.00 |
| | | telephone call with Yisel re Pingora Loan Processing objection to confirmation, Pingora's claim that Yisel is not current with mortgage and 6/3/21 hearing | | | |
| | | send email to Yoan and Yisel (and text to Yisel) re 6/3/21 hearings continued to 7/1/21 and issues concerning pre-petition arreage owed to Pingora Loan Servicing on mortgage on the 426 Parkwynne property | | | |
| PG | 06/02/2021 | Review file, petition, schedules, statement of financial affairs | 3.00 | $395.00 | $1,185.00 |
| | | Prepare Memo to Attorney Stoltzfus re summary of my phone conversation with Yisel, analysis of case and need to amend petition, schedules and statement of financial affairs | | | |
| BSO | 06/03/2021 | correspondence from and to Atty Gibble re amendments to petition and various issues re operation of the business and dealing with creditors | 0.30 | $395.00 | $118.50 |
| DAT | 06/03/2021 | three telephone conferences with Eastern District Bankruptcy Court regarding efiling Motion, Certification of Service and Exhibit, efiling Certificate of Service separately | 0.30 | $195.00 | $58.50 |
| DAT | 06/04/2021 | call back and telephone conference with assigned case clerk regarding efiling documents/Motion with Eastern District Bankruptcy Court | 0.10 | $195.00 | $19.50 |
| PG | 06/07/2021 | Review and respond to email from Yisel re payments made to mortgagee of Parkwynne property and to creditors who hold Mercedes vehicles as collateral | 3.00 | $395.00 | $1,185.00 |
| PG | 06/08/2021 | review and reply to text from Yisel re monhtly payment paid by Yoan re Mercedes for month of May 2021 | 0.10 | $395.00 | $39.50 |
| PG | 06/08/2021 | Research re requirements for filing Application to Employ counsel for debtor, Affidavit in Support, proposed Order, Notice of Application and Cert of Service | 8.00 | $395.00 | $3,160.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | telephone conference with Attorney Adams (US Trustee's office) re requirements for filing and serving Application to employ counsel for Debtor |  |  |  |
|  |  | prepare Application to Employ Saxton and Stump as counsel for Debtor, Affidavit, Proposed Order, Notice of Application, Cert of Service |  |  |  |
|  |  | Memo to Attorney Solodky re filing Application to Employ Saxton & Stump as counsel for Debtor |  |  |  |
| PG | 06/08/2021 | Research re requirements for filing Application to Employ counsel for debtor, Affidavit in Support, proposed Order, Notice of Application and Cert of Service | 2.50 | $395.00 | $987.50 |
| BSO | 06/09/2021 | review draft of Application to Employ | 0.20 | $395.00 | $79.00 |
| BDA | 06/10/2021 | review email from PFG; format and revise multiple pleadings. | 0.30 | $185.00 | $55.50 |
| BDA | 06/10/2021 | receipt of statements from client; scan and email statements to PFG. | 0.20 | $185.00 | $37.00 |
| PG | 06/14/2021 | review documents dropped off by Yisel (statements from Cenlar, Chase and Bank of America) | 1.30 | $395.00 | $513.50 |
|  |  | send email to Yisel and Yoan re missing documents not dropped off, questions about statements from Chase and Bank of America |  |  |  |
| PG | 06/15/2021 | review email from Yisel and May 2021 statement from Mr. Cooper, receipts and invoices | 0.30 | $395.00 | $118.50 |
|  |  | send email to Yisel and Yoan re above |  |  |  |
| PG | 06/17/2021 | Review docket to see if a Response was filed to our Motion to Convert to Subchapter V | 1.00 | $395.00 | $395.00 |
|  |  | Research re is service of Certificate of No Response required |  |  |  |
|  |  | Prepare Certificate of No Response |  |  |  |
| BDA | 06/17/2021 | minor edits to certificate of no response. | 0.10 | $185.00 | $18.50 |
| BDA | 06/18/2021 | efile certificate of no response. | 0.20 | $185.00 | $37.00 |
| PG | 06/18/2021 | telephone conversation with Yisel re money Yoan owes to Ray Jewelry, general bankruptcy questions | 0.60 | $395.00 | $237.00 |
|  |  | Memo to Barry re my conversation with Yisel |  |  |  |
| PG | 06/21/2021 | telephone call with Barbara Spinka Courtroom Deputy to Barbara Spinka re Certificate of No Response filed to our Motion to Convert to Subchapter V | 0.10 | $395.00 | $39.50 |
| PG | 06/22/2021 | telephone conference with Attorney Solarz re alleged pre-petition arrearage on Parkland Rd. property | 0.20 | $395.00 | $79.00 |
| PG | 06/23/2021 | send email to Attorney Solarz re alleged pre-petition arrearage on Parkland Rd property | 0.40 | $395.00 | $158.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | send email to Yisel and Yoan re alleged pre-petition arrearage on Parkland Rd property, need for additional statements |  |  |  |
| PG | 06/23/2021 | conference with Attorney Solodky re status of case and 6/24/21 hearing on motion to convert to subchapter 7 | 0.20 | $395.00 | $79.00 |
| BSO | 06/23/2021 | Conference with Atty Gibble re conversion hearing and Chapter 7 as an alternative | 0.20 | $395.00 | $79.00 |
| PG | 06/23/2021 | Review docket, petition, schedules and claims register for liquidation analysis | 2.50 | $395.00 | $987.50 |
|  |  | Prepare for 6/24/21 hearing on motion to convert case to subchapter V, research and review requirements of subchapter V |  |  |  |
| BDA | 06/24/2021 | redact 2020 tax return; efile tax return with bankruptcy court. | 0.50 | $185.00 | $92.50 |
| BDA | 06/24/2021 | format affidavit and add notary language. | 0.20 | $185.00 | $37.00 |
| PG | 06/24/2021 | Research re requirement that subchapter V debtor file tax return, balance sheet, cash--flow statement and statement of operations or affidavit that these documents have not been prepared. | 2.20 | $395.00 | $869.00 |
|  |  | telephone conference and email to Bonnie re e-filing 2020 tax return |  |  |  |
|  |  | Prepare for hearing on motion to convert to subchapter V |  |  |  |
|  |  | Attend hearing on motion to convert to subchapter V |  |  |  |
|  |  | send email to Yisel and Yohn re motion to convert to subchapter V granted, need to file Affidavit |  |  |  |
|  |  | send email to Attorney Solodky re motion to convert to subchapter V granted |  |  |  |
|  |  | send email to Attorney Adams re motion to convert to subchapter V granted, need to have interpreter present at 341 meeting |  |  |  |
|  |  | Prepare Affidavit re balance sheet, statement of operations and cash-flow statement were not prepared |  |  |  |
| PG | 06/24/2021 | 2 text messages to Yisel re appointment for Yoan to sign Affidavit | 0.10 | $395.00 | $39.50 |
|  |  | review and reply to 2 emails from Bonnie re appointment for Yoan to sign Affidavit |  |  |  |
| PG | 06/24/2021 | Revise Affidavit | 0.20 | $395.00 | $79.00 |
|  |  | send email to Bonnie re revised Affidavit |  |  |  |
| BDA | 06/25/2021 | notarize affidavit for client. | 0.10 | $185.00 | $18.50 |
| BDA | 06/25/2021 | efile debtor's affidavit under 11 U.S.C. | 0.20 | $185.00 | $37.00 |

| | | | | | |
|---|---|---|---|---|---|
| PG | 06/25/2021 | Review Court's Order granting Motion to Convert to subchapter V and scheduling Status Conference and deadline for Status Report | 0.30 | $395.00 | $118.50 |
| | | Research re initial debtor interview | | | |
| PG | 06/28/2021 | review and respond to email from Hug Ward US Trustee's office re scheduling initial debtor interview | 0.20 | $395.00 | $79.00 |
| | | send email to Yisel (and text) and Yoan re scheduling initial debtor interview | | | |
| PG | 06/28/2021 | send email to Hug Ward Us Trustee's office re need for an interpreter at initial debtor interview | 0.10 | $395.00 | $39.50 |
| PG | 06/28/2021 | telephone conference with and email to Yisel re scheduling the initial debtor interview | 0.20 | $395.00 | $79.00 |
| | | email to Hugh Wade US Trustee's office re scheduling the initial debtor interview | | | |
| PG | 06/28/2021 | review and respond to email from Nancy Miller re McDade Authorization letter | 0.10 | $395.00 | $39.50 |
| PG | 06/28/2021 | Review, execute and return McDade Act letter to Nancy Miller United States Trustee's office | 0.20 | $395.00 | $79.00 |
| PG | 06/29/2021 | Review and Revise Application to Employ Saxton & Stump as counsel for Debtor, Affidavit, Proposed Order, Notice of Application and Cert of Service | 2.00 | $395.00 | $790.00 |
| | | Review Petition and Claims Register to begin to prepare list of 20 largest unsecured creditors | | | |
| PG | 06/29/2021 | Research re preparation of Rule 2016 Disclosure of Attorney Compensation Form | 1.00 | $395.00 | $395.00 |
| | | email to Attorney Solodky re Rule 2016 Disclosure of Compensation form | | | |
| BDA | 06/30/2021 | prep pleadings for efiling; notarize bso's signature on affidavit. | 0.30 | $185.00 | $55.50 |
| PG | 06/30/2021 | Research and prepare Rule 2016 Attorney Diisclosure of Compensation Form | 0.80 | $395.00 | $316.00 |
| BDA | 06/30/2021 | complete disclosure of compensation of attorney. | 0.20 | $185.00 | $37.00 |
| PG | 06/30/2021 | Edit Rule 2016 Disclosure of Compensation Form | 0.10 | $395.00 | $39.50 |
| BDA | 07/01/2021 | email to pfg re: client signature on application. | 0.10 | $185.00 | $18.50 |
| BDA | 07/01/2021 | prepare application for client signature and leave at front desk. | 0.10 | $185.00 | $18.50 |
| PG | 07/01/2021 | review requirements for debtor interview | 0.50 | $395.00 | $197.50 |
| | | send emai to Yisel and Yoan re things that must be done before the debtor interview | | | |
| PG | 07/04/2021 | Review and edit Application to Employ, Affidavit, proposed Order, Notice of Application and Cet of Service | 2.60 | $395.00 | $1,027.00 |

|  |  | Review and edit Rule 2016 Disclosure of Compensation |  |  |  |
|---|---|---|---|---|---|
|  |  | Review petition and claims register to begin to compile list of 20 largest unsecured creditors |  |  |  |
| PG | 07/05/2021 | Review claims register and schedules to prepare List of 20 Largest Unsecured Creditors | 5.20 | $395.00 | $2,054.00 |
|  |  | Prepare List of 20 Largest Unsecured Creditors |  |  |  |
|  |  | Research and review requirements for initial debtor interview and fiduciary obligations and reporting requirements for subchapter V debtors |  |  |  |
|  |  | Sent email to Yisel and Yoan re requirements for iimtial debtor interview and fiduciary obligations and reporting requirements for subchapter V debtors |  |  |  |
|  |  | send email to Hugh Ward US Trustee's office re 2020 tax return and Detor's Affidavit |  |  |  |
| BDA | 07/06/2021 | work on form 204. | 0.40 | $185.00 | $74.00 |
| BDA | 07/06/2021 | prep pleadings for filing; send to bso and pfg for final approval before efiling. | 0.30 | $185.00 | $55.50 |
| BDA | 07/06/2021 | meet with client to have him sign application for filing. | 0.10 | $185.00 | $18.50 |
| PG | 07/06/2021 | Review Application to Employ, Affidavit, proposed Order, Notice and Cert of Service for final editing before efiling | 0.20 | $395.00 | $79.00 |
|  |  | Review List of 20 Largest Unsecured Creditors for final editing before efiling |  |  |  |
| BDA | 07/06/2021 | efile application to employ, form 204, and disclosure of compensation. | 0.30 | $185.00 | $55.50 |
| BDA | 07/06/2021 | prepare mailings to 28 entities for service of pleadings. | 0.80 | $185.00 | $148.00 |
| PG | 07/06/2021 | telephone call with Hugh Ward of US Trustee's Office | 0.10 | $395.00 | $39.50 |
|  |  | send email to Hugh Ward with a copy of 2020 tax return |  |  |  |
| PG | 07/06/2021 | Review Notice sent by court setting 341 meeting, deadlines to file objections to exemptions and 523 and 727 complaints | 0.50 | $395.00 | $197.50 |
|  |  | send email to Yoan and Yisel re Notice of 341 meeting and deadlines to file obj to exemotions and 523 and 727 complaints |  |  |  |
| BDA | 07/06/2021 | efile certificate of service. | 0.20 | $185.00 | $37.00 |
| PG | 07/06/2021 | telephone conference with Yisel re preparing for initial debtor interview and reviewing responsibiities and reporing requirements of subchapter V debtors | 1.00 | $395.00 | $395.00 |
|  |  | Review US Trustee Operating Guidelines and Reporting Requirements and Forms for Small Business Debtors |  |  |  |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | send email to Yisel and Yohn attaching and explaining US Operating Guidelines and Reporting Requirements and Forms for Small Business Debtors |  |  |  |
| PG | 07/07/2021 | telephone conferences (2) with Yisel re closing bank accounts opening new ones, insurance certificates | 0.60 | $395.00 | $237.00 |
|  |  | telephone conference with Yoanand Robin Walton of Wells Fargo Bank re closing and opening bank accounts |  |  |  |
|  |  | send letter to Robin Watlon Wells Fargo Bank re closing accounts and opening dip accounts |  |  |  |
| BDA | 07/07/2021 | prepare pfg's letter to wells fargo for client pick up. | 0.20 | $185.00 | $37.00 |
| BSO | 07/07/2021 | Research for provisions for Chapter 11 Plan | 0.20 | $395.00 | $79.00 |
| BDA | 07/07/2021 | save client bank statements, insurance policy statements, and business invoices into efile; email documentation to pfg. | 0.30 | $185.00 | $55.50 |
| BSO | 07/07/2021 | conference with Atty Gibble to discuss Initial Debtor Interview and issues raised | 0.30 | $395.00 | $118.50 |
| PG | 07/07/2021 | Attend initial debtor interview with Yoan, Hugh Ward of US Trustee's Office and Attorney Miller, subchapter V Trustee | 1.00 | $395.00 | $395.00 |
| PG | 07/07/2021 | telephone conference with Yisel and Yoan re opening dip account, reviewing bank statements and deposits and withdrawals, reviewing invoices from Ray Jewelry, payments to mother-in-law, etc. | 3.00 | $395.00 | $1,185.00 |
|  |  | telephone conference with Hugh Ward of US Trustee's Office re reporting requirements and monthly operating reports |  |  |  |
|  |  | research re whether Yoan's business relationship with Ray Jewelry is a consignment or bailment under UCC and Bankruptcy Code |  |  |  |
| PG | 07/07/2021 | Review Initial Monthly Operating Report and Monthly Operating Report | 0.60 | $395.00 | $237.00 |
|  |  | send Yisel and Yoan an email explaining and attaching Initial Monthly Operating Report and Monthly Operating Report |  |  |  |
| BDA | 07/08/2021 | review email from pfg; assemble letter and leave at front desk for client pick-up. | 0.20 | $185.00 | $37.00 |
| PG | 07/08/2021 | telephone conference with Yisel re opening new dip bank accounts and whether Ray Jewelry will continue to supply Yoan with jewelry if Yoan can not make payment towards pre-petition debt | 0.20 | $395.00 | $79.00 |
| PG | 07/08/2021 | Prepare Amended Rule 2016 Disclosure of Compensation to indicate that Yisel paid $10,000 of retainer | 0.20 | $395.00 | $79.00 |
| BDA | 07/09/2021 | draft amended disclosure of compensation based on | 0.10 | $185.00 | $18.50 |

pfg's notes; send to pfg.

| | | | | | |
|---|---|---|---|---|---|
| PG | 07/09/2021 | review and respond to email from Hugh Ward re Debtor's insurance certificates and bank statements | 1.00 | $395.00 | $395.00 |
| | | telephone conferences with Hugh Ward (2) re iinsurance cetificates | | | |
| | | send email to Attorney Miller re insurance certificates and bank statements | | | |
| | | send emails (2) to Yisel and Yoan re need additional info on insurance certificates, need voided check on dip account and need statement from Fulton Bank | | | |
| BDA | 07/12/2021 | tc w pfg re amended disclosure of compensation; make changes to same; email to pfg. | 0.20 | $185.00 | $37.00 |
| BDA | 07/12/2021 | efile amended disclosure of compensation. | 0.20 | $185.00 | $37.00 |
| BDA | 07/12/2021 | receipt of fulton bank statements; save to file. | 0.20 | $185.00 | $37.00 |
| PG | 07/12/2021 | send email to Yisel and Yoan re filing motion to have Ray Jewelry classified as a critical vendor | 0.40 | $395.00 | $158.00 |
| PG | 07/12/2021 | review Fulton Bank account statements dropped off by Yoan | 0.30 | $395.00 | $118.50 |
| | | send email to Hugh Ward and Attorney Miller re Fulton Bank account statements | | | |
| | | send email to Yisel and Yoan reminding them to open debtor-in-possession accounts and to drop off voided checks | | | |
| PG | 07/14/2021 | send email to Yisel and Yoan re critical vendor motion | 0.20 | $395.00 | $79.00 |
| PG | 07/15/2021 | send email to Yisel and Yoan re need for receipts | 0.10 | $395.00 | $39.50 |
| BDA | 07/16/2021 | minor edits to cert of no response; email to pfg; save client policies in file. | 0.30 | $185.00 | $55.50 |
| PG | 07/16/2021 | review and reply to email from Yisel re insurance | 0.80 | $395.00 | $316.00 |
| | | review insurance certificates | | | |
| | | review docket to see if response was filed to Application to Employ | | | |
| | | prepare Certificate of No Response to Application to employ | | | |
| | | review and reply to text from Yilsel re voided checks from dip accounts | | | |
| PG | 07/19/2021 | telephone conference with Yisel re scheduling meeting to go over info needed for and requirements of initial and monthly operating reports | 1.50 | $395.00 | $592.50 |
| | | Prepare for meeting with Yoan and Yisel, re info needed for and requirements of initial monthly and info needed for and requirements of operating report and monthly operating reports | | | |

send email to Yisel and Yoan re preparing for tomorrow's meeting

review M and T Bank documents sent to me by Yisel

email to Yisel and Yoan re more info needed on dip accounts

| | | | | | |
|---|---|---|---|---|---|
| BDA | 07/20/2021 | review of company invoices dropped off by client; scan into system and email to pfg for her review. | 0.40 | $185.00 | $74.00 |
| PG | 07/20/2021 | prepare for meeting with Yisel and Yoan | 5.00 | $395.00 | $1,975.00 |
| PG | 07/20/2021 | meet with Yisel and Yoan to go over requirements and how to complete Initial Operating Report and Monthly Operating Reports, medical insurance, paying quarterly taxes, paying 2020 taxes, how to determine projected income and expenses, dip accounts, receipts Yoan gives to people who sell the jewelry and other issues involved in the case | 2.50 | $395.00 | $987.50 |
| PG | 07/20/2021 | send email to Attorney Adams, Attorney Miller and Hugh Ward re updated insurance certificates, | 0.20 | $395.00 | $79.00 |
| PG | 07/20/2021 | review M and T Bank documents sent to me by Yisel | 0.40 | $395.00 | $158.00 |
| PG | 07/20/2021 | review receipts dropped off by Yoan | 0.20 | $395.00 | $79.00 |
| PG | 07/20/2021 | send email to Yoan and Yisel re summary of our meeting and listing things that need to be done | 0.30 | $395.00 | $118.50 |
| PG | 07/21/2021 | send email to Attorney Adams, Attorney Miller and Hugh Ward re M and T Bank dip accounts | 0.20 | $395.00 | $79.00 |
| PG | 07/23/2021 | review texts from Yisel re DIP checks | 0.30 | $395.00 | $118.50 |
| | | send emails (2) to Attorney Adams, Attorney Miller and Hugh Ward re DIP checks | | | |
| PG | 07/23/2021 | send email to Barb Spinka Courtroom Deputy re status of Application to Employ Saxton & Stump | 0.10 | $395.00 | $39.50 |
| PG | 07/23/2021 | Research re proof of claim bar date in converted case, requirements for filing monthly operating reports, | 0.50 | $395.00 | $197.50 |
| BDA | 07/26/2021 | receipt of voided checks from client. | 0.10 | $185.00 | $18.50 |
| PG | 07/26/2021 | Review amended proofs of claim 4 and 7 filed by American Express | 0.20 | $395.00 | $79.00 |
| PG | 07/26/2021 | telephone conversation with Attorney Adams re voided checks, monthly operating report requirements, 341 meeting, 2019 and 2020 taxes, bar date for filing poc etc. | 1.00 | $395.00 | $395.00 |
| PG | 07/26/2021 | Review and research Bankruptcy Code, Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules re Motion to Set Bar Date in subchapter V case, can Motion be filed ex parte, Notice of Bar Date, and service requirements | 4.50 | $395.00 | $1,777.50 |
| | | Prepare Ex Parte Motion to Set Bar Date for Filing | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Proofs of Claim, Notice of Bar Date, proposed Order granting Motion and Certificate of Service | | | |
| PG | 07/26/2021 | Review and research/analyze requirements for Subchapter V Status Report | 2.00 | $395.00 | $790.00 |
| | | begin preparing Subchapter V Status Report | | | |
| | | review reseach and analyze requirements for subhcapter V plan | | | |
| BDA | 07/27/2021 | review email from pfg; format and review motion and exhibits and cert of service; create cert of service list; send email to pfg. | 0.60 | $185.00 | $111.00 |
| BDA | 07/27/2021 | set up teams meeting for client and pfg. | 0.10 | $185.00 | $18.50 |
| BDA | 07/27/2021 | type up subchapter v status report; send to pfg. | 0.50 | $185.00 | $92.50 |
| PG | 07/27/2021 | telephone conference with Attorney Adams re Motion to Set Bar Date | 0.60 | $395.00 | $237.00 |
| | | Review and edit Motion to Set Bar Date, Notice of Bar Date Proposed Order and Certificate of Service | | | |
| PG | 07/27/2021 | Review docket and objections to confirmation and research and work on Status Report | 1.50 | $395.00 | $592.50 |
| | | Research re subchapter V requirements | | | |
| BDA | 07/28/2021 | review email from pfg; minor changes to pleadings; filed motion with exhibits; served motion on appropriate counsel; filed certificate of service; email to pfg. | 0.80 | $185.00 | $148.00 |
| BDA | 07/28/2021 | forward chapter 13 trustee correspondence to pfg. | 0.10 | $185.00 | $18.50 |
| PG | 07/28/2021 | video conference with Yisel re preparing Initial Monthly Operating Report, Monthly Operating Report, determining projected income, expenses and disposable income, real estate taxes on Pakwynne property | 2.00 | $395.00 | $790.00 |
| PG | 07/28/2021 | telephone conference with Attorney Adams re reporting requirements and application to be employed as counsel for debtor | 0.30 | $395.00 | $118.50 |
| PG | 07/28/2021 | Review show cause order from court | 0.10 | $395.00 | $39.50 |
| PG | 07/28/2021 | send email to Yisel and Yoan re summary of today's meeting, summarize what Yisel must do to complete Initial Monthly Operating Report and Monthly Operating Report | 0.40 | $395.00 | $158.00 |
| PG | 07/28/2021 | research and revise Status Report | 2.50 | $395.00 | $987.50 |
| | | research and begin preparing Initial Monthly Operating Report | | | |
| | | detailed Memo to Bonnie re preparing Initial Monthly Operating Report | | | |
| | | research nunc pro tunc relief after Supreme Court case | | | |

| | | | | | |
|---|---|---|---|---|---|
| BDA | 07/29/2021 | review pfg's email re: initial monthly operating report; begin to fill out same; send email to accounting re: payments made to s&s. | 0.20 | $185.00 | $37.00 |
| BDA | 07/29/2021 | receipt of documentation from client; continue to complete initial monthly operating report. | 0.30 | $185.00 | $55.50 |
| PG | 07/29/2021 | telephone conference with Attorney Miller - general discussion about case, reporting requirements | 0.50 | $395.00 | $197.50 |
| PG | 07/29/2021 | review and respond to email from Attorney Adams re reporting requirements and status report | 0.10 | $395.00 | $39.50 |
| BDA | 07/29/2021 | complete initial draft of the initial monthly operating report; send email to pfg with same attached. | 0.20 | $185.00 | $37.00 |
| PG | 07/29/2021 | Review and revise Subchapter V Status Report | 1.50 | $395.00 | $592.50 |
| | | review Initial Monthly Operating Report | | | |
| | | review docket re motion to set bar date | | | |
| | | send email to Barb Spinka re motion to set bar date | | | |
| BDA | 07/30/2021 | review email from pfg; update initial monthly operating report; send to pfg and request phone call to complete. | 0.20 | $185.00 | $37.00 |
| BDA | 07/30/2021 | review email from pfg; slighly revise subchapter v report; send email back to pfg. | 0.20 | $185.00 | $37.00 |
| BDA | 07/30/2021 | draft certificate of no response; send same to pfg. | 0.20 | $185.00 | $37.00 |
| PG | 07/30/2021 | telephone conference with Patricia Kabel County/Twp Tax Collector re double payment of taxes | 0.50 | $395.00 | $197.50 |
| PG | 07/30/2021 | review Certificate of No Response re Motion toSet Bar Date | 0.10 | $395.00 | $39.50 |
| BDA | 07/30/2021 | efile certificate of no response. | 0.20 | $185.00 | $37.00 |
| BDA | 07/30/2021 | t/c with pfg re: insurance policies. | 0.20 | $185.00 | $37.00 |
| PG | 07/30/2021 | telephone conference with Yisel re double payment of real estate taxes | 0.20 | $395.00 | $79.00 |
| | | telephone conference with Yisel re 2007 Nissan | | | |
| PG | 07/30/2021 | send email to Yisel and Yoan re real estate taxes and insurance on Parkwynne Rd property | 0.40 | $395.00 | $158.00 |
| | | send email to Yisel and Yoan re 2007 Nissan | | | |
| PG | 08/01/2021 | Review file, docket, petition, claims register, application to be appointed counsel for debtor, begin calculation of Liquidation Analysis for preparation of subchapter V plan, review and research nunc pro tunc appointments of counsel for debtor | 8.00 | $395.00 | $3,160.00 |
| | | Prepare for Status Conference and show cause hearing | | | |
| BDA | 08/02/2021 | receipt of tax certification; save in file. | 0.10 | $185.00 | $18.50 |
| BDA | 08/02/2021 | assemble initial monthly operating report with insurance | 0.30 | $185.00 | $55.50 |

| | | policies attached; email to pfg for approval for filing. | | | |
|---|---|---|---|---|---|
| PG | 08/02/2021 | Review and respond to email from Barb Spinka re ex parte motion to set bar date | 1.20 | $395.00 | $474.00 |
| | | review ex parte motion to set bar date and notice of bar date | | | |
| | | Review and revise initial monthly operating report | | | |
| | | review insurance certificates | | | |
| | | telephone conversation with Mr. Almaguer re effective date of insurance policies | | | |
| | | send email to Mr. Almaguer re effective date of insurance policies | | | |
| PG | 08/02/2021 | Review email and letter from Hermes Almaguer | 0.10 | $395.00 | $39.50 |
| BDA | 08/02/2021 | efile initial monthly operating report. | 0.20 | $185.00 | $37.00 |
| PG | 08/02/2021 | Review Order entered by Judge Mayer Granting our Motion to Set Bar Date | 3.00 | $395.00 | $1,185.00 |
| | | Research re serving Notice of Bar Date | | | |
| | | prepare Certificate of Service re Order granting Motion to Set Bar Date, Notice of Bar Date and Proof of Claim Form and Instructions | | | |
| | | general research re subchapter V re application to employ counsel for debtor, notice of bar date for filing proofs of claim | | | |
| | | telephone conference Attorney Waterman re compensation for time spent during chapter 13 phase of case | | | |
| PG | 08/02/2021 | telephone call with M and T Bank re checks from Chapter 13 Trustee | 0.10 | $395.00 | $39.50 |
| | | telephone call with Yisel re checks from chapter 13 Trustee | | | |
| BDA | 08/03/2021 | prep cert of service. | 0.10 | $185.00 | $18.50 |
| BDA | 08/03/2021 | efile subchapter v status report. | 0.20 | $185.00 | $37.00 |
| BSO | 08/03/2021 | Call from Atty Gibble re various issues re operating reports, fee apps and amendments | 0.20 | $395.00 | $79.00 |
| PG | 08/03/2021 | review email from Hugh Ward re Monthly Operating Report | 0.50 | $395.00 | $197.50 |
| | | telephone conference with Hugh Ward re reporting requirements | | | |
| PG | 08/03/2021 | telephone call with Yisel re checks from Chapter 13 Trustee | 0.10 | $395.00 | $39.50 |
| BDA | 08/03/2021 | coordinate check pick-up. | 0.10 | $185.00 | $18.50 |

| | | | | | |
|---|---|---|---|---|---|
| BDA | 08/03/2021 | serve 82 parties order, notice, and proof of claim form via first class mail. | 1.20 | $185.00 | $222.00 |
| BDA | 08/03/2021 | file certificate of service. | 0.20 | $185.00 | $37.00 |
| PG | 08/03/2021 | Research re exemptions under PA state law | 2.50 | $395.00 | $987.50 |
| | | Review and amend petition, schedules and statement of financial affairs | | | |
| PG | 08/04/2021 | Reviewed and amended petition, schedules and statement of financial affiars | 0.30 | $395.00 | $118.50 |
| PG | 08/04/2021 | Reviewed and amended petition, schedules and statement of financial affairs | 2.00 | $395.00 | $790.00 |
| BSO | 08/04/2021 | Conference with Atty Gibble and review of petition and schedules to determine amendments to be made | 0.50 | $395.00 | $197.50 |
| PG | 08/06/2021 | telephone conference with Yisel re Chapter 13 Trustee's Final Report, 341 meeting, 2007 Toyota, | 0.40 | $395.00 | $158.00 |
| BDA | 08/09/2021 | set up teams meeting with client and pfg. | 0.10 | $185.00 | $18.50 |
| PG | 08/09/2021 | Review docket, petition schedules statement of financial affairs, initial monthly operating report, status report, proposed amendments to petition, schedules, statement of financial affairs | 1.50 | $395.00 | $592.50 |
| | | prepare for 341 meeting | | | |
| PG | 08/09/2021 | telephone conference with Yisel and Yoan preparation for 341 meeting | 1.00 | $395.00 | $395.00 |
| PG | 08/10/2021 | attend section 341 meeting of creditors | 0.60 | $395.00 | $237.00 |
| PG | 08/10/2021 | telephone conference with Attorney Jones counsel for Mr. Cooper re real estate taxes, alleged pre-petition arrearage, request for payment history | 0.40 | $395.00 | $158.00 |
| PG | 08/10/2021 | telephone conference with Yisel re overview of section 341 meeting, getting liability insurance for jewelry business | 0.20 | $395.00 | $79.00 |
| BSO | 08/11/2021 | conference with Atty Gibble re 341 meeting, amendments and plan | 0.20 | $395.00 | $79.00 |
| MSF | 08/11/2021 | attend mtg w/bas, pfg and bdm re: amendments to bankruptcy petition | 1.30 | $200.00 | $260.00 |
| PG | 08/11/2021 | Conference with Barry, Melissa and Bonnie re amending the petition | 0.70 | $395.00 | $276.50 |
| PG | 08/12/2021 | telephone conference with Attorney Marks and Attorney Gross- settlement discussion | 0.60 | $395.00 | $237.00 |
| | | review and respond to email from Attorney Marks re discovery request | | | |
| PG | 08/16/2021 | telephone conference with Yisel and Yoan repreparation for status conference, preparation of July 2021 Monthly Operating Report, general discussion of income, expenses, insurance, taxes, etc | 1.30 | $395.00 | $513.50 |

| | | | | | |
|---|---|---|---|---|---|
| PG | 08/16/2021 | send email to Attorney Jones re debts of personal nature and need to file cash collateral motion | 0.30 | $395.00 | $118.50 |
| PG | 08/16/2021 | review email from Attorney Jones re cash collateral motion, nature of debts personal v business related | 0.30 | $395.00 | $118.50 |
| | | telephone conference with Attorney Jones re cashh collateral motion, nature of debts personal v business related | | | |
| PG | 08/17/2021 | Attend status conference and show cause hearing | 0.40 | $395.00 | $158.00 |
| PG | 08/17/2021 | review email from Yisel with business liability insurance documents attached | 0.30 | $395.00 | $118.50 |
| | | telephone conference with Yisel re overview of status conference, business liability insurance documents she received from Hermes | | | |
| MSF | 08/17/2021 | prepare amendments to bankruptcy petition | 1.00 | $200.00 | $200.00 |
| MSF | 08/18/2021 | brief meeting w/bas to discuss status of amending petition | 0.10 | $200.00 | $20.00 |
| BSO | 08/18/2021 | Call from Atty Gibble re various issues re tax payment and amendment of schedules. | 0.10 | $395.00 | $39.50 |
| PG | 08/18/2021 | review and respond to email from Attorney Miller re request for written contracts Yoan has with the sellers of the jewelry | 0.10 | $395.00 | $39.50 |
| PG | 08/18/2021 | review and respond to email from Attorney Miller re insurance on inventory (jewelry) | 0.50 | $395.00 | $197.50 |
| | | telephone conference with Yisel re insurance on inventory | | | |
| PG | 08/18/2021 | Review and revise Monthly Operating Report submitted by Yisel | 1.00 | $395.00 | $395.00 |
| | | telephone conference with Yisel re revisions to Monthly Operating Report | | | |
| BDA | 08/19/2021 | prepare monthly operating report (july 2021) for filing; email same to pfg for review. | 0.30 | $185.00 | $55.50 |
| PG | 08/19/2021 | telephone conference with Yisel re y monthly operating report | 0.50 | $395.00 | $197.50 |
| | | review July monthly operating report | | | |
| BDA | 08/20/2021 | efile july monthly operating report. | 0.20 | $185.00 | $37.00 |
| PG | 08/23/2021 | Telephone call with Attorney Jones re Cash collateral stipulation | 2.00 | $395.00 | $790.00 |
| | | send email to Attorney Jones re cash collateral stipulation | | | |
| | | research Local Rules re cash collateral motions/ stipulations | | | |
| | | westlaw research re form cash collateral stipulations | | | |

| | | | | | |
|---|---|---|---|---|---|
| PG | 08/25/2021 | review and revise proposed Cash Collateral Stipulation with Mr Cooper | 1.80 | $395.00 | $711.00 |
| | | send email to Attorney Jones re revisions to proposed Cash Collateral Stipulation, issues re homeowners insurance | | | |
| | | telephone conference with Attorney Jones re revisions to proposed Cash Collateral Stipulation | | | |
| MSF | 08/31/2021 | continue to prepare amendments to bankruptcy petition; meeting w/bso and pfg re: same | 3.40 | $200.00 | $680.00 |
| PG | 08/31/2021 | Review amendments to petition, schedules and statement of financial affairs | 1.00 | $395.00 | $395.00 |
| | | conference with Attorney Solodky and Missy to review amendments to petition, schedules and statement of financial affairs | | | |
| PG | 08/31/2021 | reviewed cash collateral stipulation with Mr. Cooper | 0.50 | $395.00 | $197.50 |
| | | sent email to Attorney Jones re cash collateral stipulation | | | |
| BSO | 08/31/2021 | Conference with Gibble and Funk re finalizing amendments | 0.40 | $395.00 | $158.00 |
| PG | 08/31/2021 | telephone conference with Yisel re Cash Collateral stipulation with Mr Cooper, may Yoan sell the Suffolk Drive property and problems with neighbor | 1.00 | $395.00 | $395.00 |
| PG | 09/01/2021 | review and revise subchapter V plan, liquidation analysis and cash flow projections | 4.00 | $395.00 | $1,580.00 |
| PG | 09/02/2021 | review proposed Cash Collateral Stipulation with Nationstar d/b/a Mr. Cooper | 2.00 | $395.00 | $790.00 |
| | | telephone conference with Attorney Jones re Cash Collateral Stipulation | | | |
| | | telephone conference with Hermes' assistant re is Nationstar d/b/a Mr Cooper listed as an additional insured on Parkwynne Drive property | | | |
| PG | 09/03/2021 | telephone conference with Hermes re need copy of declaration page showing Mr Cooper as additional insured | 0.10 | $395.00 | $39.50 |
| PG | 09/07/2021 | Review and respond to email from Attorney Jones re Cash Collateral Stipulation | 1.50 | $395.00 | $592.50 |
| | | Review and respond to email from Attorney Miller re reserve of Trustee fees | | | |
| | | review and revise 2nd draft of Cash Collateral Stipulation | | | |
| PG | 09/07/2021 | research re subchapter V plan requirements | 1.00 | $395.00 | $395.00 |
| PG | 09/08/2021 | research re preparing and filing subchapter V plan and ballots and noticing requirements<br>telephone conference with Attorney Adams re | 2.50 | $395.00 | $987.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | subchapter V plan requirements | | | |
| | | review subchapter V plans ballots and certificates of service in 5 other subchapter V cases | | | |
| PG | 09/09/2021 | Research re drafting subchapter V plan | 3.00 | $395.00 | $1,185.00 |
| | | Drafted subchapter V plan | | | |
| PG | 09/10/2021 | Research re drafting subchapter V plan | 5.00 | $395.00 | $1,975.00 |
| | | Drafted subchapter V plan | | | |
| PG | 09/11/2021 | review email from Attorney Jones re cash collateral stipulation | 4.00 | $395.00 | $1,580.00 |
| | | review and revise cash collateral stipulation | | | |
| | | review and revise subchapter V plan | | | |
| | | prepare liquidation analysis | | | |
| PG | 09/13/2021 | review and revise Cash Collateral Stipulation | 0.30 | $395.00 | $118.50 |
| | | send email to Attorney Jones re revised Cash Collateral Stipulation | | | |
| PG | 09/13/2021 | telephone conference with Yisel re issues involving subchapter V plan and cash collateral stipulation | 3.50 | $395.00 | $1,382.50 |
| | | Work on subchapter V plan and liquidation analysis | | | |
| BSO | 09/14/2021 | Call from Atty Gibble to discuss plan and confirmation issues and dealing with cooperation of Trustee | 0.30 | $395.00 | $118.50 |
| PG | 09/14/2021 | work on subchapter V plan | 5.00 | $395.00 | $1,975.00 |
| | | telephone conference with Attorney Miller re consent to receive payment of fee through plan payments | | | |
| | | telephone conference with Attorney Jones re pre-petition arrearage and double payment made after chapter 13 petition filed | | | |
| | | work on subchapter v plan and liquidation analysis | | | |
| | | research re liquidation analysis | | | |
| BSO | 09/15/2021 | Call with Atty Gibble to discuss liquidation analysis | 0.10 | $395.00 | $39.50 |
| PG | 09/15/2021 | telephone conference with Attorney Adams re subchapter v plan and payments required to taxing authorities | 5.00 | $395.00 | $1,975.00 |
| | | work on plan and liquidation analysis | | | |
| | | telephone conference Yisel re payments required to be paid in subchapter v plan to get it confirmed | | | |
| DAT | 09/15/2021 | preparation of draft Class 1 Ballot for Accepting or Rejecting Plan of Reorganization, preparation of draft Class 2 Ballot for Accepting or Rejecting Plan of Reorganization, preparation of draft Class 3 Ballot for | 0.90 | $195.00 | $175.50 |

Accepting or Rejecting Plan of Reorganization

| | | | | | |
|---|---|---|---|---|---|
| MSF | 09/16/2021 | revise amended bankruptcy petition and schedules; provide to pfg for final review | 1.40 | $200.00 | $280.00 |
| DAT | 09/16/2021 | begin working on Plan of Reorganization for Small Business Under Chapter 11, pull online Matrix of creditors listing from Eastern District of PA Bankruptcy Court | 1.90 | $195.00 | $370.50 |
| PG | 09/16/2021 | telephone conference with Attorney Adams re questions about subchapter V plan, confirmation, impaired classes and disposable income | 9.00 | $395.00 | $3,555.00 |
| | | Worked on subchapter V plan and calculation of disposalbe income, projections | | | |
| | | reviewed and revised amendments to petition, schedules, statement of financial affairs | | | |
| | | review revised Cash Collateral Stipulation | | | |
| | | telephone conference with Attorney Jones re Cash Collateral Stipulation and voting in favor of the plan | | | |
| | | email to Attorney Jones re cash collateral stipulation and voting in ffavor of the plan | | | |
| PG | 09/16/2021 | Review amended proof of claim filed by IRS | 0.10 | $395.00 | $39.50 |
| PG | 09/17/2021 | work on revisions to amended schedules, petition | 4.00 | $395.00 | $1,580.00 |
| | | work on drafting subchapter V plan | | | |
| | | telephone conference with Attorney Adams re subchapter V plan and confirmation requirements | | | |
| DAT | 09/17/2021 | complete initial draft of Plan of Reorganization for Small Business Under Chapter 11, preparation of transmittal correspondence to creditors | 1.70 | $195.00 | $331.50 |
| PG | 09/18/2021 | work on revisions to subchapter V plan and liquidation analysis | 6.00 | $395.00 | $2,370.00 |
| | | send email to Attorney Jones re cash collateral stipulation | | | |
| | | telephone conference with Yisel re cash flow projections | | | |
| | | review and revise cash flow projections | | | |
| | | telephone conference with Attorney Adams re subchapter V plan and confirmation requirements | | | |
| PG | 09/19/2021 | review and revise cash flow projections | 6.00 | $395.00 | $2,370.00 |
| | | review and revise subchapter V plan | | | |
| | | telephone conference with Yisel re cash flow projections | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | research re requirements to confirm subchapter V plan | | | |
| | | research re requirement that subchapter V plan contain default provisions | | | |
| DAT | 09/20/2021 | modifications and finalize Plan, Exhibit A, creditors letter, and ballots | 1.10 | $195.00 | $214.50 |
| PG | 09/20/2021 | review and revise Liquidation Analysis | 6.00 | $395.00 | $2,370.00 |
| | | review and revise subchapter V plan | | | |
| | | review and revise Cash Flow Projections | | | |
| PG | 09/20/2021 | Review email from Attorney Jones re cash collatera stipulation | 0.60 | $395.00 | $237.00 |
| | | tekephone call with Attorney Jones re cash collateral stipulation | | | |
| | | telephone conference with Yisel re cash collateral stipultion | | | |
| DAT | 09/21/2021 | modifications and finalize Exhibit B Cash Flow Projections and additional modifications and finalize Plan and Exhibit A, electronic communications and telephone conferences to and from PFG, efiling with Eastern District Bankruptcy Court of Pennsylvania, scanning documents into iManage | 1.10 | $195.00 | $214.50 |
| BSO | 09/21/2021 | Call from Atty Gibble re liquidation analysis and solicitation of votes for Plan; Review Final Draft of Plan and associated documents | 0.40 | $395.00 | $158.00 |
| MSF | 09/21/2021 | review email from pfg re: corrections to amended schedules; prepare amendments | 1.20 | $200.00 | $240.00 |
| PG | 09/21/2021 | Review and finalize subchapter V plan, Liquidation Analysis, Cash Flow Projections, ballots and transmittal letter | 5.50 | $395.00 | $2,172.50 |
| | | telephone conference with Yisel re cash flow projections | | | |
| | | Review order scheduling confirmation hearing and setting deadlines | | | |
| | | telephone conference with Yisel re scheduling order setting confirmation hearing and setting deadlines | | | |
| PG | 09/21/2021 | Review matrix, claims register and petition to prepare mailing list for plan and ballots | 3.00 | $395.00 | $1,185.00 |
| | | Prepare mailing list for plan and ballots | | | |
| MSF | 09/22/2021 | receipt of notice of filing, access online document and obtain time-stamped copy of an order scheduling hearing and deadlines for client's confirmation hearing; review order and docket deadlines accordingly; reciept of, review and revise amended documents and provide to pfg for final review; electronically file amended schedules c, j, sofa and second page of assets and | 1.60 | $200.00 | $320.00 |

| | | liabilities | | | |
|------|------------|-------------|------|---------|---------|
| BSO | 09/22/2021 | Call from Atty Gibble to discuss service of amendments | 0.10 | $395.00 | $39.50 |
| DAT | 09/22/2021 | modifications and finalize August Monthly Operating Report with Exhibits, efiling with Eastern District of PA Bankruptcy court, electronic transmissions and telephone conferences with P. Gibble | 0.80 | $195.00 | $156.00 |
| PG | 09/22/2021 | Review and revise August monthly operating report | 3.00 | $395.00 | $1,185.00 |
| | | telephone conference with Yisel re August monthly operating report | | | |
| | | Prepare and finalize Certificates of Service re plan | | | |
| MSF | 09/23/2021 | t/c w/bankruptcy court re efiling of amended voluntary petition; electronically file amended voluntary petition; prepare and finalize correspondence to trustees enc all filed amendments for their records | 0.70 | $200.00 | $140.00 |
| DAT | 09/23/2021 | preparation of Amended Monthly Report with bank statements attached, finalize attachments/exhibits, efiling with Eastern District of PA Bankruptcy Court, electronic transmissions and telephone conference with P. Gibble, check dockets and online filing | 0.60 | $195.00 | $117.00 |
| PG | 09/23/2021 | review and respond to three (3) emails from Attorney Jones re cash collateral stipulation, request for payment history and overpayment of real estate taxes | 0.60 | $395.00 | $237.00 |
| MSF | 09/24/2021 | brief discussion w/pfg re: deadline to provide creditors notice of confirmation hrg | 0.10 | $200.00 | $20.00 |
| DAT | 09/24/2021 | modifications and finalize transmittal letter to creditors, 2 ballots, and two certificates of service, review creditor mailing list with claims register, efiling with Eastern District Bankruptcy Court, copying, collating, and mailing packets to 31 creditors, telephone conferences and electronic transmissions with P. Gibble | 3.70 | $195.00 | $721.50 |
| PG | 09/24/2021 | review email from Attorney Jones re request for payment history, overpayment of real estate taxes and questions about default provisions contained in subchapter V plan | 1.00 | $395.00 | $395.00 |
| | | telephone conference with Attorney Adams re status of Fitzgerald bankruptcy cases and impact on lawsuit against Mr. and Mrs. Fitzgerald | | | |
| | | telephone conference with Attorney Jones re status of Fitzgerald bankruptcy cases and impact on lawsuit against Mr. and Mrs. Fitzgerald | | | |
| PG | 09/27/2021 | telephone call with Kashay with the Clerk's Office re question about amended petition | 0.10 | $395.00 | $39.50 |
| PG | 09/30/2021 | telephone conference with Attorney Jones re status of cash collateral stipulation and October rent | 1.00 | $395.00 | $395.00 |
| | | send email to Yisel and Yoan re October rent and cash collateral stipulation | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | send email to Yisel and Yoan re court's scheduling order re confirmation hearing, deadlines for ballots and objections to confirmation | | | |
| | | review ballot accpeting plan received from National Pacific Leasing | | | |
| | | send email to Yisel and Yoan re ballot accepting plan received from National Pacific Leasing | | | |
| DAT | 09/30/2021 | receipt of ballot from Financial Pacific Leasing, profile into iManage, electronic transmission to P. Gibble | 0.10 | $195.00 | $19.50 |
| DAT | 10/01/2021 | receipt of ballot from John Lindinger, IRS Insolvency Manager, profile into iManage, electronic transmission to P. Gibble | 0.10 | $195.00 | $19.50 |
| PG | 10/01/2021 | Review ballot accepting plan received from IRS | 0.20 | $395.00 | $79.00 |
| | | send email to Yisel and Yoan re ballot from IRS accepting plan | | | |
| PG | 10/04/2021 | Review and respond to email from Attorney Jones re cash collateral stipulation | 0.40 | $395.00 | $158.00 |
| | | review revised cash collateral stipulation | | | |
| | | review post-petition payment history | | | |
| PG | 10/05/2021 | review and respond to email from Attorney Jones re cash collateral stipulation | 0.10 | $395.00 | $39.50 |
| PG | 10/20/2021 | Reviewed two ballots from American Express accepting plan | 0.20 | $395.00 | $79.00 |
| PG | 10/22/2021 | Review and prepare September 2021 Monthly Operating Report received from Yisel for filing | 0.50 | $395.00 | $197.50 |
| PG | 10/22/2021 | finalize Sept 2021 monthly operating report for filing | 0.10 | $395.00 | $39.50 |
| PG | 10/27/2021 | Review ballots and send email to Deb re preparing Report of Plan Voting | 0.10 | $395.00 | $39.50 |
| PG | 11/01/2021 | Work on Report of Plan Voting | 2.00 | $395.00 | $790.00 |
| PG | 11/01/2021 | Research re may plan be approved as consensual plan under 1191(a) when less than half of all unsecured creditors cast a vote on plan | 4.00 | $395.00 | $1,580.00 |
| | | telephone conference with Attorney Adams re may plan be approved as consensual plan under 1191(a) when less than half of all unsecured creditors cast a vote on plan | | | |
| PG | 11/01/2021 | Prepare proposed Order confirming chapter 11 plan under section 1191(a) | 1.00 | $395.00 | $395.00 |
| | | Research re Report of Plan Voting | | | |
| DAT | 11/01/2021 | preparation of proposed Order | 0.20 | $195.00 | $39.00 |
| PG | 11/02/2021 | work on Report of Plan Voting and Summary of Ballots Received | 1.50 | $395.00 | $592.50 |

| PG | 11/03/2021 | Prepare Report of Plan Voting<br>Prepare Certificate of Service re Report of Plan Voting<br>review confirmation requirements<br>telephone conference with Attorney Adams re<br>confirmation requirements | 2.00 | $395.00 | $790.00 |
|---|---|---|---|---|---|
| DAT | 11/03/2021 | work on Report of Plan Voting, Certificate of Service,<br>Exhibits A-# and Certificate of Service, pull civil online<br>dockets from Eastern District Bankruptcy Court,<br>electronic transmissions to and from Attorney Gibble | 1.20 | $195.00 | $234.00 |
| DAT | 11/03/2021 | additional modifications and finalized Plan and Exhibit<br>C, efiling three documents with Eastern District of<br>Pennsylvania Bankruptcy Court, electronic<br>transmissions to and from P. Gibble, Esquire | 0.40 | $195.00 | $78.00 |
| DAT | 11/05/2021 | finalize documents for efiling, electronic transmissions<br>and telephone conferences with P. Gibble, Esquire,<br>modifications to proposed Order and attachments | 0.40 | $195.00 | $78.00 |
| PG | 11/05/2021 | Revise and edit Report of Plan Voting and Exhibits<br><br>Revise proposed Order confirming plan under section<br>1191(a) | 1.50 | $395.00 | $592.50 |
| PG | 11/07/2021 | review and respond to email from Attorney Miller re<br>attendance at confirmation hearing | 0.10 | $395.00 | $39.50 |
| PG | 11/07/2021 | send email to Yisel and Yoan reminding them of<br>confirmation hearing and advising them that no<br>additional ballots have been received and that no<br>objections to confirmation have been filed | 0.10 | $395.00 | $39.50 |
| PG | 11/07/2021 | send email to Courtroom Deputy Barb Spinka re need<br>for interpreter at confirmation hearing | 0.10 | $395.00 | $39.50 |
| PG | 11/07/2021 | Review Plan, Schedules, Report of Plan Voting, etc to<br>prepare for confirmation hearing | 1.50 | $395.00 | $592.50 |
| PG | 11/08/2021 | Review plan, report of plan voting, schedules etc to<br>prepare for confirmation hearing | 1.00 | $395.00 | $395.00 |
| PG | 11/09/2021 | travel to and from confirmation hearing | 1.00 | $395.00 | $395.00 |
| PG | 11/09/2021 | meet with Yisel and Yoan before confirmation hearing<br><br>attend confirmation hearing | 1.00 | $395.00 | $395.00 |
| DAT | 11/10/2021 | modifications and finalized Amended Plan of<br>Reorganization, efiling Plan with Eastern District of<br>Pennsylvania Bankruptcy Court, download time-<br>stamped plan | 0.40 | $195.00 | $78.00 |
| PG | 11/15/2021 | received telephone call from Barbara Spinka Judge<br>Mayer wants us to file a new proposed Order<br>confirming the amended plan that attaches the<br>amended plan<br><br>Prepare new proposed Order confirming amended plan | 0.20 | $395.00 | $79.00 |
| LLR | 11/15/2021 | work on proposed order confirming plan; electronically<br>file same with the court; work on proposed order<br>regarding first amended plan; electronically file same | 0.40 | $185.00 | $74.00 |

with the court

| | | | | | |
|---|---|---|---|---|---|
| PG | 11/15/2021 | revise proposed order confirming first amended plan | 0.30 | $395.00 | $118.50 |
| | | telephone conference with Barbara Spinka re proposed order confirming first amended plan was filed | | | |
| PG | 11/16/2021 | Review confirmation order entered by court | 2.00 | $395.00 | $790.00 |
| | | telephone conference with Attorney Adams re October monthly operating report and other reports going forward after confirmation | | | |
| | | Prepare Notice of Substantial Consummation | | | |
| | | Perpare Certificate of Service re Notice of Substanital Consummation | | | |
| | | Telephone conference with Yisel re plan is confirmed, plan payments, filing October monthly operating report, termination of cash collateral stipulation upon confirmation of plan | | | |
| | | send email to Yisel and Yoan re plan is confirmed, plan payments, filing October monthly operating report, termination of cash collateral stipulation upon confirmation of plan | | | |
| | | send email to Attorney Jones re termination of cash collateral stipulation upon confirmation of plan | | | |
| PG | 11/17/2021 | telephone conference with Sylvan re preparing for mediation | 0.10 | $395.00 | $39.50 |
| PG | 11/19/2021 | review email from Attorney Jones re termination of cash collateral stipulation | 0.20 | $395.00 | $79.00 |
| | | send email to Yoan and Yisel re termination of cash collateral stipulation | | | |
| PG | 11/23/2021 | review proof of claim filed by PA Dept of Revenue and compare it to amount to be paid under confirmed plan | 0.40 | $395.00 | $158.00 |
| | | send email to Yoan and Yisel re proof of claim filed by PA Dept of Revenue and how it affects confirmed plan | | | |
| | | send email to Yoan and Yisel re commencing plan payments and placing payments in escrow account until Judge rules on fee applications | | | |
| PG | 11/30/2021 | send email and text to Yisel and Yoan reminding them that first $2500 plan payment should be made today | 0.20 | $395.00 | $79.00 |
| | | send email and text to Yisel and Yoan reminding them that October monthly operating report is overdue | | | |
| PG | 12/06/2021 | send email and text to Yisel and Yoan reminding them that October monthly operating report was due to be filed on 11/21/21 | 0.10 | $395.00 | $39.50 |
| PG | 12/07/2021 | Review and revise November monthly operating report received from Yisel | 0.50 | $395.00 | $197.50 |

| | | | | | |
|---|---|---|---|---|---|
| LLR | 12/09/2021 | work on electronically filing monthly operating report; | 0.20 | $185.00 | $37.00 |
| PG | 12/13/2021 | review Order approving subchapter V Trustee's fee application | 0.20 | $395.00 | $79.00 |
| | | review and respond to email from Holly Miller (Subchapter V Trustee) | | | |
| PG | 01/03/2022 | email to Yisel and Yoan re December 30 2021 monthly plan payment and Trustee's fee application | 0.20 | $395.00 | $79.00 |
| PG | 02/15/2022 | review email from Attorney Adams research LBR 3021 | 0.20 | $395.00 | $79.00 |
| PG | 02/17/2022 | telephone conference with Attorney Adams re monthly operating reports and Post-Confirmation Distribution Reports<br>Research re Post-confirmation distribution Reports<br>send email to Yisel and Yoan re January and February plan payments<br>send email to Yisel and Yoan re Post-Confirmation Distribution Report<br>telephone conference with Yisel re January and February plan payments, Post-Confirmation Distribution Report<br>send email to Attorney Miller re January plan payment mistakenly sent to her firm<br>review email from Attorney Miller re January plan payment mistakenly sent to her firm | 2.00 | $395.00 | $790.00 |
| PG | 02/18/2022 | telephone call with Yisel re letter Yoan received from IRS | 0.30 | $395.00 | $118.50 |
| | | review letter Yoan received from IRS, reviewed confirmed plan | | | |
| PG | 02/19/2022 | telephone conference with Yisel re notice sent to Yoan from Pa Dept of Revenue | 0.20 | $395.00 | $79.00 |
| | | reviewed notice sent to Yoan from Pa Dept of Revenue | | | |
| PG | 02/21/2022 | Prepare Post-Confirmation Distribution Report | 2.00 | $395.00 | $790.00 |
| | | Prepare Certificate of Service re Post Confirmation Distribution Report | | | |
| PG | 02/22/2022 | telephone call with counsel for IRS Attorney St. Joseph re Notice sent to Yoan | 1.20 | $395.00 | $474.00 |
| | | telephone call with Tameka Washington (rep from PA Dept of Revenue) re Notice sent to Yoan | | | |
| | | letter to Attorney St Joseph re Notice sent to Yoan | | | |
| | | letter to Yoan and Yisel re status of Notices sent by IRS and PA Dept of Revenue to Yoan | | | |
| LLR | 02/24/2022 | finalize post-confirmation distribution report for filing with the court; work on electronically filing post-confirmation distribution report; | 0.50 | $225.00 | $112.50 |
| PG | 03/04/2022 | review fax from Wells Fargo re uncashed cashier's | 0.20 | $395.00 | $79.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | check | | | |
| | | telephone call with Yisel re SBA loan and Wells Fargo uncashed cashier's check | | | |
| | | send email to Yisel and Yoan re Wells Fargo uncashed cashier's check | | | |
| BSO | 05/04/2022 | Prepare Certificate of Substantial Consummation and certificate of service | 0.30 | $395.00 | $118.50 |
| LLR | 05/04/2022 | prepare notice of substantial consummation | 0.50 | $225.00 | $112.50 |
| LLR | 05/05/2022 | work on finalization notice of substantial consummation; prepare service list; electronically file same with the court; transmit via email and us mail; | 0.90 | $225.00 | $202.50 |
| BSO | 05/24/2022 | Correspondence from and to Atty Kleppinger re payments to unsecureds; correspondence to client re status of payment of priority claims | 0.30 | $395.00 | $118.50 |
| BSO | 06/22/2022 | Draft Fee application | 0.40 | $395.00 | $158.00 |
| | | | | **Subtotal** | **300.5** |
| | | | | **Services Subtotal** | **$109,357.00** |

## Expenses

| Professional | Date | Description | Total |
|---|---|---|---|
| BSO | 05/25/2021 | E112 Court fees: bk eatern district court pa - motion | $932.00 |
| PG | 09/24/2021 | E101 Copying: copies of mailing plan, transmittal letter, ballots & order to creditors | $124.50 |
| PG | 09/24/2021 | E108 Postage: mailing plan order & ballots to 31 creditors | $72.66 |
| | | **Expenses Subtotal** | **$1,129.16** |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Pauline Gibble | 243.0 | $395.00 | $95,985.00 |
| Barry Solodky | 11.1 | $395.00 | $4,384.50 |
| Bonnie Daminger | 16.8 | $185.00 | $3,108.00 |
| Melissa Funk | 11.3 | $200.00 | $2,260.00 |
| Linda Reidenbaugh | 1.9 | $225.00 | $427.50 |
| Linda Reidenbaugh | 0.6 | $185.00 | $111.00 |
| Deborah Tamny | 15.8 | $195.00 | $3,081.00 |
| | **Total Time** | | **300.5** |
| | **Subtotal** | | **$110,486.16** |
| | **Total** | | **$110,486.16** |

Please remit payment and make checks payable to:
Saxton & Stump LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA  17601

Or, to pay with credit card or eCheck, visit our secure online payment system:
www.saxtonstump.com/online-payments