UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: YOAN HENRIQUEZ, | : | Chapter 11 |
| Debtor | : | |
| | : | Case No. 20-12166 PMM |

### CERTIFICATION OF NO RESPONSE

Barry A. Solodky, Esquire, Counsel for the Debtor, hereby certifies he has not received any Answer, Objection or other Responsive Pleading with regard to the Application for Compensation in the above matter and hereby requests entry of the Order attached to the Application.

Respectfully submitted,

SAXTON & STUMP

Date: August 3, 2022

By: */s/ Barry A. Solodky*
Barry A. Solodky, Esquire
Attorney I.D. No. 19259
280 Granite Run Drive, Suite 300
Lancaster, PA  17601
Phone:  (717) 556-1009
Fax:  (717) 441-3810
bso@saxtonstump.com

*Attorneys for Debtor*