UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: YOAN HENRIQUEZ, | : | Chapter 11 |
| Debtor | : | |
| | : | Case No. 20-12166 PMM |

## **ORDER**

AND NOW, this _____ day of August, 2022, Counsel for Debtor, Barry A. Solodky, Esquire having file an Application for Compensation on July 7, 2022, and a Certificate of No Response on August 3, 2022, it is hereby ORDERED that the Application for Compensation is APPROVED. It is further ORDERED that Counsel for Debtor, Barry A. Solodky, Esquire shall receive $65,000 as compensation.

_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE