UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: YOAN HENRIQUEZ, : Chapter 11
Debtor :
: Case No. 20-12166 PMM

## ORDER

AND NOW, this  5th  day of August, 2022, Counsel for Debtor, Barry A. Solodky, Esquire having file an Application for Compensation on July 7, 2022, and a Certificate of No Response on August 3, 2022, it is hereby ORDERED that the Application for Compensation is APPROVED. It is further ORDERED that Counsel for Debtor, Barry A. Solodky, Esquire shall receive $65,000 as compensation.

_/s/ Patricia M. Mayer_

PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE