United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12166-pmm |
| Yoan Henriquez | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2022:**

**Recip ID    Recipient Name and Address**
db           + Yoan Henriquez, 1001 Suffolk Drive, Lititz, PA 17543-8270

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2022            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2022 at the address(es) listed below:

**Name**                          **Email Address**

BARRY A. SOLODKY
                    on behalf of Attorney Saxton & Stump BSO@saxtonstump.com   msf@saxtonstump.com;pfg@saxtonstump.com

BARRY A. SOLODKY
                    on behalf of Debtor Yoan Henriquez BSO@saxtonstump.com   msf@saxtonstump.com;pfg@saxtonstump.com

DANIEL P. JONES
                    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper djones@sterneisenberg.com   bkecf@sterneisenberg.com

DAVE P. ADAMS
                    on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

HOLLY SMITH MILLER, ESQ.
                    hsmiller@gsbblaw.com   chsm11@trustesolutions.net

HOLLY SMITH MILLER, ESQ.
                    on behalf of Trustee HOLLY SMITH MILLER  ESQ. hsmiller@gsbblaw.com, chsm11@trustesolutions.net

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

JAMES KEVIN HANEY
    on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com spiotrowski@wongfleming.com,sshalloo@wongfleming.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MARISA MYERS COHEN
    on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

PAUL C. BAMETZREIDER
    on behalf of Creditor Jonestown Bank & Trust Co. paulb@reillywolfson.com  edonohue@reillywolfson.com

PAULINE FELICE GIBBLE
    on behalf of Debtor Yoan Henriquez pfg@saxtonstump.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

STEVEN K. EISENBERG
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: YOAN HENRIQUEZ, : Chapter 11
Debtor :
: Case No. 20-12166 PMM

**ORDER**

AND NOW, this __5th__ day of August, 2022, Counsel for Debtor, Barry A. Solodky, Esquire having file an Application for Compensation on July 7, 2022, and a Certificate of No Response on August 3, 2022, it is hereby ORDERED that the Application for Compensation is APPROVED. It is further ORDERED that Counsel for Debtor, Barry A. Solodky, Esquire shall receive $65,000 as compensation.

_Patricia M. Mayer_
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE