**LOCAL BANKRUPTCY FORM 9014-3**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| YOAN HENRIQUEZ, | : | BANKR.NO. 20-12166-pmm |
| | : | |
| Debtor. | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The United States trustee has filed a **Motion to Compel the Filing of Post Confirmation Reports and Show Cause Why a Final Decree Should Not Be Entered and the Case Closed or, Alternatively, to Dismiss or Convert to Chapter 7** with the Court.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **fourteen days from the date of this Notice,** you or your attorney must do <u>all</u> of the following:

    (a)   file an answer explaining your position at:

    U.S. Bankruptcy Court, Eastern District of Pennsylvania
    201 Penn Street, Suite 103
    Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)   mail a copy to the movant's attorney:

    Dave P. Adams
    Office of the U.S. trustee
    200 Chestnut Street, Suite 502
    Philadelphia, PA   19106
    Telephone:   (215) 597-4411/Fax: (215) 597-5795

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Hon. Patricia M. Mayer on **November 22, 2022, at 11:00 a.m. in 4th Floor Courtroom**, U. S. Bankruptcy Court, 201 Penn Street, Reading, PA 19601.   Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date:   November 1, 2022.