UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| YOAN HENRIQUEZ, | : | Case No. 20-12166 PMM |
|    Debtor-in-Possession | : | |

## CERTIFICATE OF SERVICE

I, Barry A. Solodky, Esquire, of Saxton & Stump, Counsel for Debtor, hereby certify that I sent via first class mail and CM/EFC a true and correct copy of *Debtor's Response to the United States Trustee's Motion to Compel the Filing of Post-Confirmation Reports and to Show Cause Why a Final Decree Should Not Be Entered* to the following:

Holly Smith Miller, Esquire
Gellert Scali Busenkill & Brown, LLC
8 Penn Center, Suite 1901
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103

Dave P. Adams, Esquire
United States Trustee, Regions 3 and 9
900 Market Street, Suite 320
Philadelphia, PA 19107

Date:  November 1, 2022          By:    */s/ Barry A. Solodky*
                                                                                    Barry A. Solodky, Esquire