United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 20-12166-pmm
Yoan Henriquez     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 5
Date Rcvd: Nov 02, 2022    Form ID: pdf900    Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yoan Henriquez, 1001 Suffolk Drive, Lititz, PA 17543-8270 |
| aty | + | Saxton & Stump, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 14502361 | + | BANK OF AMERICA, N.A., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14519801 | + | BMO Harris Bank N.A., C/O JAMES KEVIN HANEY, Wong Fleming, PC, 821 Alexander Road, Suite 200, Princeton, NJ 08540-6352 |
| 14498751 | | BMO Harris Bank NA, P.O. Box 71951, Chicago, IL 60694-1951 |
| 14498752 | + | BSB Leasing, Inc., 5403 Olympic Drive NW Suite 200, Gig Harbor, WA 98335-1853 |
| 14498748 | + | Balboa Capital Corpora, 2010 Main St Ste 1100, Irvine, CA 92614-8250 |
| 14633241 | + | Balboa Capital Corporation, 575 Anton Blvd., 12th Floor, Costa Mesa, Costa Mesa, CA 92626-7685 |
| 14498761 | + | Doyle & Hoefs LLC, 2043 Springwood Road, York, PA 17403-4836 |
| 14498767 | | Hitachi, P.O. Box 5700, Norwalk, CT 06856-5700 |
| 14503429 | | Jonestown Bank & Trust Co., 2 West Market Street, Jonestown, PA 17038-9628 |
| 14503626 | + | Jonestown Bank & Trust Co., C/O PAUL C. BAMETZREIDER, Reilly Wolfson, 1601 Cornwall Road, Lebanon, PA 17042-7460 |
| 14498769 | + | Jonestown Bank And Tru, Attn: Bankruptcy, Po Box 717, Jonestown, PA 17038-0717 |
| 14498770 | + | Jordan Wayne Felzer, Esq., American Express Legal, PO Box 1068, Jenkintown, PA 19046-7368 |
| 14498771 | + | Michelle A. Chiongson, 575 Anton Blvd, 12th Floor, Costa Mesa, CA 92626-7169 |
| 14519606 | + | Mintaka Financial, LLC, 5403 Olympic Dr. NW Ste. 200, Gig Harbor, WA 98335-1853 |
| 14622578 | + | Nationstar Mortgage, LLC, C/O Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14508127 | + | PNC EQUIPMENT FINANCE, LLC, c/o Flamm Walton Heimbach, 794 Penllyn Pike, Suite 100, Blue Bell, PA 19422-1669, ATTN: Robert E. Walton/Thomas P. Steven |
| 14498774 | + | PNC Equipment Finance, LLC, 655 Business Center Drive Suite 250, Horsham, PA 19044-3448 |
| 14502521 | + | Pingora Loan Servicing, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14502886 | + | Pingora Loan Servicing, LLC, C/O ANN E. SWARTZ, McCabe, Wesberg & Conway, P.C., 123 South Broad Street, Suite 2080 Philadelphia, PA 19109-1031 |
| 14601093 | + | Pingora Loan Servicing, LLC., C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14498790 | + | Weltman, Weinberg & Reis Co., LPA, 170 S Independence Mall W., Philadelphia, PA 19106-3334 |
| 14605795 | + | Yoan Henriquez, C/O BARRY A. SOLODKY, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300 Lancaster, PA 17601-6814 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 03 2022 00:03:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 03 2022 00:03:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14502794 | | Email/PDF: bncnotices@becket-lee.com | Nov 03 2022 00:05:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14498746 | + | Email/PDF: bncnotices@becket-lee.com | Nov 03 2022 00:05:15 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14502273 | ^ | MEBN | Nov 02 2022 23:57:29 | BANK OF AMERICA, N.A., C/O KML Law |

Case 20-12166-pmm   Doc 149   Filed 11/04/22   Entered 11/05/22 00:30:45   Desc
Imaged Certificate of Notice   Page 2 of 6

| District/off: 0313-4 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 02, 2022 | Form ID: pdf900 | Total Noticed: 68 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14520886 | + | Email/Text: BMOTFBKNOTICES@BMO.COM | Nov 03 2022 00:03:00 | BMO Harris Bank N.A., PO Box 3040, Cedar Rapids IA 52406-3040 |
| 14519685 | ^ | MEBN | Nov 02 2022 23:57:15 | BMO Harris Bank N.A., 111 W. Monroe Street, Chicago, IL 60603-4095 |
| 14498749 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 03 2022 00:02:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14498750 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 03 2022 00:02:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27420 |
| 14501722 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 03 2022 00:02:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14498755 | | Email/Text: BKelectronicnotices@cenlar.com | Nov 03 2022 00:03:00 | Cenlar, Attn: Bankruptcy, PO Box 77404, Ewing, NJ 08628 |
| 14498759 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 03 2022 00:03:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 14500945 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 03 2022 00:03:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14498753 | + | Email/Text: cms-bk@cms-collect.com | Nov 03 2022 00:03:00 | Capital Management Services, LP, 698 1/2 Ogden Street, Buffalo, NY 14206-2317 |
| 14498754 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2022 00:05:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14509633 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 03 2022 00:05:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14516670 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2022 00:05:23 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14498756 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2022 00:05:23 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14498757 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2022 00:05:15 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14498760 | | Email/Text: DT74banko@daimler.com | Nov 03 2022 00:03:00 | Daimler Truck Financial, P.O. Box 5260, Carol Stream, IL 60197-5260 |
| 14509978 | | Email/Text: bankruptcy@engsfinance.com | Nov 03 2022 00:03:00 | Engs Commercial Finance Co., One Pierce Place, Suite 1100 West, Itasca, IL 60143 |
| 14498762 | + | Email/Text: bankruptcy@engsfinance.com | Nov 03 2022 00:03:00 | ENGS Comerical Finance Co., 1 Pierce Place, Suite 1100 West, Itasca, IL 60143-3149 |
| 14498763 | | Email/Text: dmckittrick@finpac.com | Nov 03 2022 00:03:00 | Financial Pacific Leasing, Inc., 3455 S 344th Way, #300, Auburn, WA 98001-9546 |
| 14498764 | + | Email/Text: bankruptcy@fult.com | Nov 03 2022 00:03:00 | Fulton Bank, PO Box 4887, Lancaster, PA 17604-4887 |
| 14498766 | + | Email/Text: bankruptcy@fult.com | Nov 03 2022 00:03:00 | Fulton Bank Leasing Department, P.O. Box 25091, Lehigh Valley, PA 18002-5091 |
| 14498768 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2022 00:03:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14502927 | | Email/Text: M74banko@mercedes-benz.com | Nov 03 2022 00:03:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14611820 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2022 00:03:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9741 |
| 14620662 | + | Email/Text: ecfbnc@aldridgepite.com | Nov 03 2022 00:03:00 | Nationstar Mortgage LLC., C/O Todd S. Garan, |

| District/off: 0313-4 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 02, 2022 | Form ID: pdf900 | Total Noticed: 68 |

| Recip ID | Code | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14498772 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 03 2022 00:03:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14498773 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Nov 03 2022 00:03:00 | Paccar Financial, 240 Gibraltard Rd, Ste 200, Horsham, PA 19044-2361 |
| 14518629 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2022 00:05:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14651498 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 03 2022 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14600797 | ^ | MEBN | Nov 02 2022 23:57:31 | Pingora Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14515193 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 03 2022 00:03:00 | Pingora Loan Servicing, LLC, c/o Cenlar FSB, Attention: BK Department, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14498775 | + | Email/Text: ngisupport@radiusgs.com | Nov 03 2022 00:03:00 | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14498786 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2022 00:05:18 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14515607 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 03 2022 00:03:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14618512 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 03 2022 00:03:00 | United States Trustee, C/O Dave P. Adams, Office of the United States trustee, 200 Chestnut Street, Suite 502, Philadelphia, Pennsylvania 19106-2908 |
| 14498787 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 03 2022 00:05:14 | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |
| 14498788 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 03 2022 00:05:21 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14506489 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 03 2022 00:05:14 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 14508328 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 03 2022 00:05:17 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14498789 | + | Email/Text: BKRMailOps@weltman.com | Nov 03 2022 00:03:00 | Weltman, Weinberg & Reis Co., LPA, 3705 Marlane Drive, Grove City, OH 43123-8895 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14498776 | | Sophia's Truck, LLC |
| 14498777 | | Sophia's Truck, LLC |
| 14498778 | | Sophia's Truck, LLC |
| 14498779 | | Sophia's Truck, LLC |
| 14498780 | | Sophia's Truck, LLC |
| 14498781 | | Sophia's Truck, LLC |
| 14498782 | | Sophia's Truck, LLC |
| 14498783 | | Sophia's Truck, LLC |
| 14498784 | | Sophia's Truck, LLC |
| 14498785 | | Sophia's Truck, LLC |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 5 |
| Date Rcvd: Nov 02, 2022 | Form ID: pdf900 | Total Noticed: 68 |

| | | |
|---|---|---|
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| cr | *+ | BMO Harris Bank N.A., 111 W. Monroe Street, Chicago, IL 60603-4095 |
| cr | * | Jonestown Bank & Trust Co., 2 West Market Street, Jonestown, PA 17038-9628 |
| 14503793 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14498747 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14498758 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14498765 | *+ | Fulton Bank, PO Box 4887, Lancaster, PA 17604-4887 |

TOTAL: 10 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BARRY A. SOLODKY | on behalf of Debtor Yoan Henriquez BSO@saxtonstump.com msf@saxtonstump.com;pfg@saxtonstump.com |
| BARRY A. SOLODKY | on behalf of Attorney Saxton & Stump BSO@saxtonstump.com msf@saxtonstump.com;pfg@saxtonstump.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| HOLLY SMITH MILLER, ESQ. | on behalf of Trustee HOLLY SMITH MILLER  ESQ. hsmiller@gsbblaw.com, chsm11@trustesolutions.net |
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com  chsm11@trustesolutions.net |
| JAMES KEVIN HANEY | on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com spiotrowski@wongfleming.com,sshalloo@wongfleming.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MARISA MYERS COHEN | on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| PAUL C. BAMETZREIDER | on behalf of Creditor Jonestown Bank & Trust Co. paulb@reillywolfson.com  edonohue@reillywolfson.com |
| PAULINE FELICE GIBBLE | on behalf of Debtor Yoan Henriquez pfg@saxtonstump.com |
| STEVEN K. EISENBERG | |

| District/off: 0313-4 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Nov 02, 2022 | Form ID: pdf900 | Total Noticed: 68 |

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

LOCAL BANKRUPTCY FORM 9014-3
**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| YOAN HENRIQUEZ, | : | BANKR.NO. 20-12166-pmm |
| | : | |
| Debtor. | : | |

**AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The United States trustee has filed a **Motion to Compel the Filing of Post Confirmation Reports and Show Cause Why a Final Decree Should Not Be Entered and the Case Closed or, Alternatively, to Dismiss or Convert to Chapter 7** with the Court.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **fourteen days from the date of this Notice,** you or your attorney must do <u>all</u> of the following:

    (a)    file an answer explaining your position at:

    U.S. Bankruptcy Court, Eastern District of Pennsylvania
    201 Penn Street, Suite 103
    Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

    Dave P. Adams
    Office of the U.S. trustee
    900 Market Street, Suite 320
    Philadelphia, PA   19107
    Telephone:   (215) 597-4411/Fax: (215) 597-5795

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Hon. Patricia M. Mayer on **November 22, 2022, at 11:00 a.m. in 4th Floor Courtroom**, U. S. Bankruptcy Court, 201 Penn Street, Reading, PA 19601.   Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date:   November 1, 2022.