IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  YOAN HENRIQUEZ, | : | Chapter 11 |
| Debtor | : | |
| | : | Case No. 20-12166-pmm |

**CHAPTER 11, SUBCHAPTER V – DEBTOR'S MOTION FOR ENTRY OF DISCHARGE AND APPLICATION FOR FINAL DECREE AND CLOSING ORDER**

The Debtor, by and through its counsel, Barry A. Solodky, Esquire and Saxton & Stump hereby moves the Court for the entry of discharge in this case pursuant to 11 U.S.C. Section 1192, applies for entry of a Final Decree and Closing Order pursuant to Federal Rule of Bankruptcy Procedure 3022, and certifies as follows:

1. Debtor's Subchapter V plan was confirmed on November 15, 2021, and requires the Debtor monthly plan payments in the amount of $2,500 for 3 years commencing November 30, 2021.

2. A post-confirmation report covering the quarterly period ending December 31, 2021, was filed with the Court on February 24, 2022.

3. A notice of substantial consummation that was filed with this Court on May 5, 2022.

4. All objections to claims of have been resolved.

5. The Debtor has been making payments under the plan through the current date.

6. The estate has been fully administered.

WHEREFORE, the Debtor respectfully requests the Court enter an Order of Discharge and a Final Decree closing the case.

                                            Respectfully submitted,

                                            SAXTON & STUMP, LLC

Dated: November 8, 2022               By: */s/ Barry A. Solodky*
                                                Barry A. Solodky, Esquire
                                                Attorney I.D. No. 19259
                                                bso@saxtonstump.com
                                                280 Granite Run Drive, Suite 300
                                                Lancaster, PA 17601
                                                (717) 556-1000

                                          *Attorneys for Debtor*