IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  YOAN HENRIQUEZ,         :   Chapter 11
        Debtor                  :
                                :   Case No. 20-12166-pmm

**<u>NOTICE OF MOTION FOR ENTRY OF DISCHARGE ORDER AND FINAL DECREE</u>**

The Debtor has filed a Motion for Entry of Discharge Order and Final Decree.

1. If you do not want the Court to grant the relief sought in this Motion, or if you want the Court to consider your views on this Motion, then or before 14 days from the date of this Notice, you or your attorney must do all of the following:

    (a) File an Answer explaining your position at United States Bankruptcy Court, Eastern District of Pennsylvania:

    201 Penn Street, Suite 103
    Reading, PA 19601

    If you mail your answer to the Bankruptcy Clerk's Office for filing you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the movant's attorney:

    Barry A. Solodky, Esquire
    280 Granite Run Drive, Suite 300
    Lancaster, PA  17601
    Phone:  (717) 556-1000
    Fax:  (717) 441-3810

2. If you or your attorney did not take the steps described in paragraphs 1(a) and 1(b) above, the Court may enter an Order granting the relief requested in this Motion.

3. In the event an objection or a response is filed to this Motion, the Court will enter an Order scheduling a hearing.

2

4.  If a copy of the Motion is not enclosed, a copy the Motion will be provided to you if you are on the clerk's service list and you request a copy from the attorney named in paragraph 1(b).

Dated: November 8, 2022  /s/ Barry A. Solodky
Barry A. Solodky, Esquire