UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| YOAN HENRIQUEZ, | : | Case No. 20-12166 PMM |
| Debtor-in-Possession | : | |

### **CERTIFICATE OF SERVICE**

    I, Barry A. Solodky, Esquire, of Saxton & Stump, Counsel for Debtor, hereby certify that I mailed true and correct copies of *Debtor's Motion for Entry of Discharge and Application for Final Decree and Closing Order* and *Notice of Motion* to the following counsel of record:

Holly S. Miller, Esquire
Gellert Scali Busenkell & Brown, P.C.
8 Penn Center
1628 JFK Blvd., Suite 1901
Philadelphia, PA 19103
hsmiller@gsbblaw.com
*Subchapter V Trustee*

David P. Adams, Esquire
Office of The U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
Dave.p.adams@usdoj.gov
*U.S. Trustee*

Rebecca Solarz, Esquire
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
rsolarz@kmllawgroup.com
*Counsel for Bank of America, N.A. and Pingora Loan Servicing, LLC*

Ann E. Swartz, Esquire
Margaret Gairo, Esquire
Marisa Myers Cohen, Esquire
John M. Kolesnik, Esquire
123 South Broad Street, Suite 1400
Philadelphia, Pa 19109
ecfmail@mwc-law.com
*Counsel for Pingora Loan Servicing, LLC*

Paul C. Bametzreider, Esquire
Reilly Wolfson
1601 Cornwall Road
Lebanon, PA 17042
paulb@reillywolfson.com
*Counsel for Jonestown Bank & Trust Co.*

Todd S. Garan, Esquire
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
djones@sterneisenberg.com
*Counsel for Nationstar Mortgage LLC d/b/a Mr. Cooper*

James K. Haney, Esquire
Wong Fleming, P.C.
821 Alexander Road, Suite 200
Princeton, NJ 08540
jhaney@wongfleming.com
*Counsel for BMO Harris Bank, N.A.*

Respectfully submitted,

Saxton & Stump

Date:  November 9, 2022     By:     */s/ Barry A. Solodky*
                                      Barry A. Solodky, Esquire
                                      280 Granite Run Drive, Suite 300
                                      Lancaster, PA 17601
                                      Telephone:    (717) 556-1086
                                      Facsimile:    (717) 441-3810
                                      Email:        bso@saxtonstump.com

                                      *Counsel for Debtor*