UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| YOAN HENRIQUEZ, | : | Case No. 20-12166 PMM |
|    Debtor-in-Possession | : | |

**CERTIFICATE OF SERVICE**

I, Barry A. Solodky, Esquire, of Saxton & Stump, Counsel for Debtor, hereby certify that I mailed a true and correct copy of the *Notice of Motion for Entry of Discharge Order and Final Decree* to the following creditors of record:

*See service list below*

Respectfully submitted,

Saxton & Stump

Date:  November 9, 2022          By:   */s/ Barry A. Solodky*
                                                                                Barry A. Solodky, Esquire
                                                                                280 Granite Run Drive, Suite 300
                                                                                Lancaster, PA 17601
                                                                                Telephone:   (717) 556-1086
                                                                                Facsimile:    (717) 441-3810
                                                                                Email:         bso@saxtonstump.com

                                                                                *Counsel for Debtor*

**Service List:**

American Express National Bank
c/o Beckett & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

AMEX
Correspondence/Bankruptcy
P.O. Box 981540
El Paso, TX 79998-1540

BSB Leasing, Inc.
5403 Olympic Drive NW, Suite 200
Gig Harbor, WA 98335-1853

Balboa Capital Corporation
2010 Main Street, Suite 1100
Irvine, CA 92614-8250

Balboa Capital Corporation
575 Anton Blvd., 12th Floor
Costa Mesa, CA 92626-7685

Capital Management Services, LP
698 ½ Ogden Street
Buffalo, NY 14206-2317

Capitol One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118-7901

Cenlar FSB
425 Phillips Blvd.
Ewing, NJ 08618-1430

Citibank, N.A.
5800 S. Corporate Place
Sioux Falls, SD 57108-5027

1

Citibank/Best Buy
Attn: Bankruptcy
P.O. Box 790441
St. Louis, MO 63179-0441

Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
P.O. Box 790034
St. Louis, MO 63179-0034

Citizens Bank N.A.
Attn: Bankruptcy Team
One Citizens Bank Way
JCA115
Johnston, RI 02919-1922

Daimler Truck Financial
P.O. Box 5260
Carol Stream, IL 60197-5260

Mercedes Benz Financial Services
13650 Heritage Parkway
Fort Worth, TX 76177-5323

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
P.O. Box 131265
Roseville, MN 55113-0011

Doyle & Hoefs, LLC
2043 Springwood Road
York, PA 17403-4836

ENGS Commercial Finance Co.
1 Pierce Place, Suite 1100 West
Itasca, IL 60143

Financial Pacific Leasing, Inc.
3455 S 344th Way, #300
Auburn, WA 98001-9546

Fulton Bank
P.O. Box 4887
Lancaster, PA 17604-4887

2

Fulton Bank Lending Department
P.O. Box 25091
Lehigh Valley, PA 18002-5091

Hitachi
P.O. Box 5700
Norwalk, CT 06856-5700

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jordan Wayne Felzer, Esquire
American Express Legal
P.O. Box 1068
Jenkintown, PA 19046-7368

Michelle A. Chiongson
575 Anton Blvd., 12th Floor
Costa Mesa, CA 92626-7169

Mintaka Financial, LLC
5403 Olympic Dr., NW, Suite 200
Gig Harbor, WA 98335-1853

PNC Equipment Finance, LLC
c/o Flamm Walton Heimbach
Robert E. Walton, Esquire
Thomas P. Stevens, Esquire
794 Penllyn Pike Suite 100
Blue Bell PA 19422

PNC Equipment Finance, LLC
655 Business Center Drive, Suite 250
Horsham, PA 19044-3448

PACCAR Financial Corp.
P.O. Box 1518
Bellevue, WA 98009-1518

PA Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541-1067


Radius Global Solutions, LLC
P.O. Box 390905
Minneapolis, MN 55439-0905

Synchrony Bank/Lowes
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

U.S. Bank NA d/b/a Elan Financial Services
Attn: Bankruptcy Dept.
P.O. Box 108
St. Louis, MO 63166-0108

Wells Fargo
P. O. Box 10335
Des Moines, IA 50306-0335

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328-0001

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Bank, N.A.
Wells Fargo Card Services
P.O. Box 10438, MA F8235-02F
Des Moines, IA 50306-0438

Weltman, Weinberg & Reis Co., LPA
170 S. Independence Mall W.
Philadelphia, PA 19106-3334

Weltman, Weinberg & Reis Co., LPA
3705 Marlane Drive
Grove City, OH 43123-8895