IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  YOAN HENRIQUEZ,              :    Chapter 11
        Debtor                          :
                                 :    Case No. 20-12166-pmm

**NOTICE OF MOTION FOR ENTRY OF DISCHARGE ORDER AND FINAL DECREE**

The Debtor has filed a Motion for Entry of Discharge Order and Final Decree.

1. If you do not want the Court to grant the relief sought in this Motion, or if you want the Court to consider your views on this Motion, then or before November 22, 2022, you or your attorney must do all of the following:

   (a) File an Answer explaining your position at United States Bankruptcy Court, Eastern District of Pennsylvania:

   201 Penn Street, Suite 103
   Reading, PA 19601

   If you mail your answer to the Bankruptcy Clerk's Office for filing you must mail it early enough so that it will be received on or before the date stated above; and

   (b) Mail a copy to the movant's attorney:

   Barry A. Solodky, Esquire
   280 Granite Run Drive, Suite 300
   Lancaster, PA  17601
   Phone:  (717) 556-1000
   Fax:  (717) 441-3810

2. If you or your attorney did not take the steps described in paragraphs 1(a) and 1(b) above, the Court may enter an Order granting the relief requested in this Motion.

3. A hearing shall be held on November 22, 2022, at 11:00 a.m. at 201 Penn Street, 4th Floor, Reading, Pennsylvania, 19601.

2

4. If a copy of the Motion is not enclosed, a copy the Motion will be provided to you if you are on the clerk's service list and you request a copy from the attorney named in paragraph 1(b).

Dated: November 9, 2022  /s/ Barry A. Solodky
Barry A. Solodky, Esquire