UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  YOAN HENRIQUEZ,                    :    Chapter 11
                    Debtor                           :
                                                         :    Case No. 20-12166 PMM

## **ORDER**

AND NOW, this _____ day of November, 2022, the Debtor having filed a Motion

for Entry of Discharge and Application for Final Decree and Closing of Docket; and then having

received no objection or other responsive pleading filed by any party; and the Debtor having been

making payments under the Plan; it is hereby ORDERED that the Debtor is hereby discharged

from all dischargeable debts, and the case is hereby closed.


_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE