IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| YOAN HENRIQUEZ, | : | BANKR.NO. 20-12166-pmm |
| | : | |

**FINAL DECREE AND ORDER CLOSING CASE**

AND NOW, this ____ day of November, 2022, upon consideration of the Motion of the Debtor for Entry of a Final Decree and for an Order Closing the Case, and after notice and hearing:

IT IS HEREBY DETERMINED THAT the Plan of the above-captioned Debtor has been substantially consummated; and it hereby

ORDERED that:

1. The Chapter 11, Subchapter V Trustee, Holly Smith Miller, Esq. is discharged, and

2. A Final Decree is hereby entered, and the chapter 11 case of the above-captioned Debtor shall be marked "CLOSED."

**Date: November 22, 2022**

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge