United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-12166-pmm
Yoan Henriquez  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: pdf900 | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yoan Henriquez, 1001 Suffolk Drive, Lititz, PA 17543-8270 |
| aty | + | Saxton & Stump, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 14502361 | + | BANK OF AMERICA, N.A., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14519801 | + | BMO Harris Bank N.A., C/O JAMES KEVIN HANEY, Wong Fleming, PC, 821 Alexander Road, Suite 200, Princeton, NJ 08540-6352 |
| 14498751 | | BMO Harris Bank NA, P.O. Box 71951, Chicago, IL 60694-1951 |
| 14498752 | + | BSB Leasing, Inc., 5403 Olympic Drive NW Suite 200, Gig Harbor, WA 98335-1853 |
| 14498748 | + | Balboa Capital Corpora, 2010 Main St Ste 1100, Irvine, CA 92614-8250 |
| 14633241 | + | Balboa Capital Corporation, 575 Anton Blvd., 12th Floor, Costa Mesa, Costa Mesa, CA 92626-7685 |
| 14498761 | + | Doyle & Hoefs LLC, 2043 Springwood Road, York, PA 17403-4836 |
| 14498767 | | Hitachi, P.O. Box 5700, Norwalk, CT 06856-5700 |
| 14503429 | | Jonestown Bank & Trust Co., 2 West Market Street, Jonestown, PA 17038-9628 |
| 14503626 | + | Jonestown Bank & Trust Co., C/O PAUL C. BAMETZREIDER, Reilly Wolfson, 1601 Cornwall Road, Lebanon, PA 17042-7460 |
| 14498769 | + | Jonestown Bank And Tru, Attn: Bankruptcy, Po Box 717, Jonestown, PA 17038-0717 |
| 14498770 | + | Jordan Wayne Felzer, Esq., American Express Legal, PO Box 1068, Jenkintown, PA 19046-7368 |
| 14498771 | + | Michelle A. Chiongson, 575 Anton Blvd, 12th Floor, Costa Mesa, CA 92626-7169 |
| 14519606 | + | Mintaka Financial, LLC, 5403 Olympic Dr. NW Ste. 200, Gig Harbor, WA 98335-1853 |
| 14622578 | + | Nationstar Mortgage, LLC, C/O Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14508127 | + | PNC EQUIPMENT FINANCE, LLC, c/o Flamm Walton Heimbach, 794 Penllyn Pike, Suite 100, Blue Bell, PA 19422-1669, ATTN: Robert E. Walton/Thomas P. Steven |
| 14498774 | + | PNC Equipment Finance, LLC, 655 Business Center Drive Suite 250, Horsham, PA 19044-3448 |
| 14502521 | + | Pingora Loan Servicing, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14502886 | + | Pingora Loan Servicing, LLC, C/O ANN E. SWARTZ, McCabe, Wesberg & Conway, P.C., 123 South Broad Street, Suite 2080 Philadelphia, PA 19109-1031 |
| 14601093 | + | Pingora Loan Servicing, LLC., C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14498790 | + | Weltman, Weinberg & Reis Co., LPA, 170 S Independence Mall W., Philadelphia, PA 19106-3334 |
| 14605795 | + | Yoan Henriquez, C/O BARRY A. SOLODKY, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300 Lancaster, PA 17601-6814 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 23 2022 00:05:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 23 2022 00:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14502794 | | Email/PDF: bncnotices@becket-lee.com | Nov 23 2022 00:14:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14498746 | + | Email/PDF: bncnotices@becket-lee.com | Nov 23 2022 00:14:45 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14502273 | ^ | MEBN | Nov 23 2022 00:00:54 | BANK OF AMERICA, N.A., C/O KML Law |

| District/off: 0313-4 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: pdf900 | Total Noticed: 68 |

| | | | |
|---|---|---|---|
| | | | Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14520886 | + Email/Text: BMOTFBKNOTICES@BMO.COM | Nov 23 2022 00:05:00 | BMO Harris Bank N.A., PO Box 3040, Cedar Rapids IA 52406-3040 |
| 14519685 | ^ MEBN | Nov 23 2022 00:00:53 | BMO Harris Bank N.A., 111 W. Monroe Street, Chicago, IL 60603-4095 |
| 14498749 | + Email/Text: creditcardbkcorrespondence@bofa.com | Nov 23 2022 00:05:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14498750 | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 23 2022 00:05:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27420 |
| 14501722 | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 23 2022 00:05:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14498755 | Email/Text: BKelectronicnotices@cenlar.com | Nov 23 2022 00:05:00 | Cenlar, Attn: Bankruptcy, PO Box 77404, Ewing, NJ 08628 |
| 14498759 | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 23 2022 00:05:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 14500945 | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 23 2022 00:05:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14498753 | + Email/Text: cms-bk@cms-collect.com | Nov 23 2022 00:05:00 | Capital Management Services, LP, 698 1/2 Ogden Street, Buffalo, NY 14206-2317 |
| 14498754 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2022 00:14:44 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14509633 | + Email/PDF: ebn_ais@aisinfo.com | Nov 23 2022 00:14:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14516670 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 00:14:39 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14498756 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 00:14:40 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14498757 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 00:14:40 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14498760 | Email/Text: DT74banko@daimler.com | Nov 23 2022 00:05:00 | Daimler Truck Financial, P.O. Box 5260, Carol Stream, IL 60197-5260 |
| 14509978 | Email/Text: bankruptcy@engsfinance.com | Nov 23 2022 00:05:00 | Engs Commercial Finance Co., One Pierce Place, Suite 1100 West, Itasca, IL 60143 |
| 14498762 | + Email/Text: bankruptcy@engsfinance.com | Nov 23 2022 00:05:00 | ENGS Comerical Finance Co., 1 Pierce Place, Suite 1100 West, Itasca, IL 60143-3149 |
| 14498763 | Email/Text: dmckittrick@finpac.com | Nov 23 2022 00:05:00 | Financial Pacific Leasing, Inc., 3455 S 344th Way, #300, Auburn, WA 98001-9546 |
| 14498764 | + Email/Text: bankruptcy@fult.com | Nov 23 2022 00:05:00 | Fulton Bank, PO Box 4887, Lancaster, PA 17604-4887 |
| 14498766 | + Email/Text: bankruptcy@fult.com | Nov 23 2022 00:05:00 | Fulton Bank Leasing Department, P.O. Box 25091, Lehigh Valley, PA 18002-5091 |
| 14498768 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2022 00:05:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14502927 | Email/Text: M74banko@mercedes-benz.com | Nov 23 2022 00:05:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14611820 | Email/Text: nsm_bk_notices@mrcooper.com | Nov 23 2022 00:05:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9741 |
| 14620662 | + Email/Text: ecfbnc@aldridgepite.com | Nov 23 2022 00:05:00 | Nationstar Mortgage LLC., C/O Todd S. Garan, |

| District/off: 0313-4 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: pdf900 | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | | ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14498772 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2022 00:05:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14498773 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Nov 23 2022 00:05:00 | Paccar Financial, 240 Gibraltard Rd, Ste 200, Horsham, PA 19044-2361 |
| 14518629 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2022 00:14:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14651498 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2022 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14600797 | ^ | MEBN | Nov 23 2022 00:00:55 | Pingora Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14515193 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 23 2022 00:05:00 | Pingora Loan Servicing, LLC, c/o Cenlar FSB, Attention: BK Department, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14498775 | + | Email/Text: ngisupport@radiusgs.com | Nov 23 2022 00:05:00 | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14498786 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2022 00:14:45 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14515607 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 23 2022 00:05:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14618512 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 23 2022 00:05:00 | United States Trustee, C/O Dave P. Adams, Office of the United States trustee, 200 Chestnut Street, Suite 502, Philadelphia, Pennsylvania 19106-2908 |
| 14498787 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 23 2022 00:14:38 | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |
| 14498788 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 23 2022 00:14:44 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14506489 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 23 2022 00:14:44 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 14508328 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 23 2022 00:14:50 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14498789 | + | Email/Text: BKRMailOps@weltman.com | Nov 23 2022 00:05:00 | Weltman, Weinberg & Reis Co., LPA, 3705 Marlane Drive, Grove City, OH 43123-8895 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14498776 | | Sophia's Truck, LLC |
| 14498777 | | Sophia's Truck, LLC |
| 14498778 | | Sophia's Truck, LLC |
| 14498779 | | Sophia's Truck, LLC |
| 14498780 | | Sophia's Truck, LLC |
| 14498781 | | Sophia's Truck, LLC |
| 14498782 | | Sophia's Truck, LLC |
| 14498783 | | Sophia's Truck, LLC |
| 14498784 | | Sophia's Truck, LLC |
| 14498785 | | Sophia's Truck, LLC |

| District/off: 0313-4 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: pdf900 | Total Noticed: 68 |

| | | |
|---|---|---|
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| cr | *+ | BMO Harris Bank N.A., 111 W. Monroe Street, Chicago, IL 60603-4095 |
| cr | * | Jonestown Bank & Trust Co., 2 West Market Street, Jonestown, PA 17038-9628 |
| 14503793 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14498747 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14498758 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14498765 | *+ | Fulton Bank, PO Box 4887, Lancaster, PA 17604-4887 |

TOTAL: 10 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BARRY A. SOLODKY | on behalf of Debtor Yoan Henriquez BSO@saxtonstump.com  msf@saxtonstump.com;pfg@saxtonstump.com |
| BARRY A. SOLODKY | on behalf of Attorney Saxton & Stump BSO@saxtonstump.com  msf@saxtonstump.com;pfg@saxtonstump.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| HOLLY SMITH MILLER, ESQ. | on behalf of Trustee HOLLY SMITH MILLER  ESQ. hsmiller@gsbblaw.com, chsm11@trustesolutions.net |
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com  chsm11@trustesolutions.net |
| JAMES KEVIN HANEY | on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com spiotrowski@wongfleming.com,sshalloo@wongfleming.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MARISA MYERS COHEN | on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| PAUL C. BAMETZREIDER | on behalf of Creditor Jonestown Bank & Trust Co. paulb@reillywolfson.com  edonohue@reillywolfson.com |
| PAULINE FELICE GIBBLE | on behalf of Debtor Yoan Henriquez pfg@saxtonstump.com |
| STEVEN K. EISENBERG | |

District/off: 0313-4 | User: admin | Page 5 of 5
Date Rcvd: Nov 22, 2022 | Form ID: pdf900 | Total Noticed: 68

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Yoan Henriquez <br> First Name   Middle Name   Last Name | Last 4 digits of Social Security number or ITIN  3078 <br> EIN __ - _____ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Last 4 digits of Social Security number or ITIN ____ <br> EIN __ - _____ |
| United States Bankruptcy Court for the: Eastern District of PA (State) | | |
| Case number: 20-12166 | | |

# Order of Discharge                                                                04/20

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d) is granted to:

Yoan Henriquez                     d/ba Yisel Company; dba Sophia's Trucking

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

November 22, 2022                         By the court:  /Patricia M. Mayer/
MM / DD / YYYY                                               United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge under § 1141(d) in an Individual's Case under Subchapter V of Chapter 11

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtor personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtor personally on discharged debts. Creditors cannot contact the debtor by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtor's damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtor's personal liability for debts that arose before confirmation of the plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

For more information, see page 2 ▶

---

Form 3180RV1    Chapter 11 Discharge for Individual Whose Plan was Confirmed under § 1191(a)    page 1

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of subchapter V discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**